# Exhibit A

Honeywell - Dep. Transcript of Mark Brown

CONFIDENTIAL