# Exhibit B

Honeywell - Pl. Answers to Interrogatories

**CONFIDENTIAL**