# Exhibit C

## Honeywell - Engineer Specifications

## CONFIDENTIAL