# Exhibit D

**Honeywell - Patents**

**CONFIDENTIAL**