# Exhibit E

**Honeywell - Engineer Drawings**

**CONFIDENTIAL**