# Exhibit F

**CBP001239**

**KIEKENBUSH, JEFFREY**

| | |
|---|---|
| From: | DELLAMURA, PATRICK |
| Sent: | Friday, April 05, 2013 10:54 AM |
| To: | KIEKENBUSH, JEFFREY |
| Cc: | SULLIVAN, MATTHEW |
| Subject: | FW: QUICS 26986 (Friction Material) |

Hello Jeff,

Please see below...

Thanks,
Pat

Patrick Dellamura
National Import Specialist Associate
National Commodity Specialist Division
U.S. Customs and Border Protection
One Penn Plaza, 10th Floor
New York, New York 10119
Tel: 646-733-3017

**From:** BAYER, MITCHEL S
**Sent:** Friday, April 05, 2013 11:45 AM
**To:** CRAY, JENNELLE M
**Cc:** SULLIVAN, MATTHEW; DELLAMURA, PATRICK; JENNINGS, KAREN D; MARINUCCI, DEBORAH C; NACKMAN, MARK G
**Subject:** QUICS 26986

Jennelle,

Sorry for the delay. We have been unable to reconcile two views. NIS 101 has written it out of Ch. 88/parts. However, despite the fact that 6307 is a possibility, I believe it is more specifically classified as a part. What to do? I will be calling the attorney to recommend that he file an IA with the port. You can then pass it along to us (or HQ) for a conclusive answer in the form of a ruling. The alternative is to liquidate as per the attorney's submission ("part") or as 6307; the latter would result, I'm sure, in an AFR, which would be the same as an IA but more cumbersome. I recommend the IA route. I have returned the QUICS without completing it.

Any questions, feel free to call.

Mitch

Mitchel Bayer
National Import Specialist 351
646-733-3102

 Please print ONLY when necessary. Recycle paper when appropriate.

1

CBP001239