UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. MARK A. BARNETT, *CHIEF JUDGE*

| | |
|---|---|
| HONEYWELL INTERNATIONAL, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES, )<br>)<br>Defendant. ) | Court No. 17-00256 |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Consent Motion to Unseal Certain Pleadings, and upon due deliberation, it is hereby:

**ORDERED** that Plaintiff's consent motion is granted, and it is further

**ORDERED** that the Clerk of the Court shall unseal all pleadings in the record except for the following materials, all of which shall remain under seal:

- **Exhibit C** [ECF No. 42-3] to Plaintiff's Sealed Motion for Summary Judgment [ECF No. 42]; and

- **Exhibit E** [ECF No. 42-5] to Plaintiff's Sealed Motion for Summary Judgment [ECF No. 42].

_____
Mark A. Barnett, Chief Judge

Dated: _____
   New York, NY

UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. MARK A. BARNETT, *CHIEF JUDGE*

| | |
|---|---|
| HONEYWELL INTERNATIONAL, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES, ) <br> ) <br> Defendant. ) | Court No. 17-00256 |

**CONSENT MOTION TO UNSEAL CERTAIN PLEADINGS**

Plaintiff Honeywell International, Inc. ("Honeywell"), by and through counsel, respectfully moves this Court for an Order directing the Clerk of the Court to unseal certain pleadings previously filed under seal in this case

Specifically, Plaintiff seeks to unseal Plaintiff's Motion for Summary Judgment [ECF No. 42] and four (4) corresponding Exhibits, including Exhibit A [ECF No. 42-1], Exhibit B [ECF No. 42-2], Exhibit D [ECF No. 42-4], Exhibit F [ECF No. 42-6], and Exhibit G [ECF No. 42-7], all of which are attached hereto as **Exhibits 1-6**, respectively. Because Exhibit C [ECF No. 42-3] and Exhibit E [ECF No. 42-5] to Plaintiff's Sealed Motion for Summary Judgment [ECF No. 42] contain confidential and/or sensitive information, Honeywell wishes to keep each of these exhibits under seal.

A chart setting forth the requested sealing and unsealing is provided below:

—2—

| ECF NO. | DESCRIPTION | MARK "X" IN APPLICABLE COLUMN | |
|---|---|---|---|
| | | REMAIN SEALED | UNSEAL |
| 42 | Plaintiff's Sealed Motion for Summary Judgment | | X |
| 42-1 | Exhibit A | | X |
| 42-2 | Exhibit B | | X |
| 42-3 | Exhibit C | X | |
| 42-4 | Exhibit D | | X |
| 42-5 | Exhibit E | X | |
| 42-6 | Exhibit F | | X |
| 42-7 | Exhibit G | | X |

Plaintiff has consulted with counsel for Defendant, Edward F. Kenny, of the U.S. Department of Justice, who has consented to the relief requested in this motion.

**WHEREFORE,** Plaintiff respectfully requests that this motion be granted, as set forth in the above and in the Proposed Order.

Respectfully submitted:

**FAEGRE DRINKER BIDDLE & REATH LLP**
Attorneys for Plaintiff
Honeywell International, Inc.
320 S. Canal Street, Suite 3300
Chicago, IL 60606
Telephone: (312) 569-1000

By: /s/ Wm. Randolph Rucker
Wm. Randolph Rucker

Dated: June 7, 2024

## CERTIFICATE OF SERVICE

     Wm. Randolph Rucker certifies that he is an attorney with the law firm of Faegre Drinker Biddle & Reath LLP, with offices located at 320 S. Canal Street, Suite 3300, Chicago, IL 60606, and that on June 7, 2024, on behalf of the Plaintiff herein, he served the attached Consent Motion to Unseal Certain Pleadings:

>Edward F. Kenney
>U.S. Department of Justice
>Commercial Litigation Branch – Civil Division
>26 Federal Plaza
>Room 346
>New York, NY 10278

the attorney for the Defendant herein, by electronic service in the CM/ECF System of the Court of International Trade.

                                                        /s/ Wm. Randolph Rucker