# Exhibit 2



Transcript of **Mark Brown 30(b)(6)**

Thursday, March 2, 2023

*Honeywell v. United States*

www.TP.One
www.aldersonreporting.com
www.accutrancr.com
800.FOR.DEPO (800.367.3376)
Scheduling@TP.One

Reference Number: 126003

1          IN  THE  UNITED  STATES  DISTRICT  COURT

2               OF  INTERNATIONAL  TRADE

3    BEFORE:  HONORABLE  MARK  A.  BARNETT,  CHIEF  JUDGE

4

5    HONEYWELL  INTERNATIONAL,

6    INC.,

7          Plaintiff,

8       vs.                    Court No. 17-00256

9    UNITED  STATES,

10          Defendant.

11    _____/

12

13

14       30(B)(6)  DEPOSITION  OF  MARK  D.  BROWN

15               CHICAGO,  ILLINOIS

16          FRIDAY,  MARCH  2ND,  2023

17

18

19

20

21

22

23    REPORTED BY:

24    DEBORAH  HABIAN,  RMR,  CRR

25    JOB NO. 126003

1

2

3

4

5

6                    March 2nd, 2023

7                    9:30 A.M. CST

8

9

10

11        30(b)(6) deposition of MARK D. BROWN,

12   appearing at the law offices of Faegre Drinker

13   Biddle & Reath, LLP, 320 South Canal Street,

14   Suite 3300, Chicago, Illinois, 60606, USA,

15   pursuant to notice, appearing in person before

16   Deborah Habian, an Illinois Certified Shorthand

17   Reporter, Missouri Certified Court Reporter,

18   Registered Merit Reporter, Certified Realtime

19   Reporter, Certified Livenote Reporter.

20

21

22

23

24

25



```
 1                A P P E A R A N C E S

 2

 3   ON BEHALF OF THE PLAINTIFF

 4        FAEGRE DRINKER BIDDLE & REATH, LLP

 5        BY:  RANDY RUCKER, ESQ.

 6        320 South Canal Street, Suite 3300

 7        Chicago, Illinois 60606

 8        312.569.1157

 9        randyrucker@faegredrinker.com

10

11

12   ON BEHALF OF THE DEFENDANT

13        U.S. DEPARTMENT OF JUSTICE

14        BY:  EDWARD F. KENNY, ESQ.

15           SENIOR TRIAL COUNSEL

16        26 Federal Plaza, Suite 346

17        New York, New York 10278-0140

18        212.264.2107

19        edward.kenny@usdoj.gov

20

21

22

23

24

25
```



1                    I N D E X

2    WITNESS:                                    PAGE

3    MARK D. BROWN

4    Examination by Mr. Kenny ................    8

5

6    INSTRUCTIONS AND REQUESTS OF COUNSEL

7        By Mr. Kenny ........................   45

8        By Mr. Kenny ........................   51

9        By Mr. Kenny ........................   78

10        By Mr. Rucker .......................  115

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                   INDEX OF EXHIBITS

2     GOVERNMENT EXHIBITS TO MARK BROWN DEPOSITION

3    NUMBER                DESCRIPTION              PAGE

4    Exhibit 1   Notice of Deposition              10

5

6    Exhibit 2   Complaint, Court No. 17-00256     13

7

8    Exhibit 3   Radial 767, Scrap EUO sample      14

9

10   Exhibit 4   Chordal 767, Scrap EUO sample     15

11

12   Exhibit 5   Carbon-carbon brake rotor         22

13               sample, bar code 21-029-027

14

15   Exhibit 6   Auxiliary stator sample           25

16

17   Exhibit 7   Binder of Honeywell production    37

18

19   Exhibit 8   Binder labeled Internal Advice    58

20

21   Exhibit 9   Entry papers                      80

22

23        (Above exhibits not attached to this

24        transcript and were retained by counsel)

25

1          THE REPORTER:  Raise your right hand,

2     please.

3          THE WITNESS:  (Complying.)

4          (Oath administered at 9:30 a.m. CST.)

5          THE WITNESS:  I do.

6          THE REPORTER:  Thank you.

7

8               MARK D. BROWN,

9     called as a witness herein by the Government,

10    having been first duly sworn in person, was

11    examined and testified as follows:

12                    EXAMINATION

13    BY MR. KENNY:

14        Q.  Good morning, Mr. Brown.

15        A.  Good morning.

16        Q.  My name is Edward Kenny.  I'm an

17    attorney with the U.S. Department of Justice and

18    I'm assigned to a case called Honeywell

19    International, Inc. vs. United States.  It's

20    Court No. 17-00256 that's pending before the

21    U.S. Court of International Trade, and I sent

22    Mr. Rucker, Honeywell's attorney, a notice of

23    deposition for a 30(b)(6) representative for a

24    number of topics.  Do you understand that that's

25    why you're here today?

1       A.   Yes, I do.  I understand that's why I'm

2    here.

3       Q.   Just to go over some ground rules of

4    depositions in case you've never had a

5    deposition before -- have you ever participated

6    in a deposition?

7       A.   No, I have not.

8       Q.   Okay.  So unlike a conversation, we

9    have our court reporter who's going to

10   transcribe my questions and answers and

11   Mr. Rucker's questions, and because of that, you

12   have to wait for me to say my full question

13   before you start to respond with your answer or

14   before -- and Mr. Rucker may have an objection,

15   so wait to answer if he does.  Okay?

16      A.   Yes.

17      Q.   And another thing is you have to answer

18   verbally because the court reporter can't take

19   down shrugs or nods or things of that sort.

20   Okay?

21      A.   Yes.

22      Q.   If you want to take a break, that's

23   fine.  Just let me know.  I'll just ask that if

24   there's a pending question that you respond to

25   that question first before the break.  Okay?



1      A.   Okay.

2      Q.   Is there anything that you've taken

3   like medication or anything that would prevent

4   you from giving your best answers today?

5      A.   No.

6      Q.   Okay.  Mr. Brown, what is your full

7   name?

8      A.   My full name is Mark Donald Brown.

9      Q.   And what is your work address?

10      A.   My work address?

11      Q.   Um-hum.

12      A.   It's 3520 Westmoor Street in South

13   Bend, Indiana, and the zip code is 46628.

14      Q.   And who do you work for?

15      A.   I work for Honeywell International Inc.

16      Q.   And what is your title?

17      A.   I'm a lead producibility engineer.

18      Q.   And how long have you been a lead

19   producibility engineer?

20      A.   Approximately three years.

21      Q.   And how long have you been with

22   Honeywell?

23      A.   About twelve years.

24      Q.   What is the duties of the lead

25   producibility engineer?



1       A.   I work in our wheel and brake

2   development engineering department.

3       Q.   Before you were a lead producibility

4   engineer, approximately three years ago what was

5   your prior position?

6       A.   I was a senior engineer.

7       Q.   And when you were a senior engineer,

8   what did you work on?

9       A.   The same thing, essentially.

10      Q.   Wheel and brakes?

11      A.   Wheel and -- yeah, development of new

12  wheel and brake products for aircraft.

13      Q.   And how long were you a senior

14  engineer?

15      A.   I think approximately three years as

16  well.

17      Q.   Did there come a time that you heard

18  about this case that we're here for this

19  deposition for?

20      A.   Not until there were some additional

21  questions that were brought forth for the case

22  and I was identified as someone who could

23  potentially answer those questions.

24      Q.   Do you know approximately when that

25  was?



1      A.   I think it was towards the end of 2021.

2      Q.   Okay.

3      A.   December time frame.

4      Q.   Did you have anything to do with

5  gathering documents to produce to the Government

6  regarding this case?

7      A.   Yes, I did.

8      Q.   Did you have anything to do with

9  answering what's called Interrogatories that

10 were sent to Honeywell from the Government?

11     A.   Yes, I did.

12     Q.   Can you in general explain how you went

13 about gathering documents for answering the

14 Interrogatories?  Was it something that you knew

15 or did you have to do research?

16     A.   A lot of the questions I knew how to

17 answer.  Otherwise, I had to do some amount of

18 research regarding specific part numbers or

19 anything specific to the designs that were -- or

20 the part numbers that were in question to the

21 Interrogatories.

22          MR. KENNY:  I'd like to mark as

23 Government Exhibit 1 the notice of deposition.

24                  (Government Exhibit 1 was

25                   marked for ID.)



1    BY MR. KENNY:

2        Q.   Mr. Brown, can you take a look at

3    Government Exhibit 1.  And I'll ask you if

4    you've seen it before.

5        A.   Yes, I have seen this before.

6        Q.   Okay.  And as I said earlier in my

7    introduction and you acknowledged, that you're

8    here as a 30(b)(6) representative of Honeywell,

9    correct?

10       A.   Yes, I am.

11       Q.   Okay.  And I understand that you are

12   one of two witnesses, and my understanding is

13   that you're responsive to more on the

14   engineering side of the topics.

15       A.   Yes, that's correct.

16       Q.   Okay.  Can you take a look at the

17   topics?

18       A.   Um-hum.  (Reviewing document.)

19       Q.   And the first topic says:  "The

20   allegations raised by Honeywell's complaint in

21   the above-captioned action."

22       A.   Yes, I see this.

23       Q.   Okay.  Are you aware of the allegations

24   made in the Honeywell complaint in this action?

25       A.   Yes, I'm aware of the allegations.

1    Q.   No. 2 is:  "Honeywell's initial

2    disclosures."  Do you understand what that is?

3    A.   Yes, I do.

4    Q.   Okay.  Have you reviewed that document?

5    A.   Yes, I have.

6    Q.   No. 3 is:  "Honeywell's responses to

7    Defendant's Interrogatories and Requests for

8    Production of Documents and Things Directed to

9    Plaintiff, including, but not limited to,

10   whether such documents produced by plaintiff are

11   authentic copies of original documents, whether

12   those documents were prepared in the ordinary

13   course of business of Honeywell and whether it

14   was a regular part of Honeywell's business to

15   keep and maintain documents of this type."

16        Are you prepared to respond to that

17   topic?

18   A.   Yes, I'm prepared to respond to that.

19   Q.   Okay.  And 4 is:  "The allegations

20   raised by protests of entries which are listed

21   in paragraph 1 of Honeywell's complaint."

22        Can you respond to that?

23   A.   Yes, I can.

24   Q.   Okay.  And, lastly:  "The manufacturing

25   processes which 'the radial and chordal brake

1  segments' (the goods) at issue have undergone to

2  become the good, as imported as well as the

3  additional processing that takes place after

4  importation to become the good plaintiff sells

5  to customers.  Included in this topic is the

6  cost of each manufacturing process, the time

7  necessary to undergo these processes and whether

8  any process changes the chemical composition of

9  the good."

10        Can you respond to some or all of the

11  portions of that topic?

12     A.  Yes, I can respond to some of them;

13  specifically, like the technical engineering

14  aspect of those questions.

15     Q.  Okay.  So perhaps it's the cost of each

16  of the manufacturing processes that you are not

17  best to respond to?

18     A.  Yes, that's correct.

19        MR. KENNY:  Okay, I'd like to mark the

20  Complaint as Government Exhibit 2.

21                 (Government Exhibit 2 was

22                  marked for ID.)

23  BY MR. KENNY:

24     Q.  Mr. Brown, you've seen the complaint in

25  this case before?



1    A.  Yes, I have.

2    Q.  There's a section on page 2 called

3  "Background and Description of Merchandise

4  Involved."  Do you see that?

5    A.  Yes, I see that.

6    Q.  Okay.  Paragraph 7 says:  "The imported

7  articles that are the subject of this action are

8  radial and chordal brake segments, collectively

9  'brake segments.'"  Do you see that?

10    A.  Yes, I see that.

11    Q.  Do you have an understanding of what

12  that is?

13    A.  Yes, I do.

14    Q.  Can you explain to me what they are?

15    A.  Radial and chordal brake segments are

16  parts of the brake discs that we manufacture for

17  aircraft wheel and brake assemblies.

18    MR. KENNY:  Okay.  I was given samples,

19  and I'll mark the bag containing the samples.

20  One of them says "Radial 767" and then it says

21  "Scrap EUO."  Can we mark that as Government

22  Exhibit 3?

23    (Government Exhibit 3 was

24    marked for ID.)

25    MR. KENNY:  And I was also given a



1    plastic bag containing a sample and the plastic

2    mark is marked "Chordal 767" and then also

3    "Scrap EUO."  Can we mark that as Government

4    Exhibit 4?

5                        (Government Exhibit 4 was

6                         marked for ID.)

7    BY MR. KENNY:

8        Q.  Mr. Brown, I'd like you to look at the

9    samples that I was given that we've just marked

10   Government Exhibit 3 and 4 and tell me if these

11   are a representative sample of what is at issue

12   in this case and what the complaint refers to in

13   paragraph 7.

14       A.  (Reviewing samples.)

15           Yes, they are representative of radial

16   and chordal brake segments.

17       Q.  Okay.  We'll start with one.

18   Government Exhibit 3, is this, what you see in

19   here -- if you can describe what it looks like

20   and what it's -- or best describe it.  Is this

21   the way it comes in as imported?

22       A.  Yes, it is.

23       Q.  Is it a material, like a nonwoven

24   material?

25       A.  Yes, it is a -- considered a nonwoven

1  polyacrylonitrile-based segment.  In particular,

2  this one is a radial segment in which case the

3  fiber orientation is predominantly in the radial

4  direction.

5      Q.  So it's oriented, I guess, towards

6  the -- from the smaller internal arc to the --

7      A.  Yeah, in a polar coordinate system

8  heading out radially from a center point, yes.

9  And then there are -- it's a cut segment and

10  there's an inner dia- -- or an inner radius and

11  an outer radius of a specific dimension for this

12  particular part number.

13      Q.  And Exhibit 3, would you agree it's a

14  textile?

15      A.  I would suggest that it is a fabric

16  material that has a specific design and use

17  related to the -- our specific product.

18      Q.  Okay.  And as we see it here today as a

19  fabric material, it's bend-able, fold-able just

20  like any fabric?

21      A.  Yes.  And that's intentional.

22      Q.  Okay.  What do you mean by that?

23      A.  In order to continue with the

24  appropriate manufacture to have this become a

25  brake disc for an aircraft, it needs to have



1    flexibility like this.

2        Q.   When you were saying that this is a

3    radial and it's composed of fibers that are

4    radially placed, is it one layer or multilayers?

5        A.   This particular example is what we call

6    a duplex fabric.  So it is a -- contains a

7    radial portion as well as a web portion of

8    fabric.

9        Q.   Okay.  Can you see the web portion in

10   there on that or is it somewhere internalized

11   that you can't see it?

12       A.   Ah... I'm not sure I could distinguish

13   personally the difference besides the -- I know

14   the radial direction orientation of this

15   particular -- these particular fibers.

16       Q.   Can you see it?

17       A.   Yes.

18       Q.   Mr. Brown, is there a difference

19   between one side versus the other?

20       A.   I honestly don't know.

21       Q.   Okay.  You were talking about there are

22   fibers that are radially placed and then there

23   is a web that's involved in what is sample

24   Government Exhibit 3.  How do they stay

25   together?  Can you explain that?



1      A.   I'm not intimately familiar with the

2   process by which our supplier does that.   I

3   believe there's some sort of manufacturing

4   process that interlinks the two in some fashion.

5      Q.   Okay.   If you could place those back in

6   the bag.

7      A.   Sure.   (Witness complying.)

8      Q.   Can you look at what's been marked

9   Government Exhibit 4?

10      A.   (Reviewing sample.)

11      Q.   I'll ask you to describe Government

12   Exhibit 4.

13      A.   Sure.   Very similar to the Exhibit 3

14   that we just looked at, the radial segments

15   where they are a section of an annulus --

16      Q.   Can you explain what an annulus is?

17      A.   Essentially, a ring shape.

18          (Continuing) -- with an inner radius

19   and an outer radius and it's a portion of that

20   annulus, and this one predominantly has

21   chordal-direction-oriented fibers compared to

22   the radial which had

23   radially-directional-oriented fibers.

24      Q.   May I see it?

25      A.   Yes.   (Witness complying.)



1    Q.  Do you know if there are layers

2  involved with this chordal sample?

3    A.  Yes, so this is a similar enough

4  construction as the radial segment where it's --

5  this is a duplex fabric where there's a web

6  layer and a layer of tows that are in -- this

7  one's in the chordal direction.

8    Q.  You used the word "tows".  Can you

9  explain what that is?

10    A.  Yeah, it's the word used for the type

11  of fiber.  I'm not intimately familiar with how

12  that became a -- like the terminology

13  specifically.

14    Q.  Okay.  And like the radial sample, this

15  is also a fabric-type material?

16    A.  Yes.

17    Q.  Okay.  And it's foldable as the fabric

18  is?

19    A.  Um-hum.  Yes.

20    Q.  Okay.  And if you can put that back in

21  there.

22    A.  (Witness complying.)

23    Q.  If we could go back to Government

24  Exhibit 2.

25    A.  (Witness complying.)



1    Q.   On page 2, paragraph 8, it says:   "The
2    allegation is the imported brake segments are
3    made from a nonwoven polyacrylonitrile (PAN)
4    fiber fabric material that is cut into specific
5    shape and size."

6         Do you see that?

7    A.   Yes, I do.

8    Q.   Okay.   And is that what we were seeing
9    in the representative samples that's Government
10   Exhibits 3 and 4?

11   A.   Yes, those samples are PAN-fiber-based
12   segments cut to a specific shape and size.

13   Q.   Right.   Fiber fabric material?

14   A.   Yes.

15   Q.   And then in paragraph 9, it says:
16   "After importation, the brake segments are
17   manufactured into brake discs."

18        Do you see that?

19   A.   Yes.

20   Q.   Is that specific to aircraft brake
21   discs or other brake discs, do you know?

22   A.   These are specifically to aircraft
23   brake discs.

24   Q.   And when you say "these," are you
25   talking about the representative samples?

1       A.   Both the samples and the part numbers

2  at issue.

3       Q.   Can you tell me what is meant by "brake

4  discs"?

5       A.   Yes.   The brake discs are carbon-carbon

6  composite brake discs that are used in

7  commercial and military aircraft brakes.

8       Q.   What is meant by "carbon-carbon"?

9       A.   It's a composite material.   So there's

10  a matrix and a substrate, would be the correct

11  term, where there's a carbon fiber with carbon

12  matrix material deposited around that carbon

13  fiber.

14       Q.   So you said carbon fiber, and then

15  carbon matrix material somewhere put into the

16  carbon fiber?

17       A.   Yes, that happens during one of the

18  process steps for manufacturing the discs.

19       Q.   The representative samples that are

20  Government Exhibits 3 and 4, would you describe

21  those as carbon-carbon materials?

22       A.   No, I would not.   Those are

23  polyacrylonitrile -- oxidized

24  polyacrylonitrile-based fabrics.

25       Q.   Okay.   But is it your understanding



1    that it's the PAN fiber segments that are used

2    to make various carbon-carbon brake discs?

3        A.   Yes.

4        Q.   Okay.

5        A.   Yes.

6        Q.   During discovery I was also sent

7    samples of what I would understand to be

8    aircraft brake discs, but I would like you to

9    look at them and describe to me what they are.

10       A.   Sure.

11           MR. KENNY:  I'd like to mark what I

12   believe to be an aircraft brake rotor as

13   Government Exhibit 5.  I think we should put the

14   sticker on the box.

15           MR. RUCKER:  Yes.

16                   (Government Exhibit 5 was

17                    marked for ID.)

18   BY MR. KENNY:

19       Q.   Mr. Brown, I would like you to look at

20   Government Exhibit 5 and tell me what this

21   representative sample is.

22       A.   Yep, this is an aircraft carbon brake

23   rotor.

24       Q.   Would it be properly referred to as a

25   carbon-carbon brake rotor?



1      A.   Yes.   We use the terms interchangeably

2   often.

3      Q.   Do you know, is this for a specific

4   type of aircraft?   Can you tell?

5      A.   This is for a specific type of

6   aircraft.   I am not sure which one this disc is

7   for in particular.

8      Q.   Okay.   Does it have some sort of

9   marking on it?

10     A.   Yes, there is a bar code label with

11  some digits on it as well.

12     Q.   And what are the digits?

13     A.   The digits are 21-029-027.

14     Q.   Now, how do you know it's a brake

15  rotor?

16     A.   Based on the shape.

17     Q.   And what about the shape makes it look

18  like a brake rotor?

19     A.   For this particular one, it has an

20  inner diameter that's just machined normally,

21  just a regular diameter, and then the outer

22  diameter of the disc has what we call rotor lugs

23  machined on the outside diameter of the disc.

24     Q.   How does that brake rotor work in an

25  aircraft brake system?



1    A.  So the brake assembly mates inside of

2  the wheel assembly, and the wheel assembly has

3  what we call "rotor drive keys".  So there's

4  keys on the inside diameter of the wheel in the

5  wheel cavity that the brake fits into, and as

6  the wheel rotates, the keys drive the rotor to

7  spin with the wheel.

8        And then there are stationary discs

9  which we call "stators" that are keyed on the

10  inside diameter to what we call a "torque tube"

11  and then the -- and there are typically multiple

12  stages of these.  There can be three, four, five

13  stages of rotors in a brake, and then there's

14  some sort of carrier housing that has actuation

15  devices that clamp the discs together to create

16  friction between the stationary discs and the

17  rotary discs, and that generates the friction to

18  create torque and cause the wheel to slow down.

19    Q.  Okay.  So every time the aircraft

20  wheel -- if this was actually on an aircraft,

21  every time the aircraft wheel turns, that rotor

22  would turn?

23    A.  Yes.

24    Q.  Is there a friction side to that rotor

25  or is the friction side both sides of that

1    rotor?

2       A.  We typically call them friction

3    surfaces and, yes, both sides of this rotor have

4    friction surfaces that are the main ID and OD.

5    This surface (indicating) is the friction

6    surface as well as this side (indicating).

7       Q.  Can I come over there?

8       A.  Yes.

9       Q.  I know, it's dirty.

10      A.  I'm used to it.

11          MR. KENNY:  I'd like to mark the next

12   sample of what I believe to be a brake stator as

13   Government Exhibit 6.

14                  (Government Exhibit 6 was

15                    marked for ID.)

16   BY MR. KENNY:

17      Q.  Mr. Brown, can you take a look at

18   what's been marked Government Exhibit 6 and tell

19   me what it is?

20      A.  Yes, this appears to be a -- it's

21   actually what we call a pressure plate, but it's

22   also representative of a general stationary disc

23   in the brake assembly.

24      Q.  So is that not a stator?

25      A.  It's considered an auxiliary stator.

1   So this particular disc is the first disc in the

2   brake stack.  So for this one, this has a

3   non-friction surface side against which the

4   actuation method applies force to it, and

5   then -- this (indicating) is the friction

6   surface side and then there would be a rotary

7   disc right next to it.  And then there's another

8   disc following that that's very similar in

9   composition that we would call a stator that has

10  friction on both sides.

11      Q.  And as you say, the stator in the

12  aircraft brake configuration doesn't move.  It's

13  the piece that doesn't move as compared to the

14  rotor?

15      A.  That's correct.  It's keyed to the

16  brake assembly which is not rotational during

17  aircraft movement.

18      Q.  Are there different types of rotors and

19  stators, meaning are there different materials

20  that could be used for a rotor and stator, not

21  necessarily carbon-carbon?

22      A.  There have been in the past such as

23  steel or metal composites that have been used.

24      Q.  Okay.  And when steel or metal

25  composites are used or were used, was it the



1    same general mechanics, there's a rotor that's

2    created and there's a stator that's created?

3        A.   Generally, yes.  Yeah.

4        Q.   And is it the carbon-carbon rotors and

5    stators that are more prevalent these days?

6        A.   Yes, that's correct.

7        Q.   Why is that?

8        A.   The carbon-carbon material offers a

9    significant advantage over most steel or

10    historical steel offerings.  Specifically, they

11    generally weigh a lot less than steel, and in

12    the aircraft industry, weight is usually king in

13    terms of a design feature.  They also offer

14    generally longer brake life, meaning you can get

15    more landings out of a carbon heat sync

16    generally than a equivalent steel heat sync.

17    Additionally, they provide excellent friction

18    capability for -- specific fore aircraft braking

19    parameters and needs.  They also have many of

20    the other desirable characteristics that are

21    necessary for that application such as strength

22    and energy absorption capability, the thermal

23    properties.

24        Q.   When you say "thermal properties," can

25    you expand on that?



1    A.   Yeah.   So I mentioned the term heat

2    sync.   Right?   So the energy, the kinetic energy

3    of the aircraft as it's going down the runway

4    needs to be converted into a different energy in

5    order to stop the aircraft, and so the means we

6    do that through is by turning it into heat via

7    the friction in these brakes.   And so the

8    carbon-carbon composite absorbs that heat that

9    the brakes generate to stop the aircraft.

10    Q.   When the other materials were used in

11    aircraft braking such as metals or metal alloys,

12    did that also generate heat?   Was that also

13    considered a heat sync?

14    A.   Yes.

15    Q.   But in your understanding, the

16    carbon-carbon is superior in the heat sync

17    abilities?

18    A.   Yes, in almost every way.

19    Q.   You know, when you were saying that the

20    metal or metal alloy rotors and stators had a

21    surface life that was less than these

22    carbon-carbon brake discs, how do you know when

23    the surface life is over?

24    A.   Oh.   So our brakes are designed to

25    be -- to have a specific wear life and each



1    brake assembly has what we call a wear pin, and

2    so it's a mechanical device on the brake

3    assembly that travels with the heat sync as it

4    wears.  And once that wear pin becomes flush

5    with a surface on the piston housing, it's

6    determined to be fully worn and at that stage

7    the operator will remove the brake assembly from

8    service for overhaul or replacement.

9        Q.  So like your brake pads, they start

10   screeching?

11       A.  Ours don't screech, but, yeah,

12   essentially.

13       Q.  So if we go back to Government

14   Exhibit 2 at paragraph 10 --

15       A.  Yes, I see paragraph 10.

16       Q.  -- it says:  "The imported brake

17   segments are designed for use in a specific

18   brake disc that will be incorporated into a

19   specific aircraft braking system."

20           Can you explain what you mean by that,

21   like "a specific brake disc" and "a specific

22   aircraft braking system"?

23       A.  Yes.  So each segment has an inner

24   diam- -- or an inner radius, outer radius that's

25   a specific dimension.  Those specific dimensions

1  are related to the final brake disc

2  configuration and so -- and each brake disc is

3  different sized whether that's outer diameter,

4  inner diameter, thickness, et cetera for a

5  specific aircraft brake, and basically every

6  aircraft brake that we manufacture is specific

7  to a one airplane.

8      Q.  Because it has to fit into the housing

9  of that brake?

10     A.  There's a multitude of reasons, but,

11  yes, it's designed for that aircraft's energy

12  requirements and torque requirements,

13  deceleration requirements, et cetera, and it has

14  to fit within the design envelope that is for

15  that specific aircraft.

16     Q.  So can you explain how the design

17  parameters of a specific aircraft might affect

18  the dimensions of the segment?  Like would it be

19  that the aircraft has to stop in a shorter

20  distance?  Is that what you're saying might look

21  different from other brake segments?

22     A.  So when we design a wheel and brake

23  assembly, there are typically factors that drive

24  us into a specific design.

25          So, typically, the airframer will



1  determine a tire size and then a landing gear

2  configuration that works for that particular

3  aircraft.  That tire size then sizes our

4  specific wheel contour and wheel shape and then

5  the loads of the aircraft, so how much weight

6  the wheel has to support under various

7  conditions gets sized.

8        And then, depending on how that wheel

9  has to be designed in order to support those

10  loads, we'll create a -- like the load -- or the

11  volume available for brake assembly inside the

12  wheel.  And so then it's an iterative balancing

13  process of designing a wheel with a brake to try

14  to also then have a brake assembly that is

15  capable of meeting all of the additional

16  requirements for that particular aircraft.  So

17  it's around how much dynamic torque the brake

18  needs to be able to produce, how much static

19  torque the brake needs to be able to produce,

20  how much energy the brake needs to absorb under

21  the various different conditions that the

22  aircraft can operate under.

23        And so then all of those items come

24  together to create an envelope for that

25  particular aircraft, and then those segments are

1  sized based on that brake disc size for that

2  envelope and then sized accordingly for how we

3  manufacture the -- or how we get to the end

4  product of the disc.

5      Q.  Okay.  So I understand that the

6  segments are cut to different sizes depending on

7  the aircraft it's supposed to go with.

8          Is there anything else other than the

9  sizing of it that is different from segment to

10 segment depending on the aircraft?

11     A.  Yeah, there are some things.  Each

12 segment has a material specification that's

13 noted on the drawing, and so there are several

14 different material specifications for particular

15 segments and part numbers.

16     Q.  So is that a different type of PAN

17 fiber that could be used?  Is that what you're

18 saying?

19     A.  I'm not exactly sure of the precise

20 differences of those materials off the top of my

21 head.  It's a variation of a nonwoven PAN,

22 oxidized PAN fiber, yes.

23     Q.  Is that because a specific aircraft

24 manufacturer likes that brand versus another

25 brand, like Coke versus Pepsi?



1    A.  No.  It's purely around performance and

2  how -- and the specific performance necessary

3  for that particular aircraft application.

4    Q.  The two samples that we see here of the

5  segments which are Government Exhibit 4 and

6  Government Exhibit 3, when they are used to

7  create a brake disc, does that brake disc --

8  does that need both versions, chordal -- it

9  needs both Government Exhibit 4 and

10  Government Exhibit 5 and multiples of each to

11  create a brake disc?

12         MR. RUCKER:  Just to clarify, you mean

13  3 and 4, right, Ed?

14         MR. KENNY:  Yes.

15         MR. RUCKER:  Okay.

16         THE WITNESS:  Generally, yes, we use

17  both chordal and radial segments for each type

18  disc and you would -- and so I'm not sure I

19  mentioned this before, but each segment is

20  approximately a 68-degree slice of an annulus.

21  And so each of those segments are arranged in a

22  fashion and laid up on top of each other to

23  create what we call a preform.  And then that

24  preform goes through additional processes to

25  become ultimately a brake disc.



1    BY MR. KENNY:

2        Q.  And they're layered, multiple layers of

3    disc?

4        A.  Yes, multiple layers of each.  And the

5    amount of segments that are used, both radial

6    and chordal, varies depending on the specific

7    program.  For example, one disc might have 100

8    radial segments and 110 chordal segments for its

9    lay-up to create the preform.

10        Q.  The segments that come in, be they

11    radial or be they chordal, does it matter -- can

12    they be used within that same program to make a

13    stator for that aircraft as well as making a

14    rotor?

15        A.  Generally, no.  Most all of our part

16    numbers have a specific segment for the

17    stationary discs and then a specific segment for

18    the rotary disc for both radial and chordal type

19    segments.

20        Q.  Could you tell with Government

21    Exhibit 4 and Government Exhibit 3 whether --

22    are these destined -- were these destined for

23    either a stator or rotor or both?

24        A.  I can't tell without measuring them or

25    determining what each part number would be.

1    Q.  Do you know -- like on the bag it says

2    "Scrap EUO."  Do you know what that refers to?

3    I'm talking about the bag that's Government

4    Exhibit 4 and Government Exhibit 3.

5    A.  Yes.  So the segments in question are

6    like uncontrolled product and so an EUO stands

7    for engineering use only.  And so to ensure that

8    these parts would not make its way back into

9    production, the bags were marked appropriately.

10    Q.  When you say uncontrolled, engineering

11    uncontrolled --

12    A.  Engineering use only.

13    Q.  Oh.  Is that because -- were they meant

14    to be a commercial product, but there is

15    something wrong with them or do you purchase a

16    few -- a certain amount that is just for

17    engineering research?

18    A.  I'm not exactly sure where these

19    particular ones came from.  I acquired them from

20    one of our friction materials engineers who had

21    samples available.

22    Q.  Was it marked "Scrap EUO" before you

23    got them?

24    A.  I marked that prior to sending them.

25    Q.  Looking at the representative brake



1    discs which is Government Exhibit 5 and 6, do

2    brake discs have a uniform number of layers of

3    segments in them?

4        A.   They don't have a uniform layer,

5    per se.   There is a targeted average number of

6    segments that are required to create a disc.

7    However, there is some slight variance there.

8    It's largely determined by the weight of the

9    preform.

10           And so -- and, you know, I mentioned

11   that, you know, in the example if you had needed

12   100 radial and 110 chordal, it could vary by a

13   few segments either direction depending on the

14   specific weight of that specific -- of each of

15   the specific segments and what the final preform

16   ended up being.

17           But as you can see in the disc, you

18   know, there are fairly clearly defined layers

19   that are noticeable in the axial direction of

20   the disc, meaning like heading from the

21   centerline and outward or in the Z direction

22   supposedly as opposed to a radial or any other

23   direction.

24           MR. KENNY:   Okay, I'd like to mark a

25   binder.   The cover page of the binder says



1    "Production by Honeywell" and it's the documents

2    which are Honeywell's Answers to Interrogatories

3    and their responses to defendant's requests for

4    production documents.  I'd like to mark that as

5    Government Exhibit 7.

6                    (Government Exhibit 7 was

7                     marked for ID.)

8    BY MR. KENNY:

9      Q.  Mr. Brown, can you take a look at the

10   binder that's been marked Government Exhibit 7.

11   And I know you were familiar in gathering the

12   Interrogatory responses as well as the document

13   response.

14         Can you take a look at this and confirm

15   that these are the responses that were produced

16   by Honeywell?

17     A.  (Reviewing document.)

18         Yes, this appears to be the responses.

19         MR. KENNY:  Okay, let's go off the

20   record for a second.

21         (Off the record discussion.)

22         MR. KENNY:  Mr. Rucker, plaintiff

23   counsel, and I have made an agreement or come to

24   an agreement that the document -- or

25   Government Exhibit 7 which is the production by

1  Honeywell except for the formal responses to

2  Interrogatories and the formal pleading that

3  says "Response to Production of Documents," the

4  actual documents are authentic copies of

5  originals and comprise business records of

6  Honeywell either made or received in the course

7  of Honeywell's business.

8          Is that correct, Mr. Rucker?

9          MR. RUCKER:  Yes, it is.

10 BY MR. KENNY:

11     Q.  Mr. Brown, could you take a look at

12 Interrogatory No. 3 and its response.

13     A.  Yes, I see it.

14     Q.  Are you familiar with that response?

15     A.  Yes, I am.

16     Q.  Okay.  Were you part of doing the work

17 to gather the information for that response?

18     A.  Yes, I was.

19     Q.  So at the last paragraph of the answer

20 on page 4 of that response, it says:  "The table

21 below provides detailed information regarding

22 the size, weight, composition, and form of each

23 model of brake segments listed, including the

24 aircraft model in which the brake segment is

25 used."



1          Do you see that?

2      A.  Yes, I do.

3      Q.  And then on the next page, 5, there's a

4  table, correct?

5      A.  Yes, that's correct.

6      Q.  Okay.  So is this a table of the

7  segments that are at issue in this case?

8      A.  Yes, this is a table of those specific

9  part numbers for the segments.

10     Q.  Okay.  Can you explain to me how this

11 table is set up?  Like from the left, it says

12 "Part Number."  Can you explain what that Part

13 Number is for?

14     A.  Yes, that Part Number is the part

15 number for that particular segment, and that

16 part number is defined as part of the design

17 configuration management system that we have to

18 identify that particular part.

19     Q.  Okay.  So that representative sample,

20 Government Exhibit 4, of a chordal segment,

21 would this theoretically have a part number?

22     A.  Yes, it does.

23     Q.  Okay.  And would that part number just

24 refer to the actual fabric segment?

25     A.  Yes, that part number is specific to



1    the particular segment, yeah.

2        Q.   And when a brake disc is created from

3    an assortment of segments, is that given a

4    different part number, the brake disc?

5        A.   Yes, there's a series of part numbers

6    that go into like a brake assembly.  So there's

7    a top level brake disc assembly part number

8    which has several numbers underneath it and, you

9    know, some of which are the discs.  So those

10   machined or assembled discs have a part number

11   and then the constituent components of that disc

12   each have part numbers as well.

13       Oh, so to answer your question, so

14   each -- once the segments are assembled and

15   needled together into a preform, that preform

16   has a part number as well.

17       Q.   How many part numbers would a -- so the

18   preform has its own part number, but how many

19   other part numbers are involved in creating that

20   preform?

21       A.   From -- let's take, you know,

22   Exhibit 6, for example.  This disc would have, I

23   think, typically two segment part numbers.  So

24   one segment part number would be the radial

25   component, one would be the chordal component,



1    and then those would be manufactured into the

2    preform and then that preform would have a part

3    number.  And then the next level up is the

4    carbonized preform, and that has another part

5    number associated with it.  Then the next level

6    up from that is a machined carbon disc, and that

7    machined carbon disc would have its own part

8    number.  And then depending on the particular

9    one, if it had additional components to it, like

10   our rotor assemblies have rotor hardware that

11   goes on the rotor lugs, typically, and then

12   there would be an assembly part number for that

13   as well.

14       Q.  Okay.  So in creating the preform,

15   there's really -- typically, there's only two

16   part numbers comprising the segments that make

17   that preform?

18       A.  Generally, yes.  For the ones that use

19   like the duplex fabrics like we have -- you

20   know, we've mainly been talking about, it's

21   those two particular part numbers.

22       Q.  Could there be other part numbers

23   involved?  Because if you use -- you're saying

24   generally, yes.  So does that mean that there's

25   certain other times that there's something else



1    that's added, another part number?

2        A.   Yeah, depending on the particular

3    platform, there might be some other ancillary

4    components that go inside that preform.  For

5    example, we've used things called "dampers" in

6    the past, which are additional materials that go

7    inside the disc to cause it to have different

8    mechanical properties.  Those are typically

9    specific to a specific program and its specific

10   needs.

11           But for the most part, it's those two

12   part numbers.  There might be a couple of other

13   part numbers, but it's not generally how we

14   manufacture discs.

15       Q.   Okay.  When we look at this table here

16   of the specific segments that are in this case,

17   can you tell whether there are any other part

18   numbers that would go into a preform created

19   from these or you can't tell?

20       A.   (Reviewing document.)

21           I can't tell.

22       Q.   Okay.

23       A.   I would have to look at other

24   documentation.

25       Q.   So you explained what the Part Number

1  was.  So the next one is the "Part Name."  Do

2  you see that on the table?

3       A.  Yes, I do.

4       Q.  And I think from your prior -- from

5  your testimony up until now, we have discussed

6  segment, we have discussed rotor, we have

7  discussed chordal, we have discussed radial, we

8  have discussed duplex.

9            I don't know whether we've discussed

10  web.  Can you describe what that is?

11       A.  Yes, it's -- a web segment is similar

12  to, but it's a web-shaped material.  So I think

13  I described that the duplex fabrics include a

14  web portion as well as a directional fabric

15  portion.  Whereas, the web segments only have

16  the web portion of that.

17            I think in older designs there were,

18  you know, different -- some of those preforms

19  would use a web, and other segments layered on

20  top of each other are typical and most prevalent

21  preform manufacturing that would include just

22  the radial and the chordal duplex part numbers.

23       Q.  Would the web be -- when it is used and

24  when it's not part of a duplex fabric, would it

25  be its own layer in a preform or would it be

1    intermingled with chordal and radial in a layer

2    of combination of three different types?

3        A.  Yes, I think I provided a picture of an

4    example lay-up for how those segments are

5    assembled.  So that's under --

6        Q.  Page 9?

7        A.  -- Interrogatory No. 6, yeah, on

8    page 9.  And in this one, it shows the chordal

9    and radial segments and then, you know, a layer

10   of those and then as well as a layer of web

11   segments that are being put on top of them.  I

12   believe it's alternating layers, essentially.

13       Q.  Okay.  There's also something on the

14   diagram where, you know, you have the web

15   segments in one layer, chordal and radial

16   segments in another layer, and then there's

17   something called a "foam ring".  Do you see

18   that?

19       A.  Yes.

20       Q.  Does that become part of the preform,

21   the foam ring?

22       A.  No, I believe that's only a

23   manufacturing piece in the process.  It's not

24   part of the final product.

25       Q.  Okay.  And then at the bottom is



1    something called a "prefoam ball".  Is that the

2    form that's used for creating the preform?

3        A.  It's, yes, one of the methods for doing

4    that.

5        Q.  Going back to the chart on page 5, so

6    then you have "Segment Type."  We've discussed

7    chordal duplex, radial duplex, and now web as

8    you're saying web is its own type of segment,

9    that it could be its own type of segment?

10       A.  Yes, it has its own part number.

11           MR. KENNY:  Mr. Rucker, I think we've

12   discussed that if "web" is actually in these

13   entries, and I suppose it appears to be --

14           MR. RUCKER:  Yeah.

15           MR. KENNY:  -- that you would provide

16   the OS sample of a web segment.

17           MR. RUCKER:  Yes, we can do that.  Yes,

18   we'll agree to do that.

19           MR. KENNY:  Okay.  And I guess it's to

20   be determined whether you're amending your

21   complaint to add that.

22           MR. RUCKER:  Yeah, pursuant to our

23   discussion, we will review particularly

24   paragraph 7 to make that determination.

25           MR. KENNY:  Okay.



1    BY MR. KENNY:

2        Q.   Okay.  And then the next column is

3    entitled "Material Specification".

4        A.   Yes.

5        Q.   And what does that entail?

6        A.   That Material Specification is the

7    material that's called out on the part drawing

8    and that specification is a document that

9    includes the requirements related to that

10   particular material.

11       Q.   Okay.  So that's designated by EMS or

12   like a letter number and then a numerical?

13       A.   Yeah, it's document name and how we

14   configuration control those particular

15   documents.

16       Q.   Okay.  So on the first row of the chart

17   on page 5 for Part No. 2703272 --

18       A.   Yes.

19       Q.   -- it says Material Specification

20   EMS-182; is that right?

21       A.   Yes.

22       Q.   And then if you go to Bates number

23   HONEYWELL 00211 -- that's Tab 60 in the binder.

24       A.   Tab 60?

25       Q.   Yes.



1       A.   Yes.

2       Q.   Is that the EMS-182 that's referred to

3   in the chart on page 5?

4       A.   Yes, it is.

5       Q.   Okay.  So the title of this document is

6   "Engineering Material Specification"; is that

7   correct?

8       A.   The title of the document is -- well,

9   the specification number is EMS-182.  The title

10  of the document is "Oxidized PAN web fabric" and

11  then the header just indicates that it's an

12  engineering material specification.

13      Q.   So is this the specification for the

14  creation of one of the segments?

15      A.   (Reviewing document.)

16           This one in particular as shown

17  underneath the "Purpose" section, Section 1

18  specifies that "The specification establishes

19  the technical and quality assurance requirements

20  for the oxidized polyacrylonitrile (or PAN) web

21  fabric."

22      Q.   So that would be the imported good

23  here?

24      A.   Yes.  For this particular part number,

25  yes.



1    Q.  So if somebody at Honeywell wanted to

2    do a quality assurance requirement for

3    Part No. 2703272, they would look at this

4    EMS-182 document and be able to do that quality

5    assurance check?

6    A.  Right.  So they'd go to Section 7 and

7    see what the required provisions for quality

8    assurance are related to that -- related to this

9    material specification.

10    Q.  So this particular engineering material

11    specification EMS-182, it's a designated

12    specification for a number of part number

13    segments, correct?

14    A.  Yes, that's correct.

15    Q.  Okay.  So does that mean that the

16    material other than the dimension would be the

17    same if the EMS specification is the same for

18    those parts?

19    A.  Yes.

20    Q.  Okay.  And on this chart at page 5 of

21    the Interrogatories --

22    A.  Yes.

23    Q.  -- there's really only three material

24    specifications at issue?

25    A.  For the set of part numbers that we

1  have listed here, yes, we have three material

2  specifications for those part numbers.

3      Q.  Okay.

4      A.  Three different ones; one each per part

5  number.

6      Q.  We were discussing a question earlier

7  whether the segments that come in the chordal

8  and the radial, are they used for a -- are they

9  destined for a rotor versus can they be made

10 into a stator or rotor, and I think the response

11 was they're specific to what they are to become,

12 either a rotor or a stator.  Is that correct?

13     A.  Generally, yes.  Right, so also in this

14 table we note, you know, the ID and OD dimension

15 and so we typically pre-designate if it's a

16 rotor or a stator.  However, if there were a

17 stator disc that could use that particular size,

18 then we could potentially use that same segment

19 for that size.  But for the most part, each one

20 part number is used for one type of disc.

21     Q.  So if we take an example, the third and

22 fourth one down on the table involving the

23 program used, the 777, and it's Part

24 No. 2703275, which is a segment rotor chordal

25 duplex?



1    A.    Yes.

2    Q.    And then the next one, Part No. 2703276

3    which is segment rotor radial duplex?

4    A.    Yes.

5    Q.    Those are both rotors, correct?

6    A.    These are both designated as they would

7    be part of the set of part numbers used to

8    manufacture a rotor, yes.

9    Q.    Okay.  And the following two, Part

10    Nos. 2703277 and 2703278, are for the 777

11    program and those are for stators, correct?

12    A.    Yes, that's correct.

13    Q.    And while they have the same material

14    specification, there's a slight variation in the

15    radii, the size between the rotor and the stator

16    for the 777; is that correct?

17    A.    Yes, that's correct.

18    Q.    And then you look a little further down

19    for the FA18E/F program.

20    A.    Yes.

21    Q.    If you look at Part No. 2703331 and

22    Part No. 2703332, the 2703331, the part name is

23    "segment chordal duplex" and the part name for

24    2703337 is "segment radial duplex," correct?

25    A.    Sorry, I think you meant 2703332 is the



1    radial duplex.

2        Q.  Yes, thank you.

3        A.  Yes, I see that.

4        Q.  So even though one's a chordal duplex

5    and one is a radial duplex, can you tell whether

6    those are rotors or stators?

7        A.  Not based on the nomenclature used in

8    the part name.

9        Q.  So what is that intended to become

10   then?

11       A.  A brake disc.

12       Q.  Is there another type, like if it's not

13   a rotor or a stator?

14       A.  I'm not sure for this particular

15   example.

16       MR. KENNY:  Okay, I'd ask that the

17   record be supplemented to determine for the part

18   numbers under the part name where there isn't a

19   rotor or stator, that there's no designation as

20   to rotor or stator, as to what those segments

21   become.

22       MR. RUCKER:  Okay, we can do that.

23   BY MR. KENNY:

24       Q.  Mr. Brown, on the table in that top

25   column there's something called "Composition."



1    Do you see that?

2        A.   Yes.

3        Q.   So there seems to be a few differences

4    in composition.   And does that correlate to the

5    differences in the material specification in the

6    table?

7        A.   I think I'd like to look at the

8    particular part number in question just to make

9    sure I interpret correctly.

10       Q.   Oh, are you doing that?

11       A.   Oh, is there a specific part number?

12       Q.   According to your table.

13       A.   So, for example, looking at Part

14   No. 2703270...

15           Where is that?   That must be -- oh,

16   that's -- okay, let me find a different one.

17   (Reviewing document.)

18           Okay, so a new one, 2703273, I believe

19   that's number 10.

20       Q.   Is there a Bates number for that?   Oh,

21   10 being the tab?

22       A.   The tab.

23       Q.   Okay.

24       A.   And then the Bates number is the bottom

25   right corner, right --



1       Q.   Yeah.

2       A.   -- HONEYWELL 000010.

3       Q.   Okay.

4       A.   So this one is 2703273, the part name

5  being "segment stator web".  So on this drawing

6  we have a -- in the title block there is

7  applicable engineering instructions or various

8  specifications that are for this part, the one

9  being EMS-182.  And so then I believe that when

10  you go to EMS-182, that also calls out the PAN

11  fiber per EMS-181 and then the specific part

12  number for that.

13      Q.   Okay.  So if you go to Tab 60, you

14  could see that there?

15      A.   Yeah, let me take a look.  Yes, so in

16  the EMS-182 document that we're looking at under

17  Section 6, Fiber Form 6.1 and then 6.11 says:

18  "This nonwoven fabric shall be manufactured

19  using oxidized PAN fiber in accordance with

20  EMS-181, Part No. 2703269."

21           And that's what's in the Composition

22  column in the table in the Interrogatory on

23  page 5.

24      Q.   Okay.  So the Composition column

25  correlates to what's called out in --



1    A.  Yeah.

2    Q.  -- the Material Specification column?

3    A.  Yeah.

4    Q.  Okay.  So according to the Composition

5  column, just like in the Material Specification

6  column, there's three different designations?

7    A.  (Reviewing document.)

8    Yes, that's what I'm seeing.

9    Q.  Okay.  There was a question in the

10  Interrogatories, it goes through it about

11  Honeywell was involved in creating braking

12  systems for auto racing.  Do you recall that?

13    A.  (Reviewing document.)

14    Which specific Interrogatory?

15    Q.  Yeah, actually, it's this one,

16  Interrogatory 3, where it says:  "There were

17  limited occasions in the past where the brake

18  segments have been used in specialty automotive

19  racing applications."

20    A.  Oh, right.  (Reviewing document.)

21    Yes, this is the paragraph below the

22  table.

23    Q.  Okay.  So is that why under "Program

24  Use" for certain of the part numbers it not only

25  says I think the aircraft designation, but also

1    Brembo, B-R-E-M-B-O?

2        A.   Yes.

3        Q.   Okay.  And that correlates to the

4    second table that's part of the Answer to

5    Interrogatory 3 that's on page 6?

6        A.   Yes, that's correct.

7        Q.   So when Honeywell did do that

8    automotive use, it was as this table shows, by

9    using the same internal and outer dimensions

10   for -- specifically like Part No. 2703275, since

11   it says "Program Use 777" and I guess "or

12   Brembo," that they use the same material, the

13   same internal and outer diameter, the same

14   weight; is that correct?

15       A.   Right.  So the end product for those

16   particular disks or pads were manufactured from

17   those segments.

18       Q.   Okay.  Do you have an understanding of

19   were those the size of those segments related to

20   the size of the preform that was necessary for

21   those automotive uses?

22       A.   I'm not particularly informed on how

23   the decisions were made surrounding design

24   criteria for those particular parts, so I'm not

25   going to speculate as to how those were chosen

1   for the size.  But...

2       Q.  Okay.  When Honeywell was involved in

3   doing automotive uses of the carbon-carbon brake

4   discs, was it the aerospace part or was it a

5   different part?

6           When I say -- I mean the division of

7   Honeywell.

8       A.  Oh.  It was our side that was involved

9   in the manufacture of those.  So it would be

10  part of the aerospace part of the business.

11      Q.  Continuing in that Interrogatory

12  response, which is Response 3, it says

13  "Honeywell is no longer directly involved in

14  producing or importing merchandise related to

15  specialty automotive use."  Do you see that?

16      A.  Yes.

17      Q.  Okay.  What does "directly involved"

18  mean?  Does that mean like Honeywell is still

19  involved, but not directly?

20      A.  I would say not directly involved.  We

21  still have -- the part numbers exist in our

22  system, but we haven't been involved in

23  manufacturing those since 2013.

24      Q.  Okay.

25      A.  So it's been over ten years since we've

1    produced anything related to those part numbers.

2        Q.  Is it because the customers just didn't

3    call for it or was it Honeywell who decided not

4    to continue with the program?

5        A.  I'm not sure of the specifics around

6    why.

7        Q.  Okay.  And the table at Table 5, it has

8    the size.  Do you see that --

9        A.  Yes.

10       Q.  -- it has a column for size?

11       A.  Yes.

12       Q.  And I know you testified that specific

13   programs have specific size requirements; is

14   that true?

15       A.  Yes, that's correct.

16       Q.  Okay.  Is the size of the segment

17   critical or can it be further worked once it's

18   in the preform or before it gets to the preform?

19       A.  It depends on the particular program.

20   Some of the preforms do require an additional

21   step after they have been created into a

22   preform.  And so some of them go through what we

23   call "die cut," and so it will essentially trim

24   a little bit on the OD and ID depending on the

25   needs of that particular program for sizing it

1    appropriately and for how the additional

2    processes affect the end product.

3        Q.   The sizing of and the shape of the

4    segments, were they always like that or did

5    Honeywell have a prior version that was the

6    whole preform fabric, the whole circle?

7        A.   Honeywell did not.  I believe some of

8    our competitors may have, and in some of the

9    patent information that was submitted there's a

10   little bit of discussion around that and the

11   specific patents surrounding these segments as

12   well.

13           MR. KENNY:  Okay, I'd like to mark

14   another binder as Government Exhibit 8.  And

15   that binder, the front cover is called "Internal

16   Advice" as the first document in that binder is

17   Honeywell's request for internal advice

18   concerning the tariff classification of imported

19   brake segments.

20                     (Government Exhibit 8 was

21                       marked for ID.)

22   BY MR. KENNY:

23       Q.   Mr. Brown, I'd like you to look at the

24   binder that's Government Exhibit 8, and if you

25   would look at the first tab.



1        A.   (Witness complying.)

2        Q.   Are you familiar with that as part of

3    the protest materials?

4        A.   Yes, I am familiar with this.

5        Q.   This is dated 2013.  Were you working

6    with the company at that point?

7        A.   Yes, I was.

8        Q.   Were you a senior engineer?

9        A.   I think I was an Engineer II at the

10   time.

11       Q.   So that document refers to an Exhibit A

12   and it refers to it on page 4 of

13   Mr. Kiekenbush's May 8th, 2013 Request For

14   Internal Advice.

15       A.   Yes.

16       Q.   And it says on page 4:  "A more

17   detailed description of the imported segments

18   and carbon disc manufacturing process, as well

19   as the segment's distinct role in the finished

20   disc and aircraft braking system, is attached as

21   Exhibit A."

22            Do you see that?

23       A.   Yes, I do.

24       Q.   Okay.  And then it says -- Footnote 3

25   it says:  "The detail provided in attached



1    Exhibit A was prepared by Honeywell Chief

2    Engineer David Flask."

3        A.   Yes.

4        Q.   What is Exhibit A?  It's page 1 of four

5    pages.  Do you see that?

6        A.   Sorry, which -- where is --

7        Q.   It's the first exhibit following the

8    letter.

9            MR. RUCKER:  Same document.

10           MR. KENNY:  Same document.

11           THE WITNESS:  Oh, in the same document,

12   yeah.  (Reviewing document.)

13           Oh, yes, I see this.

14   BY MR. KENNY:

15       Q.   Okay.  Have you seen that before?

16       A.   Yes, I have.

17       Q.   Okay.  Is this something that Honeywell

18   made for this letter to Customs or was it

19   something that Honeywell kept in the -- as part

20   of its business of how they make stuff?

21       A.   I believe this was specifically written

22   for the letter.

23       Q.   I see.  So do you know the author of

24   this document, Mr. David Flask?

25       A.   Yes, I do.



1    Q.  Does he work in the department you

2    worked at?

3    A.  He was our chief engineer.  He retired

4    a few years ago.

5    Q.  Okay.  So there's a section here called

6    "Disc production, production process overview."

7    A.  Yes.

8    Q.  Okay.  And the first line says:  "The

9    overall process of making a carbon-carbon disc

10   consists of the following steps."

11   A.  Yes.

12   Q.  Do you see that?

13   A.  Yes, I see that.

14   Q.  And there's some bullet points.  Can

15   you read that to yourself?

16   A.  (Reviewing document.)

17       Yes, I've read through it.

18   Q.  Okay.  Are you familiar with all those

19   steps?

20   A.  Generally, yes.

21   Q.  Okay.  So the first bullet point is

22   "Oxidized PAN fiber is manufactured."

23   A.  Yes.

24   Q.  Okay.  Going back to that

25   Interrogatory, Interrogatory No. 3, and the

1  table that you created with the columns and the

2  Material Specification row, is that where we

3  find out what the PAN fiber is according to that

4  Material Specification?

5      A.  Yes, I think so.  (Reviewing document.)

6          So, for example, in the 2703272, the

7  first row in the column as part of the

8  Composition column, it says "PAN fiber per

9  EMS-181, Part No. 2703269."  That would be that

10  oxidized PAN fiber.

11     Q.  Okay.

12     A.  And then the segment is manufactured in

13  accordance with EMS-182.

14     Q.  Yes.  Okay, I understand.

15         Okay, and then the second bullet point

16  there "Radial, chordal and web segments are

17  formed (done in England and finished segments

18  are imported into the U.S.)," that's pursuant to

19  the Material Specification in your table that's

20  in the Interrogatory Response No. 3?

21     A.  Yes, that's correct.

22     Q.  Okay.  So then the third bullet point,

23  it says:  "Post importation disc is laid up with

24  alternating layers of radial and chordal

25  segments (six per layer) and the layers are



1    needled together.  Some discs have web segments

2    added on top."

3         Do you see that?

4    A.  Yes, I do.

5    Q.  Okay.  Is that your understanding of

6    what occurs immediately after importation with

7    regard to these segments?

8    A.  Yes, that's what -- the next

9    manufacturing process that's done in the United

10   States.

11   Q.  Is that what's done at BAM, Inc.?

12   A.  Yes.  Bethlehem Advanced Materials

13   corporation, yes, BAM.  That's what's done at

14   BAM, our supplier.

15   Q.  And then the fourth bullet point, "Disc

16   is carbonized," what does that mean?

17   A.  So we mentioned before, right, the

18   segments themselves are flexible fabric and

19   they're made of oxidized PAN fiber.  It's

20   important for how the preform is manufactured

21   for those characteristics to be that way for

22   that particular fabric.  So then we'd go through

23   and do the needling process, which is -- and

24   that's during the laid up with alternating

25   layers and radial and chordal segments and the

1    layers are needled together.

2        The needling process quite literally

3    takes a type of needle and punctures in through

4    the segment to create what we call Z fiber, so

5    fibers that weave in between each layer to add

6    structural capability for that.

7        And then once that process is done, it

8    goes through carbonization, and the

9    carbonization is performed in an oven at a very

10   high temperature to turn the oxidized PAN

11   material into a carbon fiber.

12       Q.  Is that some sort of molecular change

13   to the fabric?

14       A.  Yes.  So it becomes -- it is no longer

15   a polyacrylonitrile material.  It is considered

16   a carbon material at that point, and it's much

17   more rigid and solid and inflexible.

18       Q.  Is that done at BAM, Inc.?

19       A.  Yeah, I think for the most part now we

20   do most of the carbonization at BAM, yes.

21       Q.  So then the next bullet point is:

22   "Disc is CVD/CVI densified"?

23       A.  Yes.

24       Q.  Can you explain what that step is?

25       A.  So CVD stands for chemical vapor



1   deposition.  CVI stands for chemical vapor

2   infiltration.

3         The more correct term that we use

4   generally is CVI for how we perform that step.

5   Um...

6      Q.  Can I just stop you there.  So does

7   that mean two things, CDI and CVI are the same

8   thing, or does that mean --

9      A.  They're technically slightly different,

10  but we technically tend to use them

11  interchangeably.

12     Q.  So is there actually two things going

13  on there?

14     A.  No.

15     Q.  Okay.  Can you explain?

16     A.  In the past we've usually used the term

17  CVD, which is chemical vapor deposition, so like

18  depositing material onto something.

19         Infiltration, meaning more material is

20  coming in and attaching itself.  We used CVD a

21  whole lot in the past as the vernacular for that

22  process, though the more correct term for the

23  exact process we're using is CVI.  So we're

24  trying to move in that direction of using that

25  more correct term generally now.



1    Q.  Okay, you've explained what the terms

2    are.  So what does that process entail?  I think

3    you started explaining how you infiltrate gases

4    or --

5    A.  Right.  So you take the carbonized

6    disc, and so you have carbon fiber strands

7    inside that disc, and then it is placed inside a

8    CVI furnace and that furnace is heated to a

9    specific temperature for a specific period of

10   time and then a vacuum is pulled on it and then

11   there is also constituent gases that are put

12   into the furnace, which is typically like

13   natural gas or propane or something like that.

14   And then that chemical process creates a matrix

15   material around the carbon fiber.  So it's a

16   carbon matrix that forms around those fibers

17   inside the disc, and the goal of that process is

18   to densify that disc and increase the -- density

19   increase the mass, increase the structural

20   strength of the disc during that process.

21        It's a pretty long process.  It takes

22   many days and then many cycles to do that.

23   Q.  So, as you're saying that process adds

24   material onto the preforms that have been

25   already carbonized?



1      A.   Correct.

2      Q.   Does that occur at BAM, Inc. also?

3      A.   No, that occurs at our facility in

4 South Bend.

5      Q.   Okay.

6      A.   At Honeywell's facility.

7      Q.   I've seen, I think, a photo of -- and I

8 think you just mentioned it, that these -- the

9 rotors are stacked up and then put in the

10 furnace.  Is that where that occurs with the

11 CVI?

12     A.   Yeah, I believe in that Figure 1, the

13 Honeywell "nonwoven carbon disc manufacturing

14 process," in the bottom left there's a CVD

15 densification process.  So there's shown a large

16 volume with multiple discs stacked on top of

17 each other.

18          So these -- at least the furnaces that

19 we use are quite large and you put a large array

20 of stacked discs on top of each other into that

21 furnace for that process.

22     Q.   And how long does that take?

23     A.   It can take multiple days per cycle,

24 hundreds of hours.  And then we typically do

25 three or four cycles for every single disc.  So



1    it can take -- the overall manufacturing process

2    for a carbon disc can take three to six months.

3        Q.   Wow.  Is that including the work --

4    this is all after the segments are imported that

5    it takes three to six months?

6        A.   It depends.

7        Q.   Yeah.

8        A.   That's by far the longest --

9        Q.   Yeah.

10       A.   -- section and stretch of the process.

11       Q.   Oh, meaning the --

12       A.   The CVD/CVI densification process.

13   That's the longest portion of the manufacturing

14   process.

15       Q.   And that specific portion takes three

16   to six months?

17       A.   I think so.

18       Q.   Yeah.

19       A.   It varies.

20       Q.   Yeah.  The facility where you work, is

21   that the same place that has this furnace?

22       A.   Yes.

23       Q.   So the next bullet point is "Disc is

24   final machined."  Do you see that?

25       A.   Yes.



1    Q.  What does that mean?

2    A.  So once the discs have gone through all

3    of their densification steps, the disc goes to a

4    final machining operation, in which case the

5    friction surfaces are ground to the specific

6    dimensions on the drawings and then all of the

7    other parts like the lugs that are machined and

8    all the grooves and holes and whatnot that are

9    required get machined in the disc.  And the

10   final outer dimension -- or outer diameter and

11   inner diameter are machined at that step as

12   well.

13   Q.  And then last bullet point is

14   "Antioxidant is applied."

15   A.  Yes.

16   Q.  Can you explain what that is?

17   A.  So the discs operate in pretty

18   aggressive environments and so they are

19   susceptible to oxidizing during use.  So we

20   apply antioxidant coatings to the nonfriction

21   surfaces of the disc to help prevent that as

22   much as possible.

23   Q.  So the carbon actually oxidizes, like,

24   in use?

25   A.  In use on aircraft, yes.



1    Q.  So like is the antioxidant on the end

2  portions of these samples that are the brake

3  discs?  And I'm referring to Government

4  Exhibit 6, right?

5    A.  Yeah, this is 6 (indicating), and this

6  one is 5 (indicating).

7    Q.  Yeah.

8    A.  (Reviewing sample.)

9      No, you know, by my initial and visual

10  inspection, this does not have antioxidant

11  coating applied to it.

12    Q.  Okay.  But you would see it on the

13  inner edge like you said?

14    A.  Yeah, generally it would be applied to

15  the inside diameter like this (indicating) and

16  then on all portions of the lug and outside

17  diameter.

18    Q.  Is it a different color, the

19  antioxidant?  Or is it clear or...

20    A.  It depends.  We have multiple types of

21  AOs that we use and have developed over years.

22    Q.  What's an AO?

23    A.  Antioxidant.

24    Q.  Oh.

25    A.  Yeah.



1    Q.  So they could be colored or they could

2  be clear?

3    A.  Yeah, it depends.  So these particular

4  discs that were produced had machining defects

5  and so they were deemed scrap and they didn't

6  get further processing.  So that's -- I pulled

7  these in particular for the case.

8    Q.  So you're referring to the samples that

9  are Government --

10    A.  Samples, yes.

11    Q.  -- 5 and 6?

12    A.  Yes.

13    Q.  And the AOs can have different

14  appearances.  Some of them are barrier coats, so

15  it's kind of like painted on the surface, and

16  our particular one looks brownish.

17       We also have penetrant oxidant -- or

18  antioxidants that penetrate into the carbon and

19  I think the -- they generally have like a

20  milky-white look to them, and then when they're

21  deposited onto the surface and into it, there's

22  like a kind of clearish-whitish look to it.

23       If you would look at Government

24  Exhibit --

25    A.  8?



1       Q.   -- 8 at the Tab 9.

2       A.   Yes.

3       Q.   What does that -- from what I see, I

4    see what looks to be brake discs.  Can you

5    explain what this picture is?

6       A.   Yes, so this is a picture of a brake

7    assembly and it looks to be a 747-400 brake

8    assembly from my recollection.

9       Q.   Is there a stack of brake discs there?

10      A.   Yes, so this brake has -- is a

11   four-rotor brake.  So there are four rotary

12   discs, three what we call stators, one pressure

13   plate, and one vacuum plate.  And so the three

14   stators, the pressure plate and the vacuum

15   plate, you know, constitute the stationary disc

16   for the brake heat stack.

17      Q.   When you say there are four rotor

18   plates, is that the four --

19      A.   Four discs.

20      Q.   -- plates that had the lugs?

21      A.   Yes, those are the four discs that have

22   the lugs on the OD.

23      Q.   Can you say what OD is.

24      A.   Outer diameter.  Outside diameter.

25      Q.   The metal cylinders that are at the top



1    of the picture or the topper -- or above the

2    stack, is that some sort of a pressure device?

3         A.   Yes, so we refer to those as pistons.

4         Q.   Okay.

5         A.   And the more black-looking structure

6    that's at the top of those pistons are piston

7    bushings, and so the pistons actuate inside

8    those and then they extend outward and contact

9    the pressure plate to apply force to the heat

10   sync which generates the torque when it's in

11   rotation.

12         And then the gray portion at the top,

13   it's like painted grayish-bluish kind of is the

14   piston housing, and this one in particular is a

15   hydraulic brake.  And so there are hydraulic

16   passageways throughout that piston housing and

17   then a hydraulic inlet at some point on the

18   piston housing that comes from the hydraulic

19   system of the aircraft, and so, you know, when

20   the pilot actuates the brake pedals, the system

21   provides hydraulic pressure to this brake

22   assembly and then the pistons will respond to

23   that pressure and extend to create that force.

24         Q.   Is this something that Honeywell makes

25   as a whole?



1      A.  Yes.  So this entire brake assembly is

2  manufactured or at least the final assembly was

3  done at our facility, and I think for this one,

4  like the heat sync in its entirety was

5  manufactured at our facility.

6          Some of the component parts are from

7  various suppliers and then a lot of the

8  machining of the structural components like the

9  brake assembly -- or the piston housing assembly

10  and like the torque tube assembly, which is that

11  silver barrel-shaped object in the middle of the

12  brake, that was machined at our facility as

13  well.

14      Q.  If you could go to Government

15  Exhibit 8, Tab 13.

16      A.  Yes.

17      Q.  Are you familiar with this document?

18      A.  Yes, I am.

19      Q.  Okay.  And what is this in relation to

20  the imported good?

21      A.  So this document I believe is titled --

22  or the document number is PCD215, Issue 1 which

23  was dated September 9th, 1999.  It's a nonwoven

24  fabrics and segment manufacturing procedure from

25  PG Lawton Ltd.  It details manufacturing



¹ procedures for segments and fabrics using

² oxidized PAN fibers.

³     Q.  And all of the segments at issue use

⁴ oxidized PAN fibers, correct?

⁵     A.  That is correct.

⁶     Q.  Is PG Lawton the entity that Honeywell

⁷ uses for the manufacture of the segments?

⁸     A.  No.  We use a company called SGL.

⁹     Q.  Does SGL use the PG Lawton

¹⁰ manufacturing procedure?

¹¹     A.  I'm not sure.  SGL would use whatever

¹² Honeywell documents we'd call out for the

¹³ particular part numbers -- for whichever part

¹⁴ number we are purchasing from them.

¹⁵     Q.  Okay.  That PG Lawton manufacturing

¹⁶ procedure for nonwoven fabric segments which we

¹⁷ were just looking at which is Tab 13 of

¹⁸ Exhibit 8, it's also Tab 81 of Exhibit 7.

¹⁹     A.  Yes, I see that.

²⁰     Q.  And it seems like -- if you look at

²¹ Exhibit 7 at Tabs 79 and 80, it seems to be the

²² same documents, correct?

²³     A.  (Reviewing documents.)

²⁴         Yes, I see that.

²⁵     Q.  And in response to request for



1    production at Request No. 6 of Government

2    Exhibit 7, there's a chart of documents

3    regarding the product development files and it

4    refers to -- the Bates number is 391 to 402

5    which is the "PG Lawton nonwoven fabrics segment

6    manufacturing procedure."  Do you see that?

7         A.  I'm sorry, so you said...

8         Q.  So I know Honeywell produced the

9    nonwoven fabric segment procedure from PG Lawton

10   pursuant to the document request --

11        A.  Oh, correct.

12        Q.  -- which requested the product

13   development files, and I am just trying to

14   confirm whether that -- that seems to be the

15   only manufacturing procedure of the segments

16   other than the material.  I mean, we've seen the

17   different material specifications that were also

18   produced pursuant to Interrogatory 3 response.

19        A.  (Reviewing document.)

20             Right.  So in response to the

21   Interrogatory, I'd provided a set of documents

22   related to the A380 carbon processing.  So

23   that's under Tab 47 here, which is -- the Bates

24   number is HONEYWELL 000047.

25        Q.  Um-hum.



1    A.  So this is all of the processing
2   documents that go into manufacturing the rotors,
3   stators, pressure plate and vacuum plate for
4   this particular program.  And so I see that this
5   one includes that document, those, you know,
6   PCD215 and at various steps during that
7   process -- or during this process.
8    Q.  Okay.  And the A380 carbon processing
9   documents was a representative sample of what
10   the full set of documents would look like?
11    A.  Right.  So like this is particular for
12   A380.  Like the triple 7 or the 777 program
13   would have a similar set.
14    Q.  Okay.
15    A.  But they would have variation in part
16   numbers for maybe the specific document number,
17   but it would have a very similar process for
18   each of those documents.
19    Q.  And when we were looking at
20   Interrogatory Response 3 and we were looking at
21   the table which has Material Specifications --
22    A.  Yes.
23    Q.  -- and like the first one EMS-182 which
24   is at Tab 60, that's not the same type document
25   as the PG Lawton type document; is that right?



1    Because the EMS is basically the procedure for

2    quality assurance versus the PG Lawton's

3    how-to-make-it?

4        A.   Generally I would consider them

5    different, yes.  The EMS-182 is a specification

6    which the material must conform to, whereas the

7    PG Lawton, the PCD215 is more of a manufacturing

8    procedure for how to manufacture a material that

9    will meet EMS-182.

10           MR. KENNY:  To the extent that you have

11   manufacturing procedures for the SGL Group that

12   haven't been provided, then I'll request those

13   procedures.

14           MR. RUCKER:  I'm sorry, say that again,

15   Ed.

16           MR. KENNY:  Yeah, to the extent that

17   Honeywell has the SGL Group manufacturing

18   procedures and they haven't been provided, I

19   would request those documents.

20           MR. RUCKER:  Let's go off the record.

21           MR. KENNY:  Yeah.

22                 (Discussion off the record.)

23   BY MR. KENNY:

24       Q.  Mr. Brown, when looking at like what's

25   at Tab 81 of Government Exhibit 7, the PG Lawton

1    manufacturing procedures, can you tell me what

2    connection they have to Honeywell's purchasing

3    of segments or design of segments?

4        A.  Yes, so when this technology was being

5    developed, it was being co-developed between --

6    I think at the time we were Bendix and then, you

7    know, subsequently bought -- you know, purchased

8    by various other companies to become Honeywell

9    to develop this particular technology for the

10   use of aircraft braking systems.

11        And so we were working with PG Lawton

12   to develop this technology.  There was several

13   patents issued related to this technology.  At

14   some point Honeywell purchased that technology

15   as well as the patents and everything related to

16   the technology from PG Lawton.

17        Q.  Do you have any idea of whether the

18   steps or the procedures are the same as the

19   steps that are used by --

20        A.  SGL?

21        Q.  -- SGL?

22        A.  I am not sure exactly how SGL, you

23   know, does everything in their facility, no.

24        MR. KENNY:  Okay, off the record for

25   one second.



1          (Discussion off the record.)

2          MR. KENNY:  I'd like to mark what has a

3   cover sheet "Exhibit A" which I printed from the

4   court's docket which is one of the entry

5   papers -- a group of entry papers from one of

6   the protests at issue and I'd like to make it

7   Government Exhibit 9.

8                    (Government Exhibit 9 was

9                     marked for ID.)

10         THE WITNESS:  (Reviewing document.)

11  BY MR. KENNY:

12         Q.  Mr. Brown, you've been handed

13  Government Exhibit 9 which, as I noted, is part

14  of the entry papers in this case.  If you go

15  twelve pages into that document, there should be

16  an SGL Group invoice.

17         A.  Is that Invoice No. 63416558?

18         Q.  Yes.

19         A.  Okay.

20         Q.  This looks to be one of the typical

21  invoices for segments that are involved in this

22  case.  Would you agree?

23         A.  I think so.

24         Q.  Okay.  So can you explain who SGL Group

25  is?



1    A.  I believe SGL is our -- is the

2  manufacturer of these segments in question.

3    Q.  Okay.  And do you see the Item

4  Description on the invoice?

5    A.  (Reviewing document.)

6        That's on the next page?

7    Q.  It seems to be the Item Description on

8  the same page.

9        MR. RUCKER:  Go back to the page you

10  were just on.

11        THE WITNESS:  This is the page I was

12  just on.

13        MR. KENNY:  Yeah.

14        MR. RUCKER:  Oh, okay.  Go back to the

15  page before that.

16        THE WITNESS:  Oh.

17        MR. RUCKER:  There you go.

18        THE WITNESS:  Item 01: PANOX Segment

19  Chordal F18?

20  BY MR. KENNY:

21    Q.  Is that description -- that PANOX, do

22  you know what that is?

23    A.  Yeah, I believe that's a registered

24  trademark of SGL for oxidized PAN acrylonitrile

25  fiber.



1       Q.   Okay, so that's the fiber we were

2   discussing all morning?

3       A.   Yes.

4       Q.   And do you see the "Shipped To"

5   portion, same page, of that invoice?

6       A.   Yes, shipped to BAM Incorporated.

7       Q.   Okay.  And who is BAM Incorporated?

8       A.   They are our supplier who performs the

9   production process for creating the preforms and

10  the oxidized preforms.

11      Q.   Okay.  So this invoice shows the

12  importation coming from SGL Group in England and

13  then the segment being shipped to the next step

14  in the process which is the preform being done

15  by BAM, Inc.?

16      A.   Yes, that's correct.

17      Q.   Okay.  Do you have any dealings with

18  the SGL Group regarding the segments?

19      A.   I don't personally.

20      Q.   Okay.  Does anybody from Honeywell

21  review the segments when they come in?

22      A.   I might not be the most appropriate

23  person to answer that question.

24      Q.   Or is that subcontracted to BAM, Inc.?

25      A.   It might be.  Generally speaking, we

1    have a quality policy, and so we have quality

2    requirements for all product that is

3    manufactured by our supplier and sent to us or

4    if we send a manufacturer parts and ship those.

5         And so the inspection and, like,

6    approval of this material must be in accordance

7    with our quality policy.  The details of that

8    for these segments I'm not aware of.

9        Q.   Okay.  Can you go to Exhibit 7, the

10   binder, and at Tab 52.

11       A.   Yes.

12       Q.   What is this document?

13       A.   This looks like our generalized

14   marketing material for Honeywell's wheels and

15   braking systems.

16       Q.   Okay.  So after that cover page that

17   has the wheels and braking systems brochure,

18   HONEYWELL 000174 Bates number, the next

19   page 175, there's a subheading for Brakes.

20       A.   Yes, I see it.

21       Q.   Okay.  So can you read what that

22   paragraph says under Brakes?

23       A.   Sure.  It says:  "Using Honeywell's

24   Carbenix friction materials, our range of carbon

25   brakes lowers greenhouse gas emissions and

1  enables higher availability through longer

2  maintenance intervals.  They also provide high

3  reliability, improved weight savings, and lower

4  overall life cycle costs."

5      Q.  So Carbenix friction materials, what is

6  Carbenix?

7      A.  I believe that's our trademark name for

8  our variants of carbon composite disks.

9      Q.  So would Carbenix be -- it would be the

10  trademark name for the discs that are the

11  samples, Exhibits I think it's 5 and 6?

12      A.  Yeah.

13      Q.  I'm sorry, that would be yes?

14      A.  Yes.  So these would be considered -- I

15  think these are Carbenix C4000 discs or some

16  variant of C4000.

17      Q.  Okay.  And that refers to that entire,

18  whole disc?

19      A.  I would say it applies to the -- like

20  the type of product that it is.  So it -- yes, I

21  suppose.

22      Q.  Okay.  So these segments (indicating)

23  when they're imported, they're not Carbenix?

24      A.  I don't think we would call them that,

25  no.



1        Q.   Can you explain what about the carbon

2   brakes lowers greenhouse gas emissions?

3        A.   (Reviewing document.)

4             I'm afraid I would mainly be

5   speculating.

6        Q.   Yeah, we don't want you to speculate.

7   If you don't know, you don't know.

8        A.   Yeah.

9        Q.   Okay.

10       A.   I'm not sure.

11       Q.   The next portion of that paragraph

12   "...and enables higher availability through

13   longer maintenance intervals," can you expand on

14   that?

15       A.   So I had mentioned before, right, this

16   is, I think, largely a comparison between legacy

17   steel brake products, and so typically a carbon

18   brake will have a longer life in the field than

19   a steel brake.

20            So the way I would interpret this is

21   that it enables higher availability through

22   longer maintenance intervals, there's less

23   required service on the aircraft to remove and

24   replace, and then they have longer life in

25   general and so then you have less overall

1    maintenance activities required related to a

2    carbon brake as opposed to a steel brake.

3        Q.   Okay.   The segments when they come in

4    as imported, they can't be used directly onto a

5    brake rotor, correct?

6        A.   What do you mean?

7        Q.   We were describing this morning about

8    the various processes and the various -- there

9    was the bullet points that described the various

10   steps that go into creating the rotor where the

11   segments come in, they then go to BAM to be put

12   in a preform and the preform goes through the

13   oxidation step, then there's the CVI step, and

14   then there's various other steps that chemically

15   change the segment into something else; isn't

16   that correct?

17       A.   Generally, yes.

18       Q.   Okay.   So my question to you is that

19   these segments when they come in as imported,

20   they can't be -- they're not directly used onto

21   a brake disc?

22            MR. RUCKER:   I'll object to form.

23            MR. KENNY:   Okay.

24   BY MR. KENNY:

25       Q.   The manner which these segments come in

1    can't be directly -- you can't create a brake

2    disc directly from that?

3         A.   I would say I cannot create a brake

4    disc without it and that in particular of the

5    type that we're trying to manufacture.

6         Q.   So the manner in which these segments

7    are imported, a lot more processing and chemical

8    changes need to happen with the brake segments

9    in order to create a brake disc?

10        A.   Could you define "a lot"?

11        Q.   All the steps that we were discussing

12   with going to BAM to do the preform, to do the

13   oxidation, to do the CVI which could take months

14   to do the machining thereafter.

15        A.   So, sorry, could you repeat the

16   question then?

17             MR. KENNY:   Yeah, can we repeat the

18   question?

19             THE REPORTER:   Sure.

20                            (Record read.)

21             MR. RUCKER:   I'll just object to your

22   characterization of "a lot".

23             You can answer if you can.

24             THE WITNESS:   I would say that there

25   are, you know, numerous amount of processes that

1    are required to create the end product.  Each of

2    the steps to create that product are specific to

3    the requirements in order to create the end

4    product.

5         So, no, I can't just take a segment and

6    put it on an aircraft brake.  However, that is

7    the specific designed part that we used in order

8    to get the end product that we were looking for,

9    and there's really nothing else that we would

10   use that for besides creating carbon brake

11   discs.

12   BY MR. KENNY:

13       Q.  Okay.  The segments, the way they're

14   imported, you were mentioning today during your

15   testimony that there is chemical changes that

16   occur to it during the process of making the

17   brake rotor, correct?

18       A.  Yes.

19       Q.  Okay.  And you were mentioning that --

20   is it the carbonization process that occurs that

21   makes the segments, when they're layered up in

22   the preform and heated through furnaces, rigid;

23   is that true?

24       A.  Right, it makes it more rigid and

25   brittle.  So we want to start with that as

1    the -- like the initial material so that it can

2    be needled and assembled that way to create the

3    preform.

4        So, for example, if we did not start

5    with the oxidized PAN material, and instead we

6    tried to start with a carbon fiber, it would --

7    like if we tried to create the Z fiber content

8    that gives it the industrial rigidity that we

9    need for our application, it would just

10   disintegrate and not work.

11       And so we have to start with that

12   material to be able to create the preform in the

13   state that we want it to be, and then once it's

14   in that state, we change it to allow it to be

15   densified properly and have the characteristics

16   for the end state once it gets there.

17   Q.   Okay.  What is the molecular change

18   that occurs to the segments when it's heated in

19   the furnace, the first molecular change before

20   the infiltration?

21   A.   I'm not exactly sure.  All I know is

22   that it -- you know, it starts out as what we

23   call an "oxidized polyacrylonitrile fiber" and

24   then, I think, it's specifically oxidized for,

25   let's see, integrity as it gets heated is how I



1  understand it.  And then when it goes through

2  that process, it removes other constituent

3  materials so that it becomes what the industry

4  would consider a carbon fiber at that point.

5      Q.  And the characteristics of carbon fiber

6  are rigidity and strength?

7      A.  Not necessarily.  I think I described

8  them as rigid, but brittle.  And the main

9  characteristics that we're going for when we go

10  from a segment preform to a carbonized preform

11  is to ensure that essentially the disc as it

12  starts is ready to receive that additional

13  densification and the way the carbon fibers are

14  interlinked and situated with each other is

15  appropriate for -- once it's fully densified, it

16  has all the characteristics that we're looking

17  for for a brake assembly.

18      Q.  And I think you're describing that next

19  chemical change during the infiltration where

20  you said the matrix occurs --

21      A.  Right.

22      Q.  -- to the fibers?

23      A.  Well, so it's a -- the matrix material

24  builds up around the carbon fiber.

25      Q.  And is that also a densification?

1    A.  Right.

2    Q.  And you're saying the characteristics

3  that -- once the preform is densified, those

4  characteristics that you're looking for are

5  what?

6    A.  Either -- like, mechanically based and

7  performance based.  So its mechanical strength

8  properties, its thermal characteristics, so how

9  it absorbs heat and how the heat transfers

10  through it, and then when it's used in a dynamic

11  environment for dynamic friction, how that

12  friction develops and how that heat is

13  transferred into the disc and how the friction

14  is wear -- I'm sorry -- wear rate and other

15  things of that nature.

16    I think one thing particular of note,

17  right -- so we have the radial and the chordal.

18  It's so that we get the fibers in the specific

19  orientations that are necessary to create that

20  structural integrity and to create how it

21  generates the friction and how the surfaces

22  interact with one another.  And so we have --

23  you know, the segments are designed in a

24  specific way so that once it goes through the

25  further processing, it will have those end



1    characteristics that we need for the correct

2    brake performance that we're looking for.

3        Q.   And those characteristics are not just

4    provided by the characteristics of the segments,

5    but through the processes of the carbonization

6    and the densification?

7        A.   Yeah, it's part of the whole.  So, for

8    example, if I were to have a heat sync made in

9    the normal way with radial and chordal segments

10   and then I decided that I'm going to do another

11   heat sync that only has chordal segments and

12   then do performance testing between the two, I

13   will get different results.

14       Q.   Is that the same thing with, like, the

15   web -- the disc made out of web?

16       A.   I would say that if I do anything --

17   almost anything different during that process,

18   I'll get a different result at the end.  And so

19   all the process steps are highly specified, very

20   specific, must fall within the narrow amount of

21   variation for how we do it in order to achieve

22   the end state.

23       Q.   If we could go to Exhibit 8 and to the

24   first exhibit of the Request for Internal Advice

25   again with those bullet points of the various

1    steps on making the rotor that we were

2    discussing.

3         A.   Yes, these bullets (indicating).

4         Q.   Yeah.   What would the like a percentage

5    of time it takes to go through these processes?

6    Like what would you put as a time for these

7    steps?

8         A.   (Reviewing document.)

9              I don't know exactly how long each step

10   takes.   I think most of the -- like the --

11   creating the preform can take anywhere from

12   fifteen minutes to an hour.   I think the

13   carbonization process takes several hours or

14   maybe a couple of days.   I know I mentioned the

15   densification process through CVI can take quite

16   a long time just because of the nature of that

17   process and how it has to -- how the matrix

18   material deposits itself during that step.   Disc

19   final machining can take, I don't know, a couple

20   hours probably.

21        Q.   Okay.   And the cost of each these

22   steps, that would be something that you would be

23   familiar with or somebody else would be familiar

24   with?

25        A.   I'm not familiar with the cost of these

1    process steps.

2         MR. KENNY:  Randy, I think this is a

3    good time to take a break.

4         MR. RUCKER:  Okay.

5              (Recess taken from 12:09 p.m.

6                 to 1:07 p.m.)

7    BY MR. KENNY:

8      Q.  I didn't ask what your highest

9    education was.  So could you tell me?

10     A.  Okay.  Yeah, I have a Bachelor of

11   Science degree in Mechanical Engineering.

12     Q.  From where?

13     A.  Trine University.

14     Q.  Where's that?

15     A.  Angola, Indiana.

16     Q.  So perhaps if we look at Exhibit 7 and

17   look at Tab 86 and 87.

18     A.  Okay.

19     Q.  What is the document at Tab 86?

20     A.  Tab 86 is XCI-276 and it's titled

21   "Process specification for a nonwoven fabric and

22   segments."

23     Q.  What is XCI?  What does that designate?

24   Is this a Honeywell document?

25     A.  It is.  This is a Honeywell document.

1    I believe the original name for that was

2    Experimental Carbon Instruction, and it doesn't

3    really have a thing anymore just because over

4    multiple decades of us doing carbon-carbon

5    technology things, it just morphed and shifted.

6         But in general XCIs cover more broad --

7    it's a more broad specification for a particular

8    thing.  Typically, we'll have like a program XCI

9    for a given product and then it will follow

10    everything under that.

11    Q.  Okay.  Does this pertain to the process

12    for making the segments?

13    A.  (Reviewing document.)

14         Yeah, so for this one under our Purpose

15    section, we say:  "This instruction outlines the

16    process for making nonwoven fabric and segments

17    using oxidized PAN fiber fabric manufactured is

18    used in the fabrication of carbon composite

19    brake discs."

20    Q.  So if you go to Tab 60 of Exhibit 7 to

21    those EMS, Engineering Material Specifications.

22    A.  Yes.

23    Q.  So Tab 60 is EMS-182.  Under 4.0 and

24    specifically 4.2, Control Documents, does that

25    incorporate the XCI document?



1      A.   So in, yeah, EMS-182, what we're

2   looking at, we have a Section 4, Reference

3   Documents.   And so under 4.2 I see that it says

4   "No. 4.2.2, XCI-276."

5      Q.   And it also has the PCD-215.   Is that

6   the PG Lawler document?

7      A.   Yeah, PG Lawton, yeah, that's that

8   document.   And so the way our specifications

9   typically work, we'll have a references section

10  that lists every document that is referenced

11  within the specification.   So for this case,

12  control document XCI-276 is also referenced

13  in -- under the technical requirements.

14        So under 6.2, it says:   "This nonwoven

15  web fabric shall be manufactured in accordance

16  with supplier PCD-215/Honeywell XCI-276 or an

17  equivalent process approved by FME."

18      Q.   So when we were talking about the

19  specification for the SGL Group for making the

20  segments, would they be using whatever EMS would

21  be appropriate for whatever they're creating but

22  that would also incorporate these other

23  documents?

24      A.   So in general how the process would

25  flow is we would order a part number, and then



1   that part number -- that part drawing includes

2   all of the specifications and everything

3   required for that part.

4          So like in an example like this where

5   we have a -- I think, you know, this EMS-182 is

6   related to the web segment.  And so we'd have a

7   web segment drawing.  The drawing specifies this

8   material spec.  This material spec specifies

9   this control document for how that process is

10  controlled.

11     Q.  Okay.  So if SGL was doing that

12  particular part number, a web, they'd be

13  following these specifications?

14     A.  Right, they'd be required to meet the

15  specification in its entirety and that one as

16  well.  So this EMS-182 as well as, you know,

17  XCI-276 to the extent it's called out in the

18  specifications.

19     Q.  Yeah.  Right.  And that PC2...

20     A.  The PCD-215 as well, yes.

21     Q.  Can you look at Tab 93 of Exhibit 7.

22     A.  Yes.

23     Q.  What is this document?

24     A.  So this is XCI-312 and the title is

25  "Process specification for A380 Carbenix 4000

1  carbon discs."

2      Q.  Is this a representative of what you

3  would see for a process specification for all

4  the other airframes that Honeywell does a

5  Carbenix disc for?

6      A.  Yes.  And in general we have a -- this

7  is what I'd referred to as like the program XCI.

8  So this delineates everything in relation to

9  this particular platform and its process step

10  for its carbon heat sync.

11      Q.  And you gathered the documents, all the

12  documents for the A380 program as an example?

13      A.  Yes, that's correct.

14      Q.  So this specification runs the entire

15  process similar to those bullet points that we

16  were looking at in the summary document that was

17  attached to the Internal Advice Request?

18      A.  Yes, it's similar to that, right.  So

19  reading the Purpose Statement -- I'll just read

20  through this once.

21          In Section 1, it says:  "This

22  specification provides process details

23  pertaining to A380 Carbenix 4000 carbon discs.

24  This in conjunction with the other referenced

25  engineering drawings and instructions define the



1    methods required to fabricate these parts."

2         And then within the specification there

3    are various sections that go through each of the

4    process steps.  So Section 7 is how to -- is

5    preform fabrication.

6         Q.  Is there any segment fabrication in

7    this instruction or is that step not included in

8    those?

9         A.  (Reviewing document.)

10         It looks like it's not included in this

11    particular XCI.

12         Q.  So it starts with the preform

13    fabrication?

14         A.  Well, it -- yeah.  And so it lists

15    which segments were being used and how many

16    generally on average of each type and then the

17    XCI related to how that preform is fabricated.

18         Q.  So 7.1, the preform for the rotor,

19    Part No. 2617024-1024 would use up 74 chordal

20    segments and 72 radial segments; is that

21    correct?

22         A.  On average, yes.  So it could vary a

23    couple of segments in either direction depending

24    on the weight of every individual segment.

25         So you notice in the Section 7.3 it



1    says "Final preform weight in grams."  And so

2    there's a min/max and nominal, and that's the

3    target for the number of segments that are

4    required.

5        Q.  So my understanding of this operation

6    is that you're using the segments to complete a

7    circle, correct, in the preform for one layer?

8        A.  Yeah, so each -- all the segments are

9    laid up with each other, so there's one next to

10   the other, and there's some amount of overlap

11   and there's generally about five segments per

12   layer and then they are all laid up to create

13   the full annulus doughnut shape of the disc.

14       Q.  Could you take one or two out?

15   Wouldn't that incomplete that layer's circle?

16       A.  Um...

17       Q.  Like if you're saying that --

18       A.  One or two segments?

19       Q.  Yeah.

20       A.  That would be in violation of the

21   specification and that would be a discrepant

22   part.

23       Q.  Right.  So I'm trying -- for that one

24   that we were looking at, it says 74 chordal and

25   72 radial, and you're saying, well, give or take



1    a couple.

2        A.  Right.  So you start with one type and

3    go all the way around and then, you know, at

4    some point you get to the top, and we're

5    measuring the weight as that happens.  And so

6    then if you have to have more, then you continue

7    to make -- to add more until you reach the

8    required weight.

9        Q.  Oh, okay.  And so you're always

10   completing that layer's circle?

11       A.  Yeah.

12       Q.  Otherwise, it's out of form?

13       A.  Yeah.

14       Q.  Yeah.

15       A.  And so you just keep going, basically.

16   So as noted in like 7.2, it says: "Note: Duplex

17   segments."  So the segments we're talking about,

18   the chordal or radial or duplex segments, are

19   placed singularly in the preform in alternating

20   sets of six chordal followed by six radial

21   followed by six chordal, et cetera, starting

22   with the chordal set first.  So you'd start with

23   one chordal and lay six of them down and then

24   swap to radial and lay six of them down and keep

25   going until you achieve the required preform



1    weight.

2        Q.  And then after the preform it goes to

3    the carbonization stage?

4        A.  Right.  So that preforming process

5    includes the lay-up of all those segments and

6    the needling process, which, you know, gets the

7    Z fiber content and allows the disc at that

8    point to be more stable and solid, and then it

9    goes to the carbonization process.

10       Q.  In that preform, it says -- Preform

11   Dimension, 7.4, it says:  "Refer to Section 16."

12   Is that right?

13       A.  Um-hum.

14       Q.  And 16 are tables?

15       A.  Yes, I see the tables.

16       Q.  So if we're looking at the top rotor

17   one, 2617024-1024 rotor, these are dimensions

18   for the various stages?

19       A.  Correct.  So, right, that top row says

20   "Preform," it provides a maximum and a minimum

21   outer diameter dimension as well as an min and

22   max inner diameter dimension as well as a min

23   and max thickness for the thickness of the disc.

24       Q.  So there's some leeway in the

25   dimensions?



1    A.  Right.

2    Q.  I see.  Okay, so then the carbonization

3  stage, 8.0.

4    A.  Yes.

5    Q.  So does it lose weight during

6  carbonization or gain weight?

7    A.  Yes, it does lose weight.  As you can

8  note from 8.1.1 comparing with 7.3, it can lose,

9  you know, over 50 percent of its weight during

10  the carbonization process.

11    Q.  Is that because some of the molecules

12  that comprise it are leaving?

13    A.  Yes.

14    Q.  And then, once again, 8.1.2 goes back

15  to that table for the dimensions for that stage?

16    A.  Right.  Indeed, it does.

17    Q.  So generally it's just slightly

18  smaller?

19    A.  Right.  They shrink a little during

20  that process.

21    Q.  And then 8.2, what is that?

22    A.  8.2 reads:  "Post die cut carbonized

23  preform specifications."

24    Q.  And that would be -- what would that

25  be?



1     A.   That's a process step in which a more

2  finalized dimensions for the OD and ID might be

3  imparted to the part.  So they take a device to

4  cut the ID and cut the OD to a more specific

5  size.

6     Q.   Is it still pretty rough at that point?

7     A.   Yeah, so when the preforms are

8  manufactured, the edges can be quite rough.  You

9  know, the segments themselves have an ID and an

10  OD with a specific tolerance band that they're

11  allowed to be within.  And so as those lay up,

12  there's kind of a rough edge and so then --

13  they're still specific and close in dimension,

14  like, I would call it like a near net shape for

15  what it's supposed to be, but the die cut may be

16  performed.  And I don't think it's done on every

17  single platform, but this one in particular does

18  have the die cut to make it a more precise and

19  more defined ID and OD as opposed to -- and less

20  rough.

21     Q.   I guess, so to meet the specifications

22  in 16.0?

23     A.   Yes, in order to hit those dimensions.

24     Q.   Okay.  And then 9.0, that's the

25  Infiltration CVD?



1    A.   Yes.

2    Q.   And can you go through 9.1 to 9.4?

3    A.   All right.   So 9.1 is the first CVD

4  cycle.   It's per FPD-010 and the particular

5  cycle number, it's NW3.   And then there's a

6  post-CVD weight requirement.   I believe that's

7  also recorded in one of the tables somewhere.

8  (Reviewing document.)   Oh, I think we just do a

9  final weight.   So let me keep going, and I'll

10  get to that.

11       So there's a first CVD cycle, and then

12  they're required to weigh those discs at that

13  point.

14    Q.   So after the first CVD cycle, it's

15  taken out of the furnace in the first gas

16  infiltration type scenario?

17    A.   Yeah.   And then it's weighed, and then

18  we track that weight for every serial number of

19  a disc.

20    Q.   Do you wait for it to cool down before

21  you start again?

22    A.   Yes.

23    Q.   Yeah.

24    A.   There's a ramp-up requirement and a

25  cool-down requirement and control over the gas



1    inside the furnace and all that.

2         And then following that operation,

3    there's a material removal step.  This is

4    because there will be more buildup of deposited

5    material on the outside of the disc than on the

6    inside of the disc and --

7    Q.  So this is the matrix buildup that

8    you're talking about?

9    A.  Yeah.  And so you'll have like scale

10   and stuff building up on the outside of the disc

11   which will clog the pores, which you want more

12   material to go on the inside.  And so we go

13   through a grind operation to remove that outside

14   clogged portion so that, as it goes through

15   additional cycles, it will densify better on the

16   inside.

17   Q.  Right.  Right.

18   A.  So it goes through multiple of these

19   things.  Right?  So there's the first cycle,

20   then there's the material removal, and so then

21   there's -- I believe there's in -- (reviewing

22   document.)

23        Yeah, so if you look at Section 16,

24   that first table, so there's a pre-CVD thickness

25   or pre-second-CVD thickness that's between 1.119



1    inches and 1.129 inches.  So there's a

2    ten-thousandths-of-an-inch thickness that's

3    allowed, and then once it goes to the next CVD

4    cycle, it's slightly thinner with some

5    additional dimensional requirement for

6    parallelism tied to that as well.

7         And then, similarly, prior to the

8    fourth CVD cycle there's -- it's, you know,

9    slightly thinner yet again.  But then some --

10   but then generally it has the same OD and ID.

11       Q.  But it should be a lot heavier?

12       A.  Right.  And so then it gradually gains

13   weight throughout that process, and then the

14   required weights are shown following that third

15   cycle.  And so you can see that there's a

16   nominal minimal and maximum, and then sometimes

17   if a part does not meet the minimum, it can go

18   through an additional cycle.

19       Q.  So from the first stage, I mean, you're

20   talking about 7.3 --

21       A.  Yeah, when you start with the

22   carbonized pre --

23       Q.  -- you know, one of them is in the 6000

24   range.  Then it loses it throughout the stage of

25   carbonization, but then it builds it up with the



1 matrix of different things, right, during the

2 infiltration process?

3    A.  Right, it builds up the carbon matrix

4 around the fiber and, you know, essentially

5 regains the weight that it lost.

6    Q.  Yeah.  And that makes it harder and

7 stronger?

8    A.  Yes.

9    Q.  And then were you talking about for

10 underweight parts, 9.6?

11    A.  And it makes it denser.  Right?  So

12 then if you happen to have a part that falls

13 outside the -- or under the minimum, then

14 there's a provision in this specification to

15 allow it to go through an additional CVD cycle.

16 And then there's, you know, specifications for

17 that post-CVD cycle, what its weights are

18 allowed to be.

19    Q.  And then 10 says "Heat Treat"?

20    A.  Right.  So following the CVD process,

21 there's also a heat treatment that occurs to

22 give the disc it's essentially final

23 characteristics for its -- for the various

24 properties that we've talked about that are

25 necessary for the discs.



1     Q.  Is that a long period of time or is it

2  super-high heat compared to the other processes

3  or similar?

4     A.  It's different.  I'd have to look at

5  the specification to know exactly.  It's a

6  specific targeted temperature and it can be

7  1700 Celsius, 1650 Celsius, somewhere in that

8  ballpark.  So it's hotter.  It's pretty hot.

9     Q.  Have you seen the rotors in between the

10  CVD process and the finish of the heat treat

11  process?

12     A.  Yes.  So there's --

13     Q.  Do they look different?

14     A.  Yes.  Let me -- I think we've provided

15  photos of what they look like.  I can't remember

16  where that is.  (Reviewing document.)

17        Ah, in 53.  So this would be under the

18  HONEYWELL Bates number 00178.  There's a

19  supplemental information for this litigation.

20     Q.  Um-hum.

21     A.  So page 181, it shows the preform with

22  all the segments and you can see the individual

23  segments basically there.  And then in Figure 3A

24  is the -- with the blue background.

25     Q.  Yes.



1    A.  The item on the left is the carbonized

2    preform.  The item in the middle is I think

3    the --

4    Q.  The underneath one?

5    A.  Yeah.  Let me see here.  (Reviewing

6    document.)  That is, I think, the densified

7    preform, and then the item on the right is the

8    machined disc.

9    Q.  And then 3B and 3C?

10    A.  Right, those show representative, like,

11    final discs.  So Figure 3B is a rotor, and you

12    can see that rotor has the extra hardware that's

13    attached to the outer diameter lugs.  And then

14    Figure 3C is a stationary disc with lugs on the

15    inside.

16         And I guess of note on Figure 3C, that

17    one had been through testing, and so the

18    friction surface you can note looks a little

19    different and that's because it's seen

20    service --

21    Q.  I see.  Okay.

22    A.  -- as compared to like the brand new

23    friction service of Figure 3B.

24    Q.  Yeah.  And then Section 11 of the

25    Process Engineering Instructions XCI-312 --



1    A.   Sorry, which tab was that again?

2    Q.   It's Tab 93 at HONEYWELL 000541.

3    A.   Okay.  So what's the question again?

4    Q.   Can you explain Step 11.0?

5    A.   Okay.  (Reviewing document.)

6         So in this step we'll take a sample of
7    the carbon disc and create what we call a coupon
8    where they'll make a cut of the disc and look at
9    under a microscope how the matrix material has
10   deposited itself upon the individual carbon
11   fibers.

12        So they'll make the sample and polish
13   it and look at it and then they review how that
14   material was deposited through something we call
15   an "extinction angle".  I could not define for
16   you everything about that.  I'm not -- I don't
17   have particular expertise in that particular
18   aspect of this, but the basic premise is that we
19   want a particular type matrix deposit on the
20   fiber and the extinction angle will tell us
21   whether or not we got what we were looking for.
22   And if it does not meet these requirements, then
23   that lot of discs would be considered suspect
24   and would go under like a quality notification
25   to review for -- to determine if it was meeting



1    the specifications or not.

2        Q.  Yeah.  Right.  So through all these

3    stages of the CVD process, that matrix is

4    going -- trying to get the buildup of the matrix

5    throughout the disc itself?

6        A.  Right.

7        Q.  And then this checks that -- this is a

8    way to check whether it did it or not?

9        A.  Correct.  And if it did it correctly.

10   So the fact that it did build up, you know, is

11   mainly based on what the weight is.  If we get

12   the right weight, we know we got enough matrix

13   material in the part.  But the microstructure is

14   looking at exactly how that matrix deposited on

15   the fiber.

16       Q.  Do you check every one or just a lot of

17   them or just a sample?

18       A.  This is one sample for that lot.

19       Q.  Oh, I see.

20       A.  Yeah.

21       Q.  And then 12, as you said, that's the

22   machinery of all the different -- whether it's a

23   stator or a rotor, the different segments?

24       A.  Yeah.  Right.  Then for Section 12,

25   it's machining those parts.  And if it is a



¹ stator, it will get machined to its final stator

² dimensions.  If it's a rotor, it will get to

³ those final dimensions.  And then, similarly,

⁴ with either one of the auxiliary end plate style

⁵ discs as well.

⁶     Q.  Okay.  And 12 is marking?

⁷     A.  Correct.  So the marking in Section 12,

⁸ there is the nomenclature for how to do the

⁹ serialization of the disc.  So you noted like

¹⁰ the disc here has the tag on it with the numbers

¹¹ that we read off earlier.  That's what it's

¹² marked with, its serial number.

¹³     Q.  Okay.  So it's a year, like 2017?

¹⁴     A.  Right.

¹⁵     Q.  Yeah.

¹⁶     A.  And then lot number and then the

¹⁷ individual disc within that lot number.

¹⁸     Q.  And then 13 is the final inspection?

¹⁹     A.  Correct.  So that's where the parts

²⁰ have their final weight measured, the minimum

²¹ and the maximum allowance.

²²     Q.  So does it lose -- it slightly loses

²³ some weight generally because of the heat

²⁴ treatment?

²⁵     A.  It loses the weight because we're



1    machining off the surfaces and then notching in

2    the lugs and all those things.  So you lose

3    weight that way.

4        Q.  And then final disc density?

5        A.  Right.  So I'll note that that's for

6    reference only, but the idea is we want to have

7    a target density for the end product.  And for

8    this one in particular it's 1.67 to 1.77 grams

9    per cubic centimeter.

10        Q.  And then 14.

11        A.  14 is the antioxidant step.

12        Q.  And you described that it's just

13    applying --

14        A.  Applying the -- whatever type of

15    coating that we have specified for these parts.

16    For this case, the antioxidant specification

17    will be listed directly on the drawing, part

18    drawing itself, the machined part drawing.

19        Q.  And then there's post-antioxidant

20    machining?

21        A.  Correct.  It depends on the program,

22    but for this specific program, A380, we have

23    post AO machining and we also call it post AO

24    grind where we'll have an additional grind step

25    of the friction surfaces following the AO



1    application and the AO char step.

2           MR. KENNY:  Thank you, Mr. Brown.

3           MR. RUCKER:  Okay, let me just step out

4    with Mr. Brown for a minute and we'll come back.

5                    (Recess taken from 1:42 p.m.

6                       to 1:47 p.m.)

7           MR. RUCKER:  I have no questions.

8    We'll reserve signature.

9           MR. KENNY:  Great, thank you.

10          Thank you.

11          THE WITNESS:  Thank you.

12      (Deposition concluded at 1:47 p.m. CST.)

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1                    REPORTER CERTIFICATE
2                    I, Deborah Habian, a Certified
   Shorthand Reporter within and for the State of
3  Illinois, do hereby certify:
4           That previous to the commencement of
   the examination of the witness, the witness was
5  remotely duly sworn to testify the whole truth
   concerning the matters herein;
6
            That the foregoing deposition was
7  reported stenographically by me, was thereafter
   reduced to printed transcript by me, and
8  constitutes a true record of the testimony given
   and the proceedings had;
9
            That the said deposition was taken
10 remotely before me at the time and place
   specified;
11
            That the reading and signing by the
12 witness of the deposition transcript was
   requested at page 115 within this transcript;
13
        That I am not a relative or employee of
14 attorney or counsel, nor a relative or employee
   of such attorney or counsel for any of the
15 parties hereto, nor interested directly or
   indirectly in the outcome of this action.
16
            IN WITNESS WHEREOF, I do hereunto set
17 my hand this 07th day of March, 2023.
18
19              Deborah Habian
20
21              DEBORAH HABIAN, CSR, RMR, CRR, CLR
                IL CSR NO. 084-02432
22              MO CCR NO. 1409
23
24
25
```

Notice Date: 03/07/2023

Deposition Date: 3/2/2023

Deponent: Mark Brown 30(b)(6)

Case Name: Honeywell v. United States

Page:Line          Now Reads                Should Read

_____  _____  _____

_____  _____  _____

_____  _____  _____

_____  _____  _____

_____  _____  _____

_____  _____  _____

_____  _____  _____

_____  _____  _____

_____  _____  _____

_____  _____  _____

_____  _____  _____

_____  _____  _____

_____  _____  _____

_____  _____  _____

_____  _____  _____

_____  _____  _____

_____  _____  _____

_____  _____  _____

CERTIFICATE OF DEPONENT

I hereby certify that I have read and examined the

foregoing transcript, and the same is a true and

accurate record of the testimony given by me.

Any additions or corrections that I feel are

necessary, I will attach on a separate sheet of

paper to the original transcript.


_____

Signature of Deponent

I hereby certify that the individual representing

himself/herself to be the above-named individual,

appeared before me this _____ day of _____,

20___, and executed the above certificate in my

presence.


_____

NOTARY PUBLIC IN AND FOR


_____

County Name

MY COMMISSION EXPIRES:

## WORD INDEX

**< 0 >**
**000010** 53:2
**000047** 76:24
**000174** 83:18
**000541** 111:2
**00178** 109:18
**00211** 46:23
**01** 81:18
**07th** 116:17
**084-02432** 116:21

**< 1 >**
**1** 5:4  10:23, 24  11:3
12:21  47:17  60:4  67:12
74:22  98:21
**1.119** 106:25
**1.129** 107:1
**1.67** 114:8
**1.77** 114:8
**1:07** 94:6
**1:42** 115:5
**1:47** 115:6, 12
**10** 5:4  29:14, 15  52:19,
21  108:19
**100** 34:7  36:12
**10278-0140** 3:17
**11** 110:24
**11.0** 111:4
**110** 34:8  36:12
**115** 4:10  116:12
**12** 112:21, 24  113:6, 7
**12:09** 94:5
**126003** 1:25
**13** 5:6  74:15  75:17
113:18
**14** 5:8  114:10, 11
**1409** 116:22
**15** 5:10
**16** 102:11, 14  106:23
**16.0** 104:22
**1650** 109:7
**1700** 109:7
**17-00256** 1:8  5:6  6:20
**175** 83:19
**181** 109:21
**1999** 74:23

**< 2 >**
**2** 5:6  12:1  13:20, 21
14:2  19:24  20:1  29:14
**2013** 56:23  59:5, 13
**2017** 113:13
**2021** 10:1
**2023** 1:16  2:6  116:17
**21-029-027** 5:13  23:13
**212.264.2107** 3:18
**22** 5:12
**25** 5:15
**26** 3:16

**2617024-1024** 99:19
102:17
**2703269** 53:20  62:9
**2703270** 52:14
**2703272** 46:17  48:3
62:6
**2703273** 52:18  53:4
**2703275** 49:24  55:10
**2703276** 50:2
**2703277** 50:10
**2703278** 50:10
**2703331** 50:21, 22
**2703332** 50:22, 25
**2703337** 50:24
**2ND** 1:16  2:6

**< 3 >**
**3** 5:8  12:6  14:22, 23
15:10, 18  16:13  17:24
18:13  20:10  21:20  33:6,
13  34:21  35:4  38:12
54:16  55:5  56:12  59:24
61:25  62:20  76:18
77:20
**30(B)(6** 1:14  2:11  6:23
11:8
**312.569.1157** 3:9
**320** 2:13  3:6
**3300** 2:14  3:6
**346** 3:16
**3520** 8:12
**37** 5:17
**391** 76:4
**3A** 109:23
**3B** 110:9, 11, 23
**3C** 110:9, 14, 16

**< 4 >**
**4** 5:10  12:19  15:4, 5, 10
18:9, 12  20:10  21:20
33:5, 9, 13  34:21  35:4
38:20  39:20  59:12, 16
96:2
**4.0** 95:23
**4.2** 95:24  96:3
**4.2.2** 96:4
**4000** 97:25  98:23
**402** 76:4
**45** 4:7
**46628** 8:13
**47** 76:23

**< 5 >**
**5** 5:12  22:13, 16, 20
33:10  36:1  39:3  45:5
46:17  47:3  48:20  53:23
57:7  70:6  71:11  84:11
**50** 103:9
**51** 4:8
**52** 83:10

**53** 109:17
**58** 5:19

**< 6 >**
**6** 5:15  25:13, 14, 18
36:1  40:22  44:7  53:17
55:5  70:4, 5  71:11  76:1
84:11
**6.1** 53:17
**6.11** 53:17
**6.2** 96:14
**60** 46:23, 24  53:13
77:24  95:20, 23
**6000** 107:23
**60606** 2:14  3:7
**63416558** 80:17
**68-degree** 33:20

**< 7 >**
**7** 5:17  14:6  15:13  37:5,
6, 10, 25  45:24  48:6
75:18, 21  76:2  77:12
78:25  83:9  94:16  95:20
97:21  99:4
**7.1** 99:18
**7.2** 101:16
**7.3** 99:25  103:8  107:20
**7.4** 102:11
**72** 99:20  100:25
**74** 99:19  100:24
**747-400** 72:7
**767** 5:8, 10  14:20  15:2
**777** 49:23  50:10, 16
55:11  77:12
**78** 4:9
**79** 75:21

**< 8 >**
**8** 4:4  5:19  20:1  58:14,
20, 24  71:25  72:1  74:15
75:18  92:23
**8.0** 103:3
**8.1.1** 103:8
**8.1.2** 103:14
**8.2** 103:21, 22
**80** 5:21  75:21
**81** 75:18  78:25
**86** 94:17, 19, 20
**87** 94:17
**8th** 59:13

**< 9 >**
**9** 5:21  20:15  44:6, 8
72:1  80:7, 8, 13
**9.0** 104:24
**9.1** 105:2, 3
**9.4** 105:2
**9.6** 108:10
**9:30** 2:7  6:4
**93** 97:21  111:2

**9th** 74:23

**< A >**
**A.M** 2:7  6:4
**A380** 76:22  77:8, 12
97:25  98:12, 23  114:22
**abilities** 28:17
**able** 31:18, 19  48:4
89:12
**above-captioned** 11:21
**absorb** 31:20
**absorbs** 28:8  91:9
**absorption** 27:22
**achieve** 92:21  101:25
**acknowledged** 11:7
**acquired** 35:19
**acrylonitrile** 81:24
**action** 11:21, 24  14:7
116:15
**activities** 86:1
**actual** 38:4  39:24
**actuate** 73:7
**actuates** 73:20
**actuation** 24:14  26:4
**add** 45:21  64:5  101:7
**added** 42:1  63:2
**additional** 9:20  13:3
31:15  33:24  41:9  42:6
57:20  58:1  90:12
106:15  107:5, 18  108:15
114:24
**Additionally** 27:17
**address** 8:9, 10
**adds** 66:23
**administered** 6:4
**Advanced** 63:12
**advantage** 27:9
**Advice** 5:19  58:16, 17
59:14  92:24  98:17
**aerospace** 56:4, 10
**affect** 30:17  58:2
**afraid** 85:4
**aggressive** 69:18
**ago** 9:4  61:4
**agree** 16:13  45:18  80:22
**agreement** 37:23, 24
**Ah** 17:12  109:17
**aircraft** 9:12  14:17
16:25  20:20, 22  21:7
22:8, 12, 22  23:4, 6, 25
24:19, 20, 21  26:12, 17
27:12, 18  28:3, 5, 9, 11
29:19, 22  30:5, 6, 15, 17,
19  31:3, 5, 16, 22, 25
32:7, 10, 23  33:3  34:13
38:24  54:25  59:20
69:25  73:19  79:10
85:23  88:6
**aircraft's** 30:11
**airframer** 30:25

**airframes** 98:4
**airplane** 30:7
**allegation** 20:2
**allegations** 11:20, 23, 25
12:19
**allow** 89:14 108:15
**allowance** 113:21
**allowed** 104:11 107:3
108:18
**allows** 102:7
**alloy** 28:20
**alloys** 28:11
**alternating** 44:12 62:24
63:24 101:19
**amending** 45:20
**amount** 10:17 34:5
35:16 87:25 92:20
100:10
**ancillary** 42:3
**angle** 111:15, 20
**Angola** 94:15
**annulus** 18:15, 16, 20
33:20 100:13
**answer** 7:13, 15, 17 9:23
10:17 38:19 40:13 55:4
82:23 87:23
**answering** 10:9, 13
**answers** 7:10 8:4 37:2
**Antioxidant** 69:14, 20
70:1, 10, 19, 23 114:11,
16
**antioxidants** 71:18
**anybody** 82:20
**anymore** 95:3
**AO** 70:22 114:23, 25
115:1
**AOs** 70:21 71:13
**appearances** 71:14
**appearing** 2:12, 15
**appears** 25:20 37:18
45:13
**applicable** 53:7
**application** 27:21 33:3
89:9 115:1
**applications** 54:19
**applied** 69:14 70:11, 14
**applies** 26:4 84:19
**apply** 69:20 73:9
**applying** 114:13, 14
**appropriate** 16:24 82:22
90:15 96:21
**appropriately** 35:9 58:1
**approval** 83:6
**approved** 96:17
**Approximately** 8:20 9:4,
15, 24 33:20
**arc** 16:6
**arranged** 33:21
**array** 67:19
**articles** 14:7
**aspect** 13:14 111:18

**assembled** 40:10, 14
44:5 89:2
**assemblies** 14:17 41:10
**assembly** 24:1, 2 25:23
26:16 29:1, 3, 7 30:23
31:11, 14 40:6, 7 41:12
72:7, 8 73:22 74:1, 2, 9,
10 90:17
**assigned** 6:18
**associated** 41:5
**assortment** 40:3
**assurance** 47:19 48:2, 5,
8 78:2
**attached** 5:23 59:20, 25
98:17 110:13
**attaching** 65:20
**attorney** 6:17, 22 116:14
**authentic** 12:11 38:4
**author** 60:23
**auto** 54:12
**automotive** 54:18 55:8,
21 56:3, 15
**Auxiliary** 5:15 25:25
113:4
**availability** 84:1 85:12,
21
**available** 31:11 35:21
**average** 36:5 99:16, 22
**aware** 11:23, 25 83:8
**axial** 36:19

**< B >**
**Bachelor** 94:10
**back** 18:5 19:20, 23
29:13 35:8 45:5 61:24
81:9, 14 103:14 115:4
**Background** 14:3 109:24
**bag** 14:19 15:1 18:6
35:1, 3
**bags** 35:9
**balancing** 31:12
**ball** 45:1
**ballpark** 109:8
**BAM** 63:11, 13, 14
64:18, 20 67:2 82:6, 7,
15, 24 86:11 87:12
**band** 104:10
**bar** 5:13 23:10
**BARNETT** 1:3
**barrel-shaped** 74:11
**barrier** 71:14
**Based** 23:16 32:1 51:7
91:6, 7 112:11
**basic** 111:18
**basically** 30:5 78:1
101:15 109:23
**Bates** 46:22 52:20, 24
76:4, 23 83:18 109:18
**BEHALF** 3:3, 12
**believe** 18:3 22:12
25:12 44:12, 22 52:18

53:9 58:7 60:21 67:12
74:21 81:1, 23 84:7
95:1 105:6 106:21
**Bend** 8:13 67:4
**bend-able** 16:19
**Bendix** 79:6
**best** 8:4 13:17 15:20
**Bethlehem** 63:12
**better** 106:15
**Biddle** 2:13 3:4
**Binder** 5:17, 19 36:25
37:10 46:23 58:14, 15,
16, 24 83:10
**bit** 57:24 58:10
**black-looking** 73:5
**block** 53:6
**blue** 109:24
**bottom** 44:25 52:24
67:14
**bought** 79:7
**box** 22:14
**brake** 5:12 9:1, 12
12:25 14:8, 9, 15, 16, 17
15:16 16:25 20:2, 16, 17,
20, 21, 23 21:3, 5, 6 22:2,
8, 12, 22, 25 23:14, 18, 24,
25 24:1, 5, 13 25:12, 23
26:2, 12, 16 27:14 28:22
29:1, 2, 7, 9, 16, 18, 21
30:1, 2, 5, 6, 9, 21, 22
31:11, 13, 14, 17, 19, 20
32:1 33:7, 11, 25 35:25
36:2 38:23, 24 40:2, 4, 6,
7 51:11 54:17 56:3
58:19 70:2 72:4, 6, 7, 9,
10, 11, 16 73:15, 20, 21
74:1, 9, 12 85:17, 18, 19
86:2, 5, 21 87:1, 3, 8, 9
88:6, 10, 17 90:17 92:2
95:19
**brakes** 9:10 21:7 28:7,
9, 24 83:19, 22, 25 85:2
**braking** 27:18 28:11
29:19, 22 54:11 59:20
79:10 83:15, 17
**brand** 32:24, 25 110:22
**break** 7:22, 25 94:3
**Brembo** 55:1, 12
**B-R-E-M-B-O** 55:1
**brittle** 88:25 90:8
**broad** 95:6, 7
**brochure** 83:17
**brought** 9:21
**BROWN** 1:14 2:11 4:3
5:2 6:8, 14 8:6, 8 11:12
13:24 15:8 17:18 22:19
25:17 37:9 38:11 51:24
58:23 78:24 80:12
115:2, 4
**brownish** 71:16

**build** 112:10
**building** 106:10
**builds** 90:24 107:25
108:3
**buildup** 106:4, 7 112:4
**bullet** 61:14, 21 62:15,
22 63:15 64:21 68:23
69:13 86:9 92:25 98:15
**bullets** 93:3
**bushings** 73:7
**business** 12:13, 14 38:5,
7 56:10 60:20

**< C >**
**C4000** 84:15, 16
**call** 17:5 23:22 24:3, 9,
10 25:2, 21 26:9 29:1
33:23 57:3, 23 64:4
72:12 75:12 84:24
89:23 104:14 111:7, 14
114:23
**called** 6:9, 18 10:9 14:2
42:5 44:17 45:1 46:7
51:25 53:25 58:15 61:5
75:8 97:17
**calls** 53:10
**Canal** 2:13 3:6
**capability** 27:18, 22 64:6
**capable** 31:15
**Carbenix** 83:24 84:5, 6,
9, 15, 23 97:25 98:5, 23
**carbon** 21:11, 12, 14, 15,
16 22:22 27:15 41:6, 7
59:18 64:11, 16 66:6, 15,
16 67:13 68:2 69:23
71:18 76:22 77:8 83:24
84:8 85:1, 17 86:2
88:10 89:6 90:4, 5, 13,
24 95:2, 18 98:1, 10, 23
108:3 111:7, 10
**Carbon-carbon** 5:12
21:5, 8, 21 22:2, 25
26:21 27:4, 8 28:8, 16,
22 56:3 61:9 95:4
**carbonization** 64:8, 9, 20
88:20 92:5 93:13 102:3,
9 103:2, 6, 10 107:25
**carbonized** 41:4 63:16
66:5, 25 90:10 103:22
107:22 110:1
**carrier** 24:14
**case** 6:18 7:4 9:18, 21
10:6 13:25 15:12 16:2
39:7 42:16 69:4 71:7
80:14, 22 96:11 114:16
**cause** 24:18 42:7
**cavity** 24:5
**CCR** 116:22
**CDI** 65:7
**Celsius** 109:7

center 16:*8*
centerline 36:*21*
centimeter 114:*9*
certain 35:*16* 41:*25*
 54:*24*
CERTIFICATE 116:*1*
Certified 2:*16, 17, 18, 19*
 116:*2*
certify 116:*3*
cetera 30:*4, 13* 101:*21*
change 64:*12* 86:*15*
 89:*14, 17, 19* 90:*19*
changes 13:*8* 87:*8*
 88:*15*
char 115:*1*
characteristics 27:*20*
 63:*21* 89:*15* 90:*5, 9, 16*
 91:*2, 4, 8* 92:*1, 3, 4*
 108:*23*
characterization 87:*22*
chart 45:*5* 46:*16* 47:*3*
 48:*20* 76:*2*
check 48:*5* 112:*8, 16*
checks 112:*7*
chemical 13:*8* 64:*25*
 65:*1, 17* 66:*14* 87:*7*
 88:*15* 90:*19*
chemically 86:*14*
CHICAGO 1:*15* 2:*14*
 3:*7*
CHIEF 1:*3* 60:*1* 61:*3*
Chordal 5:*10* 12:*25*
 14:*8, 15* 15:*2, 16* 19:*2, 7*
 33:*8, 17* 34:*6, 8, 11, 18*
 36:*12* 39:*20* 40:*25* 43:*7,*
 *22* 44:*1, 8, 15* 45:*7* 49:*7,*
 *24* 50:*23* 51:*4* 62:*16, 24*
 63:*25* 81:*19* 91:*17* 92:*9,*
 *11* 99:*19* 100:*24* 101:*18,*
 *20, 21, 22, 23*
chordal-direction-
 oriented 18:*21*
chosen 55:*25*
circle 58:*6* 100:*7, 15*
 101:*10*
clamp 24:*15*
clarify 33:*12*
classification 58:*18*
clear 70:*19* 71:*2*
clearish-whitish 71:*22*
clearly 36:*18*
clog 106:*11*
clogged 106:*14*
close 104:*13*
CLR 116:*21*
coating 70:*11* 114:*15*
coatings 69:*20*
coats 71:*14*
code 5:*13* 8:*13* 23:*10*
co-developed 79:*5*

Coke 32:*25*
collectively 14:*8*
color 70:*18*
colored 71:*1*
column 46:*2* 51:*25*
 53:*22, 24* 54:*2, 5, 6*
 57:*10* 62:*7, 8*
columns 62:*1*
combination 44:*2*
come 9:*17* 25:*7* 31:*23*
 34:*10* 37:*23* 49:*7* 82:*21*
 86:*3, 11, 19, 25* 115:*4*
comes 15:*21* 73:*18*
coming 65:*20* 82:*12*
commencement 116:*4*
commercial 21:*7* 35:*14*
companies 79:*8*
company 59:*6* 75:*8*
compared 18:*21* 26:*13*
 109:*2* 110:*22*
comparing 103:*8*
comparison 85:*16*
competitors 58:*8*
Complaint 5:*6* 11:*20, 24*
 12:*21* 13:*20, 24* 15:*12*
 45:*21*
complete 100:*6*
completing 101:*10*
Complying 6:*3* 18:*7, 25*
 19:*22, 25* 59:*1*
component 40:*25* 74:*6*
components 40:*11* 41:*9*
 42:*4* 74:*8*
composed 17:*3*
composite 21:*6, 9* 28:*8*
 84:*8* 95:*18*
composites 26:*23, 25*
composition 13:*8* 26:*9*
 38:*22* 51:*25* 52:*4* 53:*21,*
 *24* 54:*4* 62:*8*
comprise 38:*5* 103:*12*
comprising 41:*16*
concerning 58:*18* 116:*5*
concluded 115:*12*
conditions 31:*7, 21*
configuration 26:*12*
 30:*2* 31:*2* 39:*17* 46:*14*
confirm 37:*14* 76:*14*
conform 78:*6*
conjunction 98:*24*
connection 79:*2*
consider 78:*4* 90:*4*
considered 15:*25* 25:*25*
 28:*13* 64:*15* 84:*14*
 111:*23*
consists 61:*10*
constituent 40:*11* 66:*11*
 90:*2*
constitute 72:*15*
constitutes 116:*8*

construction 19:*4*
contact 73:*8*
containing 14:*19* 15:*1*
contains 17:*6*
content 89:*7* 102:*7*
continue 16:*23* 57:*4*
 101:*6*
Continuing 18:*18* 56:*11*
contour 31:*4*
control 46:*14* 95:*24*
 96:*12* 97:*9* 105:*25*
controlled 97:*10*
conversation 7:*8*
converted 28:*4*
cool 105:*20*
cool-down 105:*25*
coordinate 16:*7*
copies 12:*11* 38:*4*
corner 52:*25*
corporation 63:*13*
correct 11:*9, 15* 13:*18*
 21:*10* 26:*15* 27:*6* 38:*8*
 39:*4, 5* 47:*7* 48:*13, 14*
 49:*12* 50:*5, 11, 12, 16, 17,*
 *24* 55:*6, 14* 57:*15* 62:*21*
 65:*3, 22, 25* 67:*1* 75:*4, 5,*
 *22* 76:*11* 82:*16* 86:*5, 16*
 88:*17* 92:*1* 98:*13* 99:*21*
 100:*7* 102:*19* 112:*9*
 113:*7, 19* 114:*21*
correctly 52:*9* 112:*9*
correlate 52:*4*
correlates 53:*25* 55:*3*
cost 13:*6, 15* 93:*21, 25*
costs 84:*4*
COUNSEL 3:*15* 4:*6*
 5:*24* 37:*23* 116:*14*
couple 42:*12* 93:*14, 19*
 99:*23* 101:*1*
coupon 111:*7*
course 12:*13* 38:*6*
COURT 1:*1, 8* 2:*17* 5:*6*
 6:*20, 21* 7:*9, 18*
court's 80:*4*
cover 36:*25* 58:*15* 80:*3*
 83:*16* 95:*6*
create 24:*15, 18* 31:*10,*
 *24* 33:*7, 11, 23* 34:*9*
 36:*6* 64:*4* 73:*23* 87:*1, 3,*
 *9* 88:*1, 2, 3* 89:*2, 7, 12*
 91:*19, 20* 100:*12* 111:*7*
created 27:*2* 40:*2*
 42:*18* 57:*21* 62:*1*
creates 66:*14*
creating 40:*19* 41:*14*
 45:*2* 54:*11* 82:*9* 86:*10*
 88:*10* 93:*11* 96:*21*
creation 47:*14*
criteria 55:*24*
critical 57:*17*

CRR 1:*24* 116:*21*
CSR 116:*21*
CST 2:*7* 6:*4* 115:*12*
cubic 114:*9*
customers 13:*5* 57:*2*
Customs 60:*18*
cut 16:*9* 20:*4, 12* 32:*6*
 57:*23* 103:*22* 104:*4, 15,*
 *18* 111:*8*
CVD 64:*25* 65:*17, 20*
 67:*14* 104:*25* 105:*3, 11,*
 *14* 107:*3, 8* 108:*15, 20*
 109:*10* 112:*3*
CVD/CVI 64:*22* 68:*12*
CVI 65:*1, 4, 7, 23* 66:*8*
 67:*11* 86:*13* 87:*13*
 93:*15*
cycle 67:*23* 84:*4* 105:*4,*
 *5, 11, 14* 106:*19* 107:*4, 8,*
 *15, 18* 108:*15, 19*
cycles 66:*22* 67:*25*
 106:*15*
cylinders 72:*25*

< D >
dampers 42:*5*
dated 59:*5* 74:*23*
David 60:*2, 24*
day 116:*17*
days 27:*5* 66:*22* 67:*23*
 93:*14*
dealings 82:*17*
DEBORAH 1:*24* 2:*16*
 116:*2, 21*
decades 95:*4*
deceleration 30:*13*
December 10:*3*
decided 57:*3* 92:*10*
decisions 55:*23*
deemed 71:*5*
defects 71:*4*
Defendant 1:*10* 3:*12*
Defendant's 12:*7* 37:*3*
define 87:*10* 98:*25*
 111:*15*
defined 36:*18* 39:*16*
 104:*19*
degree 94:*11*
delineates 98:*8*
denser 108:*11*
densification 67:*15*
 68:*12* 69:*3* 90:*13, 25*
 92:*6* 93:*15*
densified 64:*22* 89:*15*
 90:*15* 91:*3* 110:*6*
densify 66:*18* 106:*15*
density 66:*18* 114:*4, 7*
DEPARTMENT 3:*13*
 6:*17* 9:*2* 61:*1*

**depending** 31:*8* 32:*6, 10*
34:*6* 36:*13* 41:*8* 42:*2*
57:*24* 99:*23*
**depends** 57:*19* 68:*6*
70:*20* 71:*3* 114:*21*
**deposit** 111:*19*
**deposited** 21:*12* 71:*21*
106:*4* 111:*10, 14* 112:*14*
**depositing** 65:*18*
**DEPOSITION** 1:*14*
2:*11* 5:*2, 4* 6:*23* 7:*5, 6*
9:*19* 10:*23* 65:*1, 17*
115:*12* 116:*5, 8, 12*
**depositions** 7:*4*
**deposits** 93:*18*
**describe** 15:*19, 20* 18:*11*
21:*20* 22:*9* 43:*10*
**described** 43:*13* 86:*9*
90:*7* 114:*12*
**describing** 86:*7* 90:*18*
**DESCRIPTION** 5:*3*
14:*3* 59:*17* 81:*4, 7, 21*
**design** 16:*16* 27:*13*
30:*14, 16, 22, 24* 39:*16*
55:*23* 79:*3*
**designate** 94:*23*
**designated** 46:*11* 48:*11*
50:*6*
**designation** 51:*19* 54:*25*
**designations** 54:*6*
**designed** 28:*24* 29:*17*
30:*11* 31:*9* 88:*7* 91:*23*
**designing** 31:*13*
**designs** 10:*19* 43:*17*
**desirable** 27:*20*
**destined** 34:*22* 49:*9*
**detail** 59:*25*
**detailed** 38:*21* 59:*17*
**details** 74:*25* 83:*7* 98:*22*
**determination** 45:*24*
**determine** 31:*1* 51:*17*
111:*25*
**determined** 29:*6* 36:*8*
45:*20*
**determining** 34:*25*
**develop** 79:*9, 12*
**developed** 70:*21* 79:*5*
**development** 9:*2, 11*
76:*3, 13*
**develops** 91:*12*
**device** 29:*2* 73:*2* 104:*3*
**devices** 24:*15*
**dia** 16:*10*
**diagram** 44:*14*
**diam** 29:*24*
**diameter** 23:*20, 21, 22,
23* 24:*4, 10* 30:*3, 4*
55:*13* 69:*10, 11* 70:*15,
17* 72:*24* 102:*21, 22*
110:*13*

**die** 57:*23* 103:*22*
104:*15, 18*
**difference** 17:*13, 18*
**differences** 32:*20* 52:*3, 5*
**different** 26:*18, 19* 28:*4*
30:*3, 21* 31:*21* 32:*6, 9,
14, 16* 40:*4* 42:*7* 43:*18*
44:*2* 49:*4* 52:*16* 54:*6*
56:*5* 65:*9* 70:*18* 71:*13*
76:*17* 78:*5* 92:*13, 17, 18*
108:*1* 109:*4, 13* 110:*19*
112:*22, 23*
**digits** 23:*11, 12, 13*
**dimension** 16:*11* 29:*25*
48:*16* 49:*14* 69:*10*
102:*11, 21, 22* 104:*13*
**dimensional** 107:*5*
**dimensions** 29:*25* 30:*18*
55:*9* 69:*6* 102:*17, 25*
103:*15* 104:*2, 23* 113:*2,
3*
**Directed** 12:*8*
**direction** 16:*4* 17:*14*
19:*7* 36:*13, 19, 21, 23*
65:*24* 99:*23*
**directional** 43:*14*
**directly** 56:*13, 17, 19, 20*
86:*4, 20* 87:*1, 2* 114:*17*
116:*15*
**dirty** 25:*9*
**disc** 16:*25* 23:*6, 22, 23*
25:*22* 26:*1, 7, 8* 29:*18,
21* 30:*1, 2* 32:*1, 4* 33:*7,
11, 18, 25* 34:*3, 7, 18*
36:*6, 17, 20* 40:*2, 4, 7, 11,
22* 41:*6, 7* 42:*7* 49:*17,
20* 51:*11* 59:*18, 20* 61:*6,
9* 62:*23* 63:*15* 64:*22*
66:*6, 7, 17, 18, 20* 67:*13,
25* 68:*2, 23* 69:*3, 9, 21*
72:*15* 84:*18* 86:*21* 87:*2,
4, 9* 90:*11* 91:*13* 92:*15*
93:*18* 98:*5* 100:*13*
102:*7, 23* 105:*19* 106:*5,
6, 10* 108:*22* 110:*8, 14*
111:*7, 8* 112:*5* 113:*9, 10,
17* 114:*4*
**disclosures** 12:*2*
**discovery** 22:*6*
**discrepant** 100:*21*
**discs** 14:*16* 20:*17, 21, 23*
21:*4, 5, 6, 18* 22:*2, 8*
24:*8, 15, 16, 17* 28:*22*
34:*17* 36:*1, 2* 40:*9, 10*
42:*14* 56:*4* 63:*1* 67:*16,
20* 69:*2, 17* 70:*3* 71:*4*
72:*4, 9, 12, 19, 21* 84:*10,
15* 88:*11* 95:*19* 98:*1, 23*
105:*12* 108:*25* 110:*11*
111:*23* 113:*5*

**discussed** 43:*5, 6, 7, 8, 9*
45:*6, 12*
**discussing** 49:*6* 82:*2*
87:*11* 93:*2*
**discussion** 37:*21* 45:*23*
58:*10* 78:*22* 80:*1*
**disintegrate** 89:*10*
**disks** 55:*16* 84:*8*
**distance** 30:*20*
**distinct** 59:*19*
**distinguish** 17:*12*
**DISTRICT** 1:*1*
**division** 56:*6*
**docket** 80:*4*
**document** 11:*18* 12:*4*
37:*12, 17, 24* 42:*20* 46:*8,
13* 47:*5, 8, 10, 15* 48:*4*
52:*17* 53:*16* 54:*7, 13, 20*
58:*16* 59:*11* 60:*9, 10, 11,
12, 24* 61:*16* 62:*5* 74:*17,
21, 22* 76:*10, 19* 77:*5, 16,
24, 25* 80:*10, 15* 81:*5*
83:*12* 85:*3* 93:*8* 94:*19,
24, 25* 95:*13, 25* 96:*6, 8,
10, 12* 97:*9, 23* 98:*16*
99:*9* 105:*8* 106:*22*
109:*16* 110:*6* 111:*5*
**documentation** 42:*24*
**documents** 10:*5, 13* 12:*8,
10, 11, 12, 15* 37:*1, 4*
38:*3, 4* 46:*15* 75:*12, 22,
23* 76:*2, 21* 77:*2, 9, 10,
18* 78:*19* 95:*24* 96:*3, 23*
98:*11, 12*
**doing** 38:*16* 45:*3* 52:*10*
56:*3* 95:*4* 97:*11*
**Donald** 8:*8*
**doughnut** 100:*13*
**drawing** 32:*13* 46:*7*
53:*5* 97:*1, 7* 114:*17, 18*
**drawings** 69:*6* 98:*25*
**Drinker** 2:*12* 3:*4*
**drive** 24:*3, 6* 30:*23*
**duly** 6:*10* 116:*5*
**duplex** 17:*6* 19:*5* 41:*19*
43:*8, 13, 22, 24* 45:*7*
50:*5* 53:*3, 24* 51:*1,
4, 5* 101:*16, 18*
**duties** 8:*24*
**dynamic** 31:*17* 91:*10, 11*

**< E >**
**earlier** 11:*6* 49:*6* 113:*11*
**Ed** 33:*13* 78:*15*
**edge** 70:*13* 104:*12*
**edges** 104:*8*
**education** 94:*9*
**EDWARD** 3:*14* 6:*16*
**edward.kenny@usdoj.gov**
3:*19*

**either** 34:*23* 36:*13* 38:*6*
49:*12* 91:*6* 99:*23* 113:*4*
**emissions** 83:*25* 85:*2*
**employee** 116:*12, 14*
**EMS** 46:*11* 48:*17* 78:*1*
95:*21* 96:*20*
**EMS-181** 53:*11, 20* 62:*9*
**EMS-182** 46:*20* 47:*2, 9*
48:*4, 11* 53:*9, 10, 16*
62:*13* 77:*23* 78:*5, 9*
95:*23* 96:*1* 97:*5, 16*
**enables** 84:*1* 85:*12, 21*
**ended** 36:*16*
**energy** 27:*22* 28:*2, 4*
30:*11* 31:*20*
**engineer** 8:*17, 19, 25*
9:*4, 6, 7, 14* 59:*8, 9* 60:*2*
61:*3*
**engineering** 9:*2* 11:*14*
13:*13* 35:*7, 10, 12, 17*
47:*6, 12* 48:*10* 53:*7*
94:*11* 95:*21* 98:*25*
110:*25*
**engineers** 35:*20*
**England** 62:*17* 82:*12*
**ensure** 35:*7* 90:*11*
**entail** 46:*5* 66:*2*
**entire** 74:*1* 84:*17* 98:*14*
**entirety** 74:*4* 97:*15*
**entitled** 46:*3*
**entity** 75:*6*
**entries** 12:*20* 45:*13*
**Entry** 5:*21* 80:*4, 5, 14*
**envelope** 30:*14* 31:*24*
32:*2*
**environment** 91:*11*
**environments** 69:*18*
**equivalent** 27:*16* 96:*17*
**ESQ** 3:*5, 14*
**essentially** 9:*9* 18:*17*
29:*12* 44:*12* 57:*23*
90:*11* 108:*4, 22*
**establishes** 47:*18*
**et** 30:*4, 13* 101:*21*
**EUO** 5:*8, 10* 14:*21*
15:*3* 35:*2, 6, 22*
**exact** 65:*23*
**exactly** 32:*19* 35:*18*
79:*22* 89:*21* 93:*9* 109:*5*
112:*14*
**Examination** 4:*4* 6:*12*
116:*4*
**examined** 6:*11*
**example** 17:*5* 34:*7*
36:*11* 40:*22* 42:*5* 44:*4*
49:*21* 51:*15* 52:*13* 62:*6*
89:*4* 92:*8* 97:*4* 98:*12*
**excellent** 27:*17*
**Exhibit** 5:*4, 6, 8, 10, 12,
15, 17, 19, 21* 10:*23, 24*
11:*3* 13:*20, 21* 14:*22, 23*

15:4, 5, 10, 18    16:13
17:24    18:9, 12, 13    19:24
22:13, 16, 20    25:13, 14,
18    29:14    33:5, 6, 9, 10
34:21    35:4    36:1    37:5, 6,
10, 25    39:20    40:22
58:14, 20, 24    59:11, 21
60:1, 4, 7    70:4    71:24
74:15    75:18, 21    76:2
78:25    80:3, 7, 8, 13    83:9
92:23, 24    94:16    95:20
97:21
**EXHIBITS**  5:1, 2, 23
20:10    21:20    84:11
**exist**  56:21
**expand**  27:25    85:13
**Experimental**  95:2
**expertise**  111:17
**explain**  10:12    14:14
17:25    18:16    19:9    29:20
30:16    39:10, 12    64:24
65:15    69:16    72:5    80:24
85:1    111:4
**explained**  42:25    66:1
**explaining**  66:3
**extend**  73:8, 23
**extent**  78:10, 16    97:17
**extinction**  111:15, 20
**extra**  110:12

< F >
**F18**  81:19
**FA18E/F**  50:19
**fabric**  16:15, 19, 20    17:6,
8    19:5, 17    20:4, 13
39:24    43:14, 24    47:10,
21    53:18    58:6    63:18, 22
64:13    75:16    76:9    94:21
95:16, 17    96:15
**fabricate**  99:1
**fabricated**  99:17
**fabrication**  95:18    99:5,
6, 13
**fabrics**  21:24    41:19
43:13    74:24    75:1    76:5
**fabric-type**  19:15
**facility**  67:3, 6    68:20
74:3, 5, 12    79:23
**fact**  112:10
**factors**  30:23
**Faegre**  2:12    3:4
**fairly**  36:18
**fall**  92:20
**falls**  108:12
**familiar**  18:1    19:11
37:11    38:14    59:2, 4
61:18    74:17    93:23, 25
**far**  68:8
**fashion**  18:4    33:22
**feature**  27:13
**Federal**  3:16

**fiber**  16:3    19:11    20:4,
13    21:11, 13, 14, 16    22:1
32:17, 22    53:11, 17, 19
61:22    62:3, 8, 10    63:19
64:4, 11    66:6, 15    81:25
82:1    89:6, 7, 23    90:4, 5,
24    95:17    102:7    108:4
111:20    112:15
**fibers**  17:3, 15, 22    18:21,
23    64:5    66:16    75:2, 4
90:13, 22    91:18    111:11
**field**  85:18
**fifteen**  93:12
**Figure**  67:12    109:23
110:11, 14, 16, 23
**files**  76:3, 13
**final**  30:1    36:15    44:24
68:24    69:4, 10    74:2
93:19    100:1    105:9
108:22    110:11    113:1, 3,
18, 20    114:4
**finalized**  104:2
**find**  52:16    62:3
**fine**  7:23
**finish**  109:10
**finished**  59:19    62:17
**first**  6:10    7:25    11:19
26:1    46:16    58:16, 25
60:7    61:8, 21    62:7
77:23    89:19    92:24
101:22    105:3, 11, 14, 15
106:19, 24    107:19
**fit**  30:8, 14
**fits**  24:5
**five**  24:12    100:11
**Flask**  60:2, 24
**flexibility**  17:1
**flexible**  63:18
**flow**  96:25
**flush**  29:4
**FME**  96:17
**foam**  44:17, 21
**foldable**  19:17
**fold-able**  16:19
**follow**  95:9
**followed**  101:20, 21
**following**  26:8    50:9
60:7    61:10    97:13    106:2
107:14    108:20    114:25
**follows**  6:11
**Footnote**  59:24
**force**  26:4    73:9, 23
**fore**  27:18
**foregoing**  116:5
**form**  38:22    45:2    53:17
86:22    101:12
**formal**  38:1, 2
**formed**  62:17
**forms**  66:16
**forth**  9:21

**four**  24:12    60:4    67:25
72:11, 17, 18, 19, 21
**four-rotor**  72:11
**fourth**  49:22    63:15
107:8
**FPD-010**  105:4
**frame**  10:3
**friction**  24:16, 17, 24, 25
25:2, 4, 5    26:5, 10    27:17
28:7    35:20    69:5    83:24
84:5    91:11, 12, 13, 21
110:18, 23    114:25
**FRIDAY**  1:16
**front**  58:15
**full**  7:12    8:6, 8    77:10
100:13
**fully**  29:6    90:15
**furnace**  66:8, 12    67:10,
21    68:21    89:19    105:15
106:1
**furnaces**  67:18    88:22
**further**  50:18    57:17
71:6    91:25

< G >
**gain**  103:6
**gains**  107:12
**gas**  66:13    83:25    85:2
105:15, 25
**gases**  66:3, 11
**gather**  38:17
**gathered**  98:11
**gathering**  10:5, 13    37:11
**gear**  31:1
**general**  10:12    25:22
27:1    85:25    95:6    96:24
98:6
**generalized**  83:13
**Generally**  27:3, 11, 14,
16    33:16    34:15    41:18,
24    42:13    49:13    61:20
65:4, 25    70:14    71:19
78:4    82:25    86:17    99:16
100:11    103:17    107:10
113:23
**generate**  28:9, 12
**generates**  24:17    73:10
91:21
**give**  100:25    108:22
**given**  14:18, 25    15:9
40:3    95:9    116:8
**gives**  89:8
**giving**  8:4
**go**  7:3    19:23    29:13
32:7    37:19    40:6    42:4, 6,
18    46:22    48:6    53:10, 13
57:22    63:22    74:14    77:2
78:20    80:14    81:9, 14, 17
83:9    86:10, 11    90:9
92:23    93:5    95:20    99:3

101:3    105:2    106:12
107:17    108:15    111:24
**goal**  66:17
**goes**  33:24    41:11    54:10
64:8    69:3    86:12    90:1
91:24    102:2, 9    103:14
106:14, 18    107:3
**going**  7:9    28:3    45:5
55:25    61:24    65:12
87:12    90:9    92:10
101:15, 25    105:9    112:4
**Good**  6:14, 15    13:2, 4, 9
47:22    74:20    94:3
**goods**  13:1
**GOVERNMENT**  5:2
6:9    10:5, 10, 23, 24    11:3
13:20, 21    14:21, 23    15:3,
5, 10, 18    17:24    18:9, 11
19:23    20:9    21:20    22:13,
16, 20    25:13, 14, 18
29:13    33:5, 6, 9, 10
34:20, 21    35:3, 4    36:1
37:5, 6, 10, 25    39:20
58:14, 20, 24    70:3    71:9,
23    74:14    76:1    78:25
80:7, 8, 13
**gradually**  107:12
**grams**  100:1    114:8
**gray**  73:12
**grayish-bluish**  73:13
**Great**  115:9
**greenhouse**  83:25    85:2
**grind**  103:14    114:24
**grooves**  69:8
**ground**  7:3    69:5
**Group**  78:11, 17    80:5,
16, 24    82:12, 18    96:19
**guess**  16:5    45:19    55:11
104:21    110:16

< H >
**HABIAN**  1:24    2:16
116:2, 21
**hand**  6:1    116:17
**handed**  80:12
**happen**  87:8    108:12
**happens**  21:17    101:5
**harder**  108:6
**hardware**  41:10    110:12
**head**  32:21
**header**  47:11
**heading**  16:8    36:20
**heard**  9:17
**heat**  27:15, 16    28:1, 6, 8,
12, 13, 16    29:3    72:16
73:9    74:4    91:9, 12    92:8,
11    98:10    108:19, 21
109:2, 10    113:23
**heated**  66:8    88:22
89:18, 25

heavier 107:*11*
help 69:*21*
hereto 116:*15*
hereunto 116:*15*
high 64:*10* 84:*2*
higher 84:*1* 85:*12, 21*
highest 94:*8*
highly 92:*19*
historical 27:*10*
hit 104:*23*
holes 69:*8*
honestly 17:*20*
HONEYWELL 1:*5*
5:*17* 6:*18* 8:*15, 22*
10:*10* 11:*8, 24* 12:*13*
37:*1, 16* 38:*1, 6* 46:*23*
48:*1* 53:*2* 54:*11* 55:*7*
56:*2, 7, 13, 18* 57:*3* 58:*5,
7* 60:*1, 17, 19* 67:*13*
73:*24* 75:*6, 12* 76:*8, 24*
78:*17* 79:*8, 14* 82:*20*
83:*18* 94:*24, 25* 98:*4*
109:*18* 111:*2*
Honeywell's 6:*22* 11:*20*
12:*1, 6, 14, 21* 37:*2* 38:*7*
58:*17* 67:*6* 79:*2* 83:*14,
23*
HONORABLE 1:*3*
hot 109:*8*
hotter 109:*8*
hour 93:*12*
hours 67:*24* 93:*13, 20*
housing 24:*14* 29:*5*
30:*8* 73:*14, 16, 18* 74:*9*
how-to-make-it 78:*3*
hundreds 67:*24*
hydraulic 73:*15, 17, 18,
21*

< I >
ID 10:*25* 13:*22* 14:*24*
15:*6* 22:*17* 25:*4, 15*
37:*7* 49:*14* 57:*24* 58:*21*
80:*9* 104:*2, 4, 9, 19*
107:*10*
idea 79:*17* 114:*6*
identified 9:*22*
identify 39:*18*
II 59:*9*
IL 116:*21*
ILLINOIS 1:*15* 2:*14, 16*
3:*7* 116:*3*
immediately 63:*6*
imparted 104:*3*
important 63:*20*
importation 13:*4* 20:*16*
62:*23* 63:*6* 82:*12*
imported 13:*2* 14:*6*
15:*21* 20:*2* 29:*16* 47:*22*
58:*18* 59:*17* 62:*18* 68:*4*

74:*20* 84:*23* 86:*4, 19*
87:*7* 88:*14*
importing 56:*14*
improved 84:*3*
inches 107:*1*
include 43:*13, 21*
Included 13:*5* 99:*7, 10*
includes 46:*9* 77:*5* 97:*1*
102:*5*
including 12:*9* 38:*23*
68:*3*
incomplete 100:*15*
incorporate 95:*25* 96:*22*
incorporated 29:*18* 82:*6,
7*
increase 66:*18, 19*
INDEX 5:*1*
Indiana 8:*13* 94:*15*
indicates 47:*11*
indicating 25:*5, 6* 26:*5*
70:*5, 6, 15* 84:*22* 93:*3*
indirectly 116:*15*
individual 99:*24* 109:*22*
111:*10* 113:*17*
industrial 89:*8*
industry 27:*12* 90:*3*
infiltrate 66:*3*
infiltration 65:*2, 19*
89:*20* 90:*19* 104:*25*
105:*16* 108:*2*
inflexible 64:*17*
information 38:*17, 21*
58:*9* 109:*19*
informed 55:*22*
initial 12:*1* 70:*9* 89:*1*
inlet 73:*17*
inner 16:*10* 18:*18*
23:*20* 29:*23, 24* 30:*4*
69:*11* 70:*13* 102:*22*
inside 24:*1, 4, 10* 31:*11*
42:*4, 7* 66:*7, 17* 70:*15*
73:*7* 106:*1, 6, 12, 16*
110:*15*
inspection 70:*10* 83:*5*
113:*18*
Instruction 95:*2, 15* 99:*7*
INSTRUCTIONS 4:*6*
53:*7* 98:*25* 110:*25*
integrity 89:*25* 91:*20*
intended 51:*9*
intentional 16:*21*
interact 91:*22*
interchangeably 23:*1*
65:*11*
interested 116:*15*
interlinked 90:*14*
interlinks 18:*4*
intermingled 44:*1*
Internal 5:*19* 16:*6* 55:*9,
13* 58:*15, 17* 59:*14*

92:*24* 98:*17*
internalized 17:*10*
INTERNATIONAL 1:*2,
5* 6:*19, 21* 8:*15*
interpret 52:*9* 85:*20*
Interrogatories 10:*9, 14,
21* 12:*7* 37:*2* 38:*2*
48:*21* 54:*10*
Interrogatory 37:*12*
38:*12* 44:*7* 53:*22* 54:*14,
16* 55:*5* 56:*11* 61:*25*
62:*20* 76:*18, 21* 77:*20*
intervals 84:*2* 85:*13, 22*
intimately 18:*1* 19:*11*
introduction 11:*7*
invoice 80:*16, 17* 81:*4*
82:*5, 11*
invoices 80:*21*
Involved 14:*4* 17:*23*
19:*2* 40:*19* 41:*23* 54:*11*
56:*2, 8, 13, 17, 19, 20, 22*
80:*21*
involving 49:*22*
issue 13:*1* 15:*11* 21:*2*
39:*7* 48:*24* 74:*22* 75:*3*
80:*6*
issued 79:*13*
Item 81:*3, 7, 18* 110:*1, 2,
7*
items 31:*23*
iterative 31:*16*
its 34:*8* 35:*8* 38:*12*
40:*18* 41:*7* 42:*9* 43:*25*
45:*8, 9, 10* 60:*20* 74:*4*
91:*7, 8* 97:*15* 98:*9, 10*
103:*9* 108:*17, 23* 113:*1,
12*

< J >
JOB 1:*25*
JUDGE 1:*3*
JUSTICE 3:*13* 6:*17*

< K >
keep 12:*15* 101:*15, 24*
105:*9*
KENNY 3:*14* 4:*4, 7, 8, 9*
6:*13, 16* 10:*22* 11:*1*
13:*19, 23* 14:*18, 25* 15:*7*
22:*11, 18* 25:*11, 16*
33:*14* 34:*1* 36:*24* 37:*8,
19, 22* 38:*10* 45:*11, 15,
19, 25* 46:*1* 51:*16, 23*
58:*13, 22* 60:*10, 14*
78:*10, 16, 21, 23* 79:*24*
80:*2, 11* 81:*13, 20* 86:*23,
24* 87:*17* 88:*12* 94:*2, 7*
115:*2, 9*
kept 60:*19*
keyed 24:*9* 26:*15*

keys 24:*3, 4, 6*
Kiekenbush's 59:*13*
kind 71:*15, 22* 73:*13*
104:*12*
kinetic 28:*2*
king 27:*12*
knew 10:*14, 16*
know 7:*23* 9:*24* 17:*13,
20* 19:*1* 20:*21* 23:*3, 14*
25:*9* 28:*19, 22* 35:*1, 2*
36:*10, 11, 18* 37:*11* 40:*9,
21* 41:*20* 43:*9, 18* 44:*9,
14* 49:*14* 57:*12* 60:*23*
70:*9* 72:*15* 73:*19* 76:*8*
77:*5* 79:*7, 23* 81:*22*
85:*7* 87:*25* 89:*21, 22*
91:*23* 93:*9, 14, 19* 97:*5,
16* 101:*3* 102:*6* 103:*9*
104:*9* 107:*8, 23* 108:*4,
16* 109:*5* 112:*10, 12*

< L >
label 23:*10*
labeled 5:*19*
laid 33:*22* 62:*23* 63:*24*
100:*9, 12*
landing 31:*1*
landings 27:*15*
large 67:*15, 19*
largely 36:*8* 85:*16*
lastly 12:*24*
law 2:*12*
Lawler 96:*6*
Lawton 74:*25* 75:*6, 9,
15* 76:*5, 9* 77:*25* 78:*7,
25* 79:*11, 16* 96:*7*
Lawton's 78:*2*
lay 101:*23, 24* 104:*11*
layer 17:*4* 19:*6* 36:*4*
43:*25* 44:*1, 9, 10, 15, 16*
62:*25* 64:*5* 100:*7, 12*
layered 34:*2* 43:*19*
88:*21*
layers 19:*1* 34:*2, 4* 36:*2,
18* 44:*12* 62:*24, 25*
63:*25* 64:*1*
layer's 100:*15* 101:*10*
lay-up 34:*9* 44:*4* 102:*5*
lead 8:*17, 18, 24* 9:*3*
leaving 103:*12*
leeway 102:*24*
left 39:*17* 67:*14* 110:*1*
legacy 85:*16*
letter 46:*12* 60:*8, 18, 22*
level 40:*7* 41:*3, 5*
life 27:*14* 28:*21, 23, 25*
84:*4* 85:*18, 24*
likes 32:*24*
limited 12:*9* 54:*17*
line 61:*8*

**listed** 12:*20* 38:*23* 49:*1* 114:*17*
**lists** 96:*10* 99:*14*
**literally** 64:*2*
**litigation** 109:*19*
**little** 50:*18* 57:*24* 58:*10* 103:*19* 110:*18*
**Livenote** 2:*19*
**LLP** 2:*13* 3:*4*
**load** 31:*10*
**loads** 31:*5, 10*
**long** 8:*18, 21* 9:*13* 66:*21* 67:*22* 93:*9, 16* 109:*1*
**longer** 27:*14* 56:*13* 64:*14* 84:*1* 85:*13, 18, 22, 24*
**longest** 68:*8, 13*
**look** 11:*2, 16* 15:*8* 18:*8* 22:*9, 19* 23:*17* 25:*17* 30:*20* 37:*9, 14* 38:*11* 42:*15, 23* 48:*3* 50:*18, 21* 52:*7* 53:*15* 58:*23, 25* 71:*20, 22, 23* 75:*20* 77:*10* 94:*16, 17* 97:*21* 106:*23* 109:*4, 13, 15* 111:*8, 13*
**looked** 18:*14*
**Looking** 35:*25* 52:*13* 53:*16* 75:*17* 77:*19, 20* 78:*24* 88:*8* 90:*16* 91:*4* 92:*2* 96:*2* 98:*16* 100:*24* 102:*16* 111:*21* 112:*14*
**looks** 15:*19* 71:*16* 72:*4, 7* 80:*20* 83:*13* 99:*10* 110:*18*
**lose** 103:*5, 7, 8* 113:*22* 114:*2*
**loses** 107:*24* 113:*22, 25*
**lost** 108:*5*
**lot** 10:*16* 27:*11* 65:*21* 74:*7* 87:*7, 10, 22* 107:*11* 111:*23* 112:*16, 18* 113:*16, 17*
**lower** 84:*3*
**lowers** 83:*25* 85:*2*
**lug** 70:*16*
**lugs** 23:*22* 41:*11* 69:*7* 72:*20, 22* 110:*13, 14* 114:*2*

**< M >**
**machined** 23:*20, 23* 40:*10* 41:*6, 7* 68:*24* 69:*7, 9, 11* 74:*12* 110:*8* 113:*1* 114:*18*
**machinery** 112:*22*
**machining** 69:*4* 71:*4* 74:*8* 87:*14* 93:*19* 112:*25* 114:*1, 20, 23*

**main** 25:*4* 90:*8*
**maintain** 12:*15*
**maintenance** 84:*2* 85:*13, 22* 86:*1*
**making** 34:*13* 61:*9* 88:*16* 93:*1* 95:*12, 16* 96:*19*
**management** 39:*17*
**manner** 86:*25* 87:*6*
**manufacture** 14:*16* 16:*24* 30:*6* 32:*3* 42:*14* 50:*8* 56:*9* 75:*7* 78:*8* 87:*5*
**manufactured** 20:*17* 41:*1* 53:*18* 55:*16* 61:*22* 62:*12* 63:*20* 74:*2, 5* 83:*3* 95:*17* 96:*15* 104:*8*
**manufacturer** 32:*24* 81:*2* 83:*4*
**manufacturing** 12:*24* 13:*6, 16* 18:*3* 21:*18* 43:*21* 44:*23* 56:*23* 59:*18* 63:*9* 67:*13* 68:*1, 13* 74:*24, 25* 75:*10, 15* 76:*6, 15* 77:*2* 78:*7, 11, 17* 79:*1*
**MARCH** 1:*16* 2:*6* 116:*17*
**MARK** 1:*3, 14* 2:*11* 4:*3* 5:*2* 6:*8* 8:*8* 10:*22* 13:*19* 14:*19, 21* 15:*2, 3* 22:*11* 25:*11* 36:*24* 37:*4* 58:*13* 80:*2*
**marked** 10:*25* 13:*22* 14:*24* 15:*2, 6, 9* 18:*8* 22:*17* 25:*15, 18* 35:*9, 22, 24* 37:*7, 10* 58:*21* 80:*9* 113:*12*
**marketing** 83:*14*
**marking** 23:*9* 113:*6, 7*
**mass** 66:*19*
**material** 15:*23, 24* 16:*16, 19* 19:*15* 20:*4, 13* 21:*9, 12, 15* 27:*8* 32:*12, 14* 43:*12* 46:*3, 6, 7, 10, 19* 47:*6, 12* 48:*9, 10, 16, 23* 49:*1* 50:*13* 52:*5* 54:*2, 5* 55:*12* 62:*2, 4, 19* 64:*11, 15, 16* 65:*18, 19* 66:*15, 24* 76:*16, 17* 77:*21* 78:*6, 8* 83:*6, 14* 89:*1, 5, 12* 90:*23* 93:*18* 95:*21* 97:*8* 106:*3, 5, 12, 20* 111:*9, 14* 112:*13*
**materials** 21:*21* 26:*19* 28:*10* 32:*20* 35:*20* 42:*6* 59:*3* 63:*12* 83:*24* 84:*5* 90:*3*
**mates** 24:*1*
**matrix** 21:*10, 12, 15* 66:*14, 16* 90:*20, 23*

**matter** 34:*11*
**matters** 116:*5*
**max** 102:*22, 23*
**maximum** 102:*20* 107:*16* 113:*21*
**mean** 16:*22* 29:*20* 33:*12* 41:*24* 48:*15* 56:*6, 18* 63:*16* 65:*7, 8* 69:*1* 76:*16* 86:*6* 107:*19*
**meaning** 26:*19* 27:*14* 36:*20* 65:*19* 68:*11*
**means** 28:*5*
**meant** 21:*3, 8* 35:*13* 50:*25*
**measured** 113:*20*
**measuring** 34:*24* 101:*5*
**mechanical** 29:*2* 42:*8* 91:*7* 94:*11*
**mechanically** 91:*6*
**mechanics** 27:*1*
**medication** 8:*3*
**meet** 78:*9* 97:*14* 104:*21* 107:*17* 111:*22*
**meeting** 31:*15* 111:*25*
**mentioned** 28:*1* 33:*19* 36:*10* 63:*17* 67:*8* 85:*15* 93:*14*
**mentioning** 88:*14, 19*
**Merchandise** 14:*3* 56:*14*
**Merit** 2:*18*
**metal** 26:*23, 24* 28:*11, 20* 72:*25*
**metals** 28:*11*
**method** 26:*4*
**methods** 45:*3* 99:*1*
**microscope** 111:*9*
**microstructure** 112:*13*
**middle** 74:*11* 110:*2*
**military** 21:*7*
**milky-white** 71:*20*
**min** 102:*21, 22*
**min/max** 100:*2*
**minimal** 107:*16*
**minimum** 102:*20* 107:*17* 108:*13* 113:*20*
**minute** 115:*4*
**minutes** 93:*12*
**Missouri** 2:*17*
**MO** 116:*22*
**model** 38:*23, 24*
**molecular** 64:*12* 89:*17, 19*
**molecules** 103:*11*
**months** 68:*2, 5, 16* 87:*13*
**morning** 6:*14, 15* 82:*2* 86:*7*
**morphed** 95:*5*
**move** 26:*12, 13* 65:*24*

93:*17* 106:*7* 108:*1, 3* 111:*9, 19* 112:*3, 4, 12, 14*
**matter** 34:*11*
**movement** 26:*17*
**multilayers** 17:*4*
**multiple** 4:*11* 34:*2, 4* 67:*16, 23* 70:*20* 95:*4* 106:*18*
**multiples** 33:*10*
**multitude** 30:*10*

**< N >**
**name** 6:*16* 8:*7, 8* 43:*1* 46:*13* 50:*22, 23* 51:*8, 18* 53:*4* 84:*7, 10* 95:*1*
**narrow** 92:*20*
**natural** 66:*13*
**nature** 91:*15* 93:*16*
**near** 104:*14*
**necessarily** 26:*21* 90:*7*
**necessary** 13:*7* 27:*21* 33:*2* 55:*20* 91:*19* 108:*25*
**need** 33:*8* 87:*8* 89:*9* 92:*1*
**needed** 36:*11*
**needle** 64:*3*
**needled** 40:*15* 63:*1* 64:*1* 89:*2*
**needling** 63:*23* 64:*2* 102:*6*
**needs** 16:*25* 27:*19* 28:*4* 31:*18, 19, 20* 33:*9* 42:*10* 57:*25*
**net** 104:*14*
**never** 7:*4*
**New** 3:*17* 9:*11* 52:*18* 110:*22*
**nods** 7:*19*
**nomenclature** 51:*7* 113:*8*
**nominal** 100:*2* 107:*16*
**nonfriction** 69:*20*
**non-friction** 26:*3*
**nonwoven** 15:*23, 25* 20:*3* 32:*21* 53:*18* 67:*13* 74:*23* 75:*16* 76:*5, 9* 94:*21* 95:*16* 96:*14*
**normal** 92:*9*
**normally** 23:*20*
**Nos** 50:*10*
**notching** 114:*1*
**note** 49:*14* 91:*16* 101:*16* 103:*8* 110:*16, 18* 114:*5*
**noted** 32:*13* 80:*13* 101:*16* 113:*9*
**notice** 2:*15* 5:*4* 6:*22* 10:*23* 99:*25*
**noticeable** 36:*19*
**notification** 111:*24*
**NUMBER** 5:*3* 6:*24* 16:*12* 34:*25* 36:*2, 5* 39:*12, 13, 14, 15, 16, 21, 23, 25* 40:*4, 7, 10, 16, 18,*

*24* 41:*3, 5, 8, 12* 42:*1, 25*
45:*10* 46:*12, 22* 47:*9, 24*
48:*12* 49:*5, 20* 52:*8, 11,
19, 20, 24* 53:*12* 74:*22*
75:*14* 76:*4, 24* 77:*16*
83:*18* 96:*25* 97:*1, 12*
100:*3* 105:*5, 18* 109:*18*
113:*12, 16, 17*
**numbers** 10:*18, 20* 21:*1*
32:*15* 34:*16* 39:*9* 40:*5,
8, 12, 17, 19, 23* 41:*16, 21,
22* 42:*12, 13, 18* 43:*22*
48:*25* 49:*2* 50:*7* 51:*18*
54:*24* 56:*21* 57:*1* 75:*13*
77:*16* 113:*10*
**numerical** 46:*12*
**numerous** 87:*25*
**NW3** 105:*5*

**< O >**
**Oath** 6:*4*
**object** 74:*11* 86:*22*
87:*21*
**objection** 7:*14*
**occasions** 54:*17*
**occur** 67:*2* 88:*16*
**occurs** 63:*6* 67:*3, 10*
88:*20* 89:*18* 90:*20*
108:*21*
**OD** 25:*4* 49:*14* 57:*24*
72:*22, 23* 104:*2, 4, 10, 19*
107:*10*
**offer** 27:*13*
**offerings** 27:*10*
**offers** 27:*8*
**offices** 2:*12*
**Oh** 28:*24* 35:*13* 40:*13*
52:*10, 11, 15, 20* 54:*20*
56:*8* 60:*11, 13* 68:*11*
70:*24* 76:*11* 81:*14, 16*
101:*9* 105:*8* 112:*19*
**Okay** 7:*8, 15, 20, 25* 8:*1,
6* 10:*2* 11:*6, 11, 16, 23*
12:*4, 19, 24* 13:*15, 19*
14:*6, 18* 15:*17* 16:*18, 22*
17:*9, 21* 18:*5* 19:*14, 17,
20* 20:*8* 21:*25* 22:*4*
23:*8* 24:*19* 26:*24* 32:*5*
33:*15* 36:*24* 37:*19*
38:*16* 39:*6, 10, 19, 23*
41:*14* 42:*15, 22* 44:*13,
25* 45:*19, 25* 46:*2, 11, 16*
47:*5* 48:*15, 20* 49:*3*
50:*9* 51:*16, 22* 52:*16, 18,
23* 53:*3, 13, 24* 54:*9,
23* 55:*3, 18* 56:*2, 17, 24*
57:*7, 16* 58:*13* 59:*24*
60:*15, 17* 61:*5, 8, 18, 21,
24* 62:*11, 14, 15, 22* 63:*5*
65:*15* 66:*1* 67:*5* 70:*12*
73:*4* 74:*19* 75:*15* 77:*8,*

*14* 79:*24* 80:*19, 24* 81:*3,
14* 82:*1, 7, 11, 17, 20*
83:*9, 16, 21* 84:*17, 22*
85:*9* 86:*3, 18, 23* 88:*13,
19* 89:*17* 93:*21* 94:*4, 10,
18* 95:*11* 97:*11* 101:*9*
103:*2* 104:*24* 110:*21*
111:*3, 5* 113:*6, 13* 115:*3*
**older** 43:*17*
**once** 29:*4* 40:*14* 57:*17*
64:*7* 69:*2* 89:*13, 16*
90:*15* 91:*3, 24* 98:*20*
103:*14* 107:*3*
**ones** 35:*19* 41:*18* 49:*4*
**one's** 19:*7* 51:*4*
**operate** 31:*22* 69:*17*
**operation** 69:*4* 100:*5*
106:*2, 13*
**operator** 29:*7*
**opposed** 36:*22* 86:*2*
104:*19*
**order** 16:*23* 28:*5* 31:*9*
87:*9* 88:*3, 7* 92:*21*
96:*25* 104:*23*
**ordinary** 12:*12*
**orientation** 16:*3* 17:*14*
**orientations** 91:*19*
**oriented** 16:*5*
**original** 12:*11* 95:*1*
**originals** 38:*5*
**OS** 45:*16*
**outcome** 116:*15*
**outer** 16:*11* 18:*19*
23:*21* 29:*24* 30:*3* 55:*9,
13* 69:*10* 72:*24* 102:*21*
110:*13*
**outlines** 95:*15*
**outside** 23:*23* 70:*16*
72:*24* 106:*5, 10, 13*
108:*13*
**outward** 36:*21* 73:*8*
**oven** 64:*9*
**overall** 61:*9* 68:*1* 84:*4*
85:*25*
**overhaul** 29:*8*
**overlap** 100:*10*
**overview** 61:*6*
**oxidant** 71:*17*
**oxidation** 86:*13* 87:*13*
**oxidized** 21:*23* 32:*22*
47:*10, 20* 53:*19* 61:*22*
62:*10* 63:*19* 64:*10* 75:*2,
4* 81:*24* 82:*19* 89:*5, 23,
24* 95:*17*
**oxidizes** 69:*23*
**oxidizing** 69:*19*

**< P >**
**p.m** 94:*5, 6* 115:*5, 6, 12*
**pads** 29:*9* 55:*16*

**PAGE** 4:*2* 5:*3* 14:*2*
20:*1* 36:*25* 38:*20* 39:*3*
44:*6, 8* 45:*5* 46:*17* 47:*3*
48:*20* 53:*23* 55:*5* 59:*12,
16* 60:*4* 81:*6, 8, 9, 11, 15*
82:*5* 83:*16, 19* 109:*21*
116:*12*
**pages** 60:*5* 80:*15*
**painted** 71:*15* 73:*13*
**PAN** 20:*3* 22:*1* 32:*16,
21, 22* 47:*10, 20* 53:*10,
19* 61:*22* 62:*3, 8, 10*
63:*19* 64:*10* 75:*2, 4*
81:*24* 89:*5* 95:*17*
**PAN-fiber-based** 20:*11*
**PANOX** 81:*18, 21*
**papers** 5:*21* 80:*5, 14*
**paragraph** 12:*21* 14:*6*
15:*13* 20:*1, 15* 29:*14, 15*
38:*19* 45:*24* 54:*21*
83:*22* 85:*11*
**parallelism** 107:*6*
**parameters** 27:*19* 30:*17*
**part** 10:*18, 20* 12:*14*
16:*12* 21:*1* 32:*15* 34:*15,
25* 38:*16* 39:*9, 12, 14, 16,
18, 21, 23, 25* 40:*4, 5, 7,
10, 12, 16, 17, 18, 19, 23,
24* 41:*2, 4, 7, 12, 16, 21,
22* 42:*1, 11, 12, 13, 17, 25*
43:*1, 22, 24* 44:*20, 24*
45:*10* 46:*7, 17* 47:*24*
48:*3, 12, 25* 49:*2, 4, 19,
20, 23* 50:*2, 7, 9, 21, 22,
23* 51:*8, 17, 18* 52:*8, 11,
13* 53:*4, 8, 11, 20* 54:*24*
55:*4, 10* 56:*4, 5, 10, 21*
57:*1* 59:*2* 60:*19* 62:*7, 9*
64:*19* 75:*13* 77:*15*
80:*13* 88:*7* 92:*7* 96:*25*
97:*1, 3, 12* 99:*19* 100:*22*
104:*3* 107:*17* 108:*12*
112:*13* 114:*17, 18*
**participated** 7:*5*
**particular** 16:*1, 12* 17:*5,
15* 23:*7, 19* 26:*1* 31:*2,
16, 25* 32:*14* 33:*3* 35:*19*
39:*15, 18* 40:*1* 41:*8, 21*
42:*2* 46:*10, 14* 47:*16, 24*
48:*10* 49:*17* 51:*14* 52:*8*
55:*16, 24* 57:*19, 25*
63:*22* 71:*3, 7, 16* 73:*14*
75:*13* 77:*4, 11* 79:*9*
87:*4* 91:*16* 95:*7* 97:*12*
98:*9* 99:*11* 104:*17*
105:*4* 111:*17, 19* 114:*8*
**particularly** 45:*23* 55:*22*
**parties** 116:*15*
**parts** 14:*16* 35:*8* 48:*18*
55:*24* 69:*7* 74:*6* 83:*4*

99:*1* 108:*10* 112:*25*
113:*19* 114:*15*
**passageways** 73:*16*
**patent** 58:*9*
**patents** 58:*11* 79:*13, 15*
**PC2** 97:*19*
**PCD215** 74:*22* 77:*6*
78:*7*
**PCD-215** 96:*5* 97:*20*
**PCD-215/Honeywell**
96:*16*
**pedals** 73:*20*
**pending** 6:*20* 7:*24*
**penetrant** 71:*17*
**penetrate** 71:*18*
**Pepsi** 32:*25*
**percent** 103:*9*
**percentage** 93:*4*
**perform** 65:*4*
**performance** 33:*1, 2*
91:*7* 92:*2, 12*
**performed** 64:*9* 104:*16*
**performs** 82:*8*
**period** 66:*9* 109:*1*
**person** 2:*15* 6:*10* 82:*23*
**personally** 17:*13* 82:*19*
**pertain** 95:*11*
**pertaining** 98:*23*
**PG** 74:*25* 75:*6, 9, 15*
76:*5, 9* 77:*25* 78:*2, 7, 25*
79:*11, 16* 96:*6, 7*
**photo** 67:*7*
**photos** 109:*15*
**picture** 44:*3* 72:*5, 6*
73:*1*
**piece** 26:*13* 44:*23*
**pilot** 73:*20*
**pin** 29:*1, 4*
**piston** 29:*5* 73:*6, 14, 16,
18* 74:*9*
**pistons** 73:*3, 6, 7, 22*
**place** 13:*3* 18:*5* 68:*21*
116:*10*
**placed** 17:*4, 22* 66:*7*
101:*19*
**Plaintiff** 1:*7* 3:*3* 12:*9,
10* 13:*4* 37:*22*
**plastic** 15:*1*
**plate** 25:*21* 72:*13, 14, 15*
73:*9* 77:*3* 113:*4*
**plates** 72:*18, 20*
**platform** 42:*3* 98:*9*
104:*17*
**Plaza** 3:*16*
**pleading** 38:*2*
**please** 6:*2*
**point** 16:*8* 59:*6* 61:*21*
62:*15, 22* 63:*15* 64:*16,
21* 68:*23* 69:*13* 73:*17*
79:*14* 90:*4* 101:*4* 102:*8*
104:*6* 105:*13*

**points** 61:*14* 86:*9* 92:*25*
98:*15*
**polar** 16:*7*
**policy** 83:*1, 7*
**polish** 111:*12*
**polyacrylonitrile** 20:*3*
21:*23* 47:*20* 64:*15*
89:*23*
**polyacrylonitrile-based**
16:*1* 21:*24*
**pores** 106:*11*
**portion** 17:*7, 9* 18:*19*
43:*14, 15, 16* 68:*13, 15*
73:*12* 82:*5* 85:*11*
106:*14*
**portions** 13:*11* 70:*2, 16*
**position** 9:*5*
**possible** 69:*22*
**Post** 62:*23* 103:*22*
114:*23*
**post-antioxidant** 114:*19*
**post-CVD** 105:*6* 108:*17*
**potentially** 9:*23* 49:*18*
**pre** 107:*22*
**precise** 32:*19* 104:*18*
**pre-CVD** 106:*24*
**pre-designate** 49:*15*
**predominantly** 16:*3*
18:*20*
**prefoam** 45:*1*
**preform** 33:*23, 24* 34:*9*
36:*9, 15* 40:*15, 18, 20*
41:*2, 4, 14, 17* 42:*4, 18*
43:*21, 25* 44:*20* 45:*2*
55:*20* 57:*18, 22* 58:*6*
63:*20* 82:*14* 86:*12*
87:*12* 88:*22* 89:*3, 12*
90:*10* 91:*3* 93:*11* 99:*5,
12, 17, 18* 100:*1, 7*
101:*19, 25* 102:*2, 10, 20*
103:*23* 109:*21* 110:*2, 7*
**preforming** 102:*4*
**preforms** 43:*18* 57:*20*
66:*24* 82:*9, 10* 104:*7*
**premise** 111:*18*
**prepared** 12:*12, 16, 18*
60:*1*
**pre-second-CVD** 106:*25*
**pressure** 25:*21* 72:*12,
14* 73:*2, 9, 21, 23* 77:*3*
**pretty** 66:*21* 69:*17*
104:*6* 109:*8*
**prevalent** 27:*5* 43:*20*
**prevent** 8:*3* 69:*21*
**previous** 116:*4*
**printed** 80:*3* 116:*7*
**prior** 9:*5* 35:*24* 43:*4*
58:*5* 107:*7*
**probably** 93:*20*
**procedure** 74:*24* 75:*10,
16* 76:*6, 9, 15* 78:*1, 8*

**procedures** 75:*1* 78:*11,
13, 18* 79:*1, 18*
**proceedings** 116:*8*
**process** 13:*6, 8* 18:*2, 4*
21:*18* 31:*13* 44:*23*
59:*18* 61:*6, 9* 63:*9, 23*
64:*2, 7* 65:*22, 23* 66:*2,
14, 17, 20, 21, 23* 67:*14,
15, 21* 68:*1, 10, 12, 14*
77:*7, 17* 82:*9, 14* 88:*16,
20* 90:*2* 92:*17, 19* 93:*13,
15, 17* 94:*1, 21* 95:*11, 16*
96:*17, 24* 97:*9, 25* 98:*3,
9, 15, 22* 99:*4* 102:*4, 6, 9*
103:*10, 20* 104:*1* 107:*13*
108:*2, 20* 109:*10, 11*
110:*25* 112:*3*
**processes** 12:*25* 13:*7, 16*
33:*24* 58:*2* 86:*8* 87:*25*
92:*5* 93:*5* 109:*2*
**processing** 13:*3* 71:*6*
76:*22* 77:*1, 8* 87:*7*
91:*25*
**produce** 10:*5* 31:*18, 19*
**produced** 12:*10* 37:*15*
57:*1* 71:*4* 76:*8, 18*
**producibility** 8:*17, 19, 25*
9:*3*
**producing** 56:*14*
**product** 16:*17* 32:*4*
35:*6, 14* 44:*24* 55:*15*
58:*2* 76:*3, 12* 83:*2*
84:*20* 88:*1, 2, 4, 8* 95:*9*
114:*7*
**production** 5:*17* 12:*8*
35:*9* 37:*1, 4, 25* 38:*3*
61:*6* 76:*1* 82:*9*
**products** 9:*12* 85:*17*
**program** 34:*7, 12* 42:*9*
49:*23* 50:*11, 19* 54:*23*
55:*11* 57:*4, 19, 25* 77:*4,
12* 95:*8* 98:*7, 12* 114:*21,
22*
**programs** 57:*13*
**propane** 66:*13*
**properly** 22:*24* 89:*15*
**properties** 27:*23, 24*
42:*8* 91:*8* 108:*24*
**protest** 59:*3*
**protests** 12:*20* 80:*6*
**provide** 27:*17* 45:*15*
84:*2*
**provided** 44:*3* 59:*25*
76:*21* 78:*12, 18* 92:*4*
109:*14*
**provides** 38:*21* 73:*21*
98:*22* 102:*20*
**provision** 108:*14*
**provisions** 48:*7*
**pulled** 66:*10* 71:*6*

**punctures** 64:*3*
**purchase** 35:*15*
**purchased** 79:*7, 14*
**purchasing** 75:*14* 79:*2*
**purely** 33:*1*
**Purpose** 47:*17* 95:*14*
98:*19*
**pursuant** 2:*15* 45:*22*
62:*18* 76:*10, 18*
**put** 19:*20* 21:*15* 22:*13*
44:*11* 66:*11* 67:*9, 19*
86:*11* 88:*6* 93:*6*

**< Q >**
**quality** 47:*19* 48:*2, 4, 7*
78:*2* 83:*1, 7* 111:*24*
**question** 7:*12, 24, 25*
10:*20* 35:*5* 40:*13* 49:*6*
52:*8* 54:*9* 81:*2* 82:*23*
86:*18* 87:*16, 18* 111:*3*
**questions** 7:*10, 11* 9:*21,
23* 10:*16* 13:*14* 115:*7*
**quite** 64:*2* 67:*19* 93:*15*
104:*8*

**< R >**
**racing** 54:*12, 19*
**Radial** 5:*8* 12:*25* 14:*8,
15, 20* 15:*15* 16:*2, 3*
17:*3, 7, 14* 18:*14, 22*
19:*4, 14* 33:*17* 34:*5, 8,
11, 18* 36:*12, 22* 40:*24*
43:*7, 22* 44:*1, 9, 15* 45:*7*
49:*8* 50:*3, 24* 51:*1, 5*
62:*16, 24* 63:*25* 91:*17*
92:*9* 99:*20* 100:*25*
101:*18, 20, 24*
**radially** 16:*8* 17:*4, 22*
**radially-directional-
oriented** 18:*23*
**radii** 50:*15*
**radius** 16:*10, 11* 18:*18,
19* 29:*24*
**Raise** 6:*1*
**raised** 11:*20* 12:*20*
**ramp-up** 105:*24*
**RANDY** 3:*5* 94:*2*
**randyrucker@faegredrink
er.com** 3:*9*
**range** 83:*24* 107:*24*
**rate** 91:*14*
**reach** 101:*7*
**read** 61:*15, 17* 83:*21*
87:*20* 98:*19* 113:*11*
**reading** 98:*19* 116:*10*
**reads** 103:*22*
**ready** 90:*12*
**really** 41:*15* 48:*23* 88:*9*
95:*3*
**Realtime** 2:*18*

**reasons** 30:*10*
**Reath** 2:*13* 3:*4*
**recall** 54:*12*
**receive** 90:*12*
**received** 38:*6*
**Recess** 94:*5* 115:*5*
**recollection** 72:*8*
**record** 37:*20, 21* 51:*17*
78:*20, 22* 79:*24* 80:*1*
87:*20* 116:*8*
**recorded** 105:*7*
**records** 38:*5*
**reduced** 116:*7*
**refer** 39:*24* 73:*3* 102:*11*
**Reference** 96:*2* 114:*6*
**referenced** 96:*10, 12*
98:*24*
**references** 96:*9*
**referred** 22:*24* 47:*2*
98:*7*
**referring** 70:*3* 71:*8*
**refers** 15:*12* 35:*2* 59:*11,
12* 76:*4* 84:*17*
**regains** 108:*5*
**regard** 63:*7*
**regarding** 10:*6, 18*
38:*21* 76:*3* 82:*18*
**Registered** 2:*18* 81:*23*
**regular** 12:*14* 23:*21*
**related** 16:*17* 30:*1* 46:*9*
48:*8* 55:*19* 56:*14* 57:*1*
76:*22* 79:*13, 15* 86:*1*
97:*6* 99:*17*
**relation** 74:*19* 98:*8*
**relative** 116:*12, 14*
**reliability** 84:*3*
**remember** 109:*15*
**remotely** 116:*5, 10*
**removal** 106:*3, 20*
**remove** 29:*7* 85:*23*
106:*13*
**removes** 90:*2*
**repeat** 87:*15, 17*
**replace** 85:*24*
**replacement** 29:*8*
**REPORTED** 1:*23* 116:*7*
**Reporter** 2:*17, 18, 19*
6:*1, 6* 7:*9, 18* 87:*19*
116:*1, 2*
**representative** 6:*23* 11:*8*
15:*11, 15* 20:*9, 25* 21:*19*
22:*21* 25:*22* 35:*25*
39:*19* 77:*9* 98:*2* 110:*10*
**request** 58:*17* 59:*13*
75:*25* 76:*1, 10* 78:*12, 19*
92:*24* 98:*17*
**requested** 76:*12* 116:*12*
**REQUESTS** 4:*6* 12:*7*
37:*3*
**require** 57:*20*

**required** 36:6 48:7 69:9 85:23 86:1 88:1 97:3, 14 99:1 100:4 101:8, 25 105:12 107:14

**requirement** 48:2 105:6, 24, 25 107:5

**requirements** 30:12, 13 31:16 46:9 47:19 57:13 83:2 88:3 96:13 111:22

**research** 10:15, 18 35:17

**reserve** 115:8

**respond** 7:13, 24 12:16, 18, 22 13:10, 12, 17 73:22

**response** 37:13 38:3, 12, 14, 17, 20 49:10 56:12 62:20 75:25 76:18, 20 77:20

**responses** 12:6 37:3, 12, 15, 18 38:1

**responsive** 11:13

**result** 92:18

**results** 92:13

**retained** 5:24

**retired** 61:3

**review** 45:23 82:21 111:13, 25

**reviewed** 12:4

**Reviewing** 11:18 15:14 18:10 37:17 42:20 47:15 52:17 54:7, 13, 20 60:12 61:16 62:5 70:8 75:23 76:19 80:10 81:5 85:3 93:8 95:13 99:9 105:8 106:21 109:16 110:5 111:5

**right** 6:1 20:13 26:7 28:2 33:13 46:20 48:6 49:13 52:25 54:20 55:15 63:17 66:5 70:4 76:20 77:11, 25 85:15 88:24 90:21 91:1, 17 97:14, 19 98:18 100:23 101:2 102:4, 12, 19 103:1, 16, 19 105:3 106:17, 19 107:12 108:1, 3, 11, 20 110:7, 10 112:2, 6, 12, 24 113:14 114:5

**rigid** 64:17 88:22, 24 90:8

**rigidity** 89:8 90:6

**ring** 18:17 44:17, 21

**RMR** 1:24 116:21

**role** 59:19

**rotary** 24:17 26:6 34:18 72:11

**rotates** 24:6

**rotation** 73:11

**rotational** 26:16

**rotor** 5:12 22:12, 23, 25 23:15, 18, 22, 24 24:3, 6,

21, 24 25:1, 3 26:14, 20 27:1 34:14, 23 41:10, 11 43:6 49:9, 10, 12, 16, 24 50:3, 8, 15 51:13, 19, 20 72:17 86:5, 10 88:17 93:1 99:18 102:16, 17 110:11, 12 112:23 113:2

**rotors** 24:13 26:18 27:4 28:20 50:5 51:6 67:9 77:2 109:9

**rough** 104:6, 8, 12, 20

**row** 46:16 62:2, 7 102:19

**RUCKER** 3:5 4:10 6:22 7:14 22:15 33:12, 15 37:22 38:8, 9 45:11, 14, 17, 22 51:22 60:9 78:14, 20 81:9, 14, 17 86:22 87:21 94:4 115:3, 7

**Rucker's** 7:11

**rules** 7:3

**runs** 98:14

**runway** 28:3

**< S >**

**sample** 5:8, 10, 13, 15 15:1, 11 17:23 18:10 19:2, 14 22:21 25:12 39:19 45:16 70:8 77:9 111:6, 12 112:17, 18

**samples** 14:18, 19 15:9, 14 20:9, 11, 25 21:1, 19 22:7 33:4 35:21 70:2 71:8, 10 84:11

**savings** 84:3

**saying** 17:2 28:19 30:20 32:18 41:23 45:8 66:23 91:2 100:17, 25

**says** 11:19 14:6, 20 20:1, 15 29:16 35:1 36:25 38:3, 20 39:11 46:19 53:17 54:16, 25 55:11 56:12 59:16, 24, 25 61:8 62:8, 23 83:22, 23 96:3, 14 98:21 100:1, 24 101:16 102:10, 11, 19 108:19

**scale** 106:9

**scenario** 105:16

**Science** 94:11

**Scrap** 5:8, 10 14:21 15:3 35:2, 22 71:5

**screech** 29:11

**screeching** 29:10

**se** 36:5

**second** 37:20 55:4 62:15 79:25

**section** 14:2 18:15 47:17 48:6 53:17 61:5 68:10 95:15 96:2, 9

98:21 99:4, 25 102:11 106:23 110:24 112:24 113:7

**sections** 99:3

**see** 11:22 14:4, 5, 9, 10 15:18 16:18 17:9, 11, 16 18:24 20:6, 18 29:15 33:4 36:17 38:13 39:1 43:2 44:17 48:7 51:3 52:1 53:14 56:15 57:8 59:22 60:5, 13, 23 61:12, 13 63:3 68:24 70:12 72:3, 4 75:19, 24 76:6 77:4 81:3 82:4 83:20 89:25 96:3 98:3 102:15 103:2 107:15 109:22 110:5, 12, 21 112:19

**seeing** 20:8 54:8

**seen** 11:4, 5 13:24 60:15 67:7 76:16 109:9 110:19

**segment** 16:1, 2, 9 19:4 29:23 30:18 32:9, 10, 12 33:19 34:16, 17 38:24 39:15, 20, 24 40:1, 23, 24 43:6, 11 45:6, 8, 9, 16 49:18, 24 50:3, 23, 24 53:5 57:16 62:12 64:4 74:24 76:5, 9 81:18 82:13 86:15 88:5 90:10 97:6, 7 99:6, 24

**segments** 13:1 14:8, 9, 15 15:16 18:14 20:2, 12, 16 22:1 29:17 30:21 31:25 32:6, 15 33:5, 17, 21 34:5, 8, 10, 19 35:5 36:3, 6, 13, 15 38:23 39:7, 9 40:3, 14 41:16 42:16 43:15, 19 44:4, 9, 11, 15, 16 47:14 48:13 49:7 51:20 54:18 55:17, 19 58:4, 11, 19 59:17 62:16, 17, 25 63:1, 7, 18, 25 68:4 75:1, 3, 7, 16 76:15 79:3 80:21 81:2 82:18, 21 83:8 84:22 86:3, 11, 19, 25 87:6, 8 88:13, 21 89:18 91:23 92:4, 9, 11 94:22 95:12, 16 96:20 99:15, 20, 23 100:3, 6, 8, 11, 18 101:17, 18 102:5 104:9 109:22, 23 112:23

**segment's** 59:19

**sells** 13:4

**send** 83:4

**sending** 35:24

**SENIOR** 3:15 9:6, 7, 13 59:8

**sent** 6:21 10:10 22:6

83:3

**September** 74:23

**serial** 105:18 113:12

**serialization** 113:9

**series** 40:5

**service** 29:8 85:23 110:20, 23

**set** 39:11 48:25 50:7 76:21 77:10, 13 101:22 116:15

**sets** 101:20

**SGL** 75:8, 9, 11 78:11, 17 79:20, 21, 22 80:16, 24 81:1, 24 82:12, 18 96:19 97:11

**shape** 18:17 20:5, 12 23:16, 17 31:4 58:3 100:13 104:14

**sheet** 80:3

**shifted** 95:5

**ship** 83:4

**Shipped** 82:4, 6, 13

**shorter** 30:19

**Shorthand** 2:16 116:2

**show** 110:10

**shown** 47:16 67:15 107:14

**shows** 44:8 55:8 82:11 109:21

**shrink** 103:19

**shrugs** 7:19

**side** 11:14 17:19 24:24, 25 25:6 26:3, 6 56:8

**sides** 24:25 25:3 26:10

**signature** 115:8

**significant** 27:9

**signing** 116:10

**silver** 74:11

**similar** 18:13 19:3 26:8 43:11 77:13, 17 98:15, 18 109:3

**similarly** 107:7 113:3

**single** 67:25 104:17

**singularly** 101:19

**situated** 90:14

**six** 62:25 68:2, 5, 16 101:20, 21, 23, 24

**size** 20:5, 12 31:1, 3 32:1 38:22 49:17, 19 50:15 55:19, 20 56:1 57:8, 10, 13, 16 104:5

**sized** 30:3 31:7 32:1, 2

**sizes** 31:3 32:6

**sizing** 32:9 57:25 58:3

**slice** 33:20

**slight** 36:7 50:14

**slightly** 65:9 103:17 107:4, 9 113:22

**slow** 24:18

**smaller** 16:6 103:18

**solid** 64:*17* 102:*8*
**somebody** 48:*1* 93:*23*
**Sorry** 50:*25* 60:*6* 76:*7*
78:*14* 84:*13* 87:*15*
91:*14* 111:*1*
**sort** 7:*19* 18:*3* 23:*8*
24:*14* 64:*12* 73:*2*
**South** 2:*13* 3:*6* 8:*12*
67:*4*
**speaking** 82:*25*
**spec** 97:*8*
**specialty** 54:*18* 56:*15*
**specific** 10:*18, 19* 16:*11,
16, 17* 20:*4, 12, 20* 23:*3,
5* 27:*18* 28:*25* 29:*17, 19,
21, 25* 30:*5, 6, 15, 17, 24*
31:*4* 32:*23* 33:*2* 34:*6,
16, 17* 36:*14, 15* 39:*8, 25*
42:*9, 16* 49:*11* 52:*11*
53:*11* 54:*14* 57:*12, 13*
58:*11* 66:*9* 68:*15* 69:*5*
77:*16* 88:*2, 7* 91:*18, 24*
92:*20* 104:*4, 10, 13*
109:*6* 114:*22*
**specifically** 13:*13* 19:*13*
20:*22* 27:*10* 55:*10*
60:*21* 89:*24* 95:*24*
**specification** 32:*12* 46:*3,
6, 8, 19* 47:*6, 9, 12, 13, 18*
48:*9, 11, 12, 17* 50:*14*
52:*5* 54:*2, 5* 62:*2, 4, 19*
78:*5* 94:*21* 95:*7* 96:*11,
19* 97:*15, 25* 98:*3, 14, 22*
99:*2* 100:*21* 108:*14*
109:*5* 114:*16*
**specifications** 32:*14*
48:*24* 49:*2* 53:*8* 76:*17*
77:*21* 95:*21* 96:*8* 97:*2,
13, 18* 103:*23* 104:*21*
108:*16* 112:*1*
**specifics** 57:*5*
**specified** 92:*19* 114:*15*
116:*10*
**specifies** 47:*18* 97:*7, 8*
**speculate** 55:*25* 85:*6*
**speculating** 85:*5*
**spin** 24:*7*
**stable** 102:*8*
**stack** 26:*2* 72:*9, 16* 73:*2*
**stacked** 67:*9, 16, 20*
**stage** 29:*6* 102:*3* 103:*3,
15* 107:*19, 24*
**stages** 24:*12, 13* 102:*18*
112:*3*
**stands** 35:*6* 64:*25* 65:*1*
**start** 7:*13* 15:*17* 29:*9*
88:*25* 89:*4, 6, 11* 101:*2,
22* 105:*21* 107:*21*
**started** 66:*3*
**starting** 101:*21*

**starts** 89:*22* 90:*12*
99:*12*
**state** 89:*13, 14, 16* 92:*22*
116:*2*
**Statement** 98:*19*
**STATES** 1:*1, 9* 6:*19*
63:*10*
**static** 31:*18*
**stationary** 24:*8, 16*
25:*22* 34:*17* 72:*15*
110:*14*
**stator** 5:*15* 25:*12, 24, 25*
26:*9, 11, 20* 27:*2* 34:*13,
23* 49:*10, 12, 16, 17*
50:*15* 51:*13, 19, 20* 53:*5*
112:*23* 113:*1*
**stators** 24:*9* 26:*19* 27:*5*
28:*20* 50:*11* 51:*6* 72:*12,
14* 77:*3*
**stay** 17:*24*
**steel** 26:*23, 24* 27:*9, 10,
11, 16* 85:*17, 19* 86:*2*
**stenographically** 116:*7*
**step** 57:*21* 64:*24* 65:*4*
69:*11* 82:*13* 86:*13* 93:*9,
18* 98:*9* 99:*7* 104:*1*
106:*3* 111:*4, 6* 114:*11,
24* 115:*1, 3*
**steps** 21:*18* 61:*10, 19*
69:*3* 77:*6* 79:*18, 19*
86:*10, 14* 87:*11* 88:*2*
92:*19* 93:*1, 7, 22* 94:*1*
99:*4*
**sticker** 22:*14*
**stop** 28:*5, 9* 30:*19* 65:*6*
**strands** 66:*6*
**Street** 2:*13* 3:*6* 8:*12*
**strength** 27:*21* 66:*20*
90:*6* 91:*7*
**stretch** 68:*10*
**stronger** 108:*7*
**structural** 64:*6* 66:*19*
74:*8* 91:*20*
**structure** 73:*5*
**stuff** 60:*20* 106:*10*
**style** 113:*4*
**subcontracted** 82:*24*
**subheading** 83:*19*
**subject** 14:*7*
**submitted** 58:*9*
**subsequently** 79:*7*
**substrate** 21:*10*
**suggest** 16:*15*
**Suite** 2:*14* 3:*6, 16*
**summary** 98:*16*
**super-high** 109:*2*
**superior** 28:*16*
**supplemental** 109:*19*
**supplemented** 51:*17*
**supplier** 18:*2* 63:*14*

82:*8* 83:*3* 96:*16*
**suppliers** 74:*7*
**support** 31:*6, 9*
**suppose** 45:*13* 84:*21*
**supposed** 32:*7* 104:*15*
**supposedly** 36:*22*
**sure** 17:*12* 18:*7, 13*
22:*10* 23:*6* 32:*19* 33:*18*
35:*18* 51:*14* 52:*9* 57:*5*
75:*11* 79:*22* 83:*23*
85:*10* 87:*19* 89:*21*
**surface** 25:*5, 6* 26:*3, 6*
28:*21, 23* 29:*5* 71:*15, 21*
110:*18*
**surfaces** 25:*3, 4* 69:*5, 21*
91:*21* 114:*1, 25*
**surrounding** 55:*23* 58:*11*
**susceptible** 69:*19*
**suspect** 111:*23*
**swap** 101:*24*
**sworn** 6:*10* 116:*5*
**sync** 27:*15, 16* 28:*2, 13,
16* 29:*3* 73:*10* 74:*4*
92:*8, 11* 98:*10*
**system** 16:*7* 23:*25*
29:*19, 22* 39:*17* 56:*22*
59:*20* 73:*19, 20*
**systems** 54:*12* 79:*10*
83:*15, 17*

**< T >**
**Tab** 46:*23, 24* 52:*21, 22*
53:*13* 58:*25* 72:*1* 74:*15*
75:*17, 18* 76:*23* 77:*24*
78:*25* 83:*10* 94:*17, 19,
20* 95:*20, 23* 97:*21*
111:*1, 2*
**table** 38:*20* 39:*4, 6, 8, 11*
42:*15* 43:*2* 49:*14, 22*
51:*24* 52:*6, 12* 53:*22*
54:*22* 55:*4, 8* 57:*7* 62:*1,
19* 77:*21* 103:*15* 106:*24*
**tables** 102:*14, 15* 105:*7*
**Tabs** 75:*21*
**tag** 113:*10*
**take** 7:*18, 22* 11:*2, 16*
25:*17* 37:*9, 14* 38:*11*
40:*21* 49:*21* 53:*15* 66:*5*
67:*22, 23* 68:*1, 2* 87:*13*
88:*5* 93:*11, 15, 19* 94:*3*
100:*14, 25* 104:*3* 111:*6*
**taken** 8:*2* 94:*5* 105:*15*
115:*5* 116:*8*
**takes** 13:*3* 64:*3* 66:*21*
68:*5, 15* 93:*5, 10, 13*
**talked** 108:*24*
**talking** 17:*21* 20:*25*
35:*3* 41:*20* 96:*18*
101:*17* 106:*8* 107:*20*
108:*9*

**target** 100:*3* 114:*7*
**targeted** 36:*5* 109:*6*
**tariff** 58:*18*
**technical** 13:*13* 47:*19*
96:*13*
**technically** 65:*9, 10*
**technology** 79:*4, 9, 12, 13,
14, 16* 95:*5*
**tell** 15:*10* 21:*3* 22:*20*
23:*4* 25:*18* 34:*20, 24*
42:*17, 19, 21* 51:*5* 79:*1*
94:*9* 111:*20*
**temperature** 64:*10* 66:*9*
109:*6*
**ten** 56:*25*
**tend** 65:*10*
**ten-thousandths-of-an-**
**inch** 107:*2*
**term** 21:*11* 28:*1* 65:*3,
16, 22, 25*
**terminology** 19:*12*
**terms** 23:*1* 27:*13* 66:*1*
**testified** 6:*11* 57:*12*
**testify** 116:*5*
**testimony** 43:*5* 88:*15*
116:*8*
**testing** 92:*12* 110:*17*
**textile** 16:*14*
**Thank** 6:*6* 51:*2* 115:*2,
9, 10, 11*
**theoretically** 39:*21*
**thermal** 27:*22, 24* 91:*8*
**thickness** 30:*4* 102:*23*
106:*24, 25* 107:*2*
**thing** 7:*17* 9:*9* 65:*8*
91:*16* 92:*14* 95:*3, 8*
**things** 7:*19* 12:*8* 32:*11*
42:*5* 65:*7, 12* 91:*15*
95:*5* 106:*19* 108:*1*
114:*2*
**think** 9:*15* 10:*1* 22:*13*
40:*23* 43:*4, 12, 17* 44:*3*
45:*11* 49:*10* 50:*25* 52:*7*
54:*25* 59:*9* 62:*5* 64:*19*
66:*2* 67:*7, 8* 68:*17*
71:*19* 74:*3* 79:*6* 80:*23*
84:*11, 15, 24* 85:*16*
89:*24* 90:*7, 18* 91:*16*
93:*10, 12* 94:*2* 97:*5*
104:*16* 105:*8* 109:*14*
110:*2, 6*
**thinner** 107:*4, 9*
**third** 49:*21* 62:*22*
107:*14*
**three** 8:*20* 9:*4, 15*
24:*12* 44:*2* 48:*23* 49:*1,
4* 54:*6* 67:*25* 68:*2, 5, 15*
72:*12, 13*
**tied** 107:*6*
**time** 9:*17* 10:*3* 13:*6*
24:*19, 21* 59:*10* 66:*10*

79:6 93:5, 6, 16 94:3
109:1 116:10
**times** 41:25
**tire** 31:1, 3
**title** 8:16 47:5, 8, 9
53:6 97:24
**titled** 74:21 94:20
**today** 6:25 8:4 16:18
88:14
**tolerance** 104:10
**top** 32:20 33:22 40:7
43:20 44:11 51:24 63:2
67:16, 20 72:25 73:6, 12
101:4 102:16, 19
**topic** 11:19 12:17 13:5,
11
**topics** 6:24 11:14, 17
**topper** 73:1
**torque** 24:10, 18 30:12
31:17, 19 73:10 74:10
**tows** 19:6, 8
**track** 105:18
**TRADE** 1:2 6:21
**trademark** 81:24 84:7,
10
**transcribe** 7:10
**transcript** 5:24 116:7, 12
**transferred** 91:13
**transfers** 29:3
**travels** 29:3
**Treat** 108:19 109:10
**treatment** 108:21 113:24
**TRIAL** 3:15
**tried** 89:6, 7
**trim** 57:23
**Trine** 94:13
**triple** 77:12
**true** 57:14 88:23 116:8
**truth** 116:5
**try** 31:13
**trying** 65:24 76:13 87:5
100:23 112:4
**tube** 24:10 74:10
**turn** 24:22 64:10
**turning** 28:6
**turns** 24:21
**twelve** 8:23 80:15
**two** 11:12 18:4 33:4
40:23 41:15, 21 42:11
50:9 65:7, 12 92:12
100:14, 18
**type** 12:15 19:10 23:4,
5 32:16 33:17 34:18
45:6, 8, 9 49:20 51:12
64:3 77:24, 25 84:20
87:5 99:16 101:2
105:16 111:19 114:14
**types** 26:18 44:2 70:20
**typical** 43:20 80:20
**typically** 24:11 25:2
30:23, 25 40:23 41:11,

15 42:8 49:15 66:12
67:24 85:17 95:8 96:9

< U >
**U.S** 3:13 6:17, 21 62:18
**ultimately** 33:25
**Um** 65:5 100:16
**Um-hum** 8:11 11:18
19:19 76:25 102:13
109:20
**uncontrolled** 35:6, 10, 11
**undergo** 13:7
**undergone** 13:1
**underneath** 40:8 47:17
110:4
**understand** 6:24 7:1
11:11 12:2 22:7 32:5
62:14 90:1
**understanding** 11:12
14:11 21:25 28:15
55:18 63:5 100:5
**underweight** 108:10
**uniform** 36:2, 4
**UNITED** 1:1, 9 6:19
63:9
**University** 94:13
**USA** 2:14
**use** 16:16 23:1 29:17
33:16 35:7, 12 41:18, 23
43:19 49:17, 18 54:24
55:8, 11, 12 56:15 65:3,
10 67:19 69:19, 24, 25
70:21 75:3, 8, 9, 11
79:10 88:10 99:19
**uses** 55:21 56:3 75:7
**usually** 27:12 65:16

< V >
**vacuum** 66:10 72:13, 14
77:3
**vapor** 64:25 65:1, 17
**variance** 36:7
**variant** 84:16
**variants** 84:8
**variation** 32:21 50:14
77:15 92:21
**varies** 34:6 68:19
**various** 22:2 31:6, 21
53:7 74:7 77:6 79:8
86:8, 9, 14 92:25 99:3
102:18 108:23
**vary** 36:12 99:22
**verbally** 7:18
**vernacular** 65:21
**version** 58:5
**versions** 33:8
**versus** 17:19 32:24, 25
49:9 78:2
**violation** 100:20
**visual** 70:9

**volume** 31:11 67:16
**vs** 1:8 6:19

< W >
**wait** 7:12, 15 105:20
**want** 7:22 85:6 88:25
89:13 106:11 111:19
114:6
**wanted** 48:1
**way** 15:21 28:18 35:8
63:21 85:20 88:3 89:2
90:13 91:24 92:9 96:8
101:3 112:8 114:3
**wear** 28:25 29:1, 4
91:14
**wears** 29:4
**weave** 64:5
**web** 17:7, 9, 23 19:5
43:10, 11, 14, 15, 16, 19,
23 44:10, 14 45:7, 8, 12,
16 47:10, 20 53:5 62:16
63:1 92:15 96:15 97:6,
7, 12
**web-shaped** 43:12
**weigh** 27:11 105:12
**weighed** 105:17
**weight** 27:12 31:5 36:8,
14 38:22 55:14 84:3
99:24 100:1 101:5, 8
102:1 103:5, 6, 7, 9
105:6, 9, 18 107:13
108:5 112:11, 12 113:20,
23, 25 114:3
**weights** 107:14 108:17
**well** 9:16 13:2 17:7
23:11 25:6 34:13 37:12
40:12, 16 41:13 43:14
44:10 47:8 58:12 59:18
69:12 74:13 79:15
90:23 97:16, 20 99:14
100:25 102:21, 22 107:6
113:5
**went** 10:12
**we're** 9:18 53:16 65:23
87:5 90:9, 16 92:2 96:1
101:4, 17 102:16 113:25
**Westmoor** 8:12
**we've** 15:9 41:20 42:5
43:9 45:6, 11 56:25
65:16 76:10 108:24
109:14
**whatnot** 69:8
**wheel** 9:1, 10, 11, 12
14:17 24:2, 4, 5, 6, 7, 18,
20, 21 30:22 31:4, 6, 8,
12, 13
**wheels** 83:14, 17
**WHEREOF** 116:15
**whichever** 75:13
**WITNESS** 4:2 6:3, 5, 9
18:7, 25 19:22, 25 33:16

59:1 60:11 80:10 81:11,
16, 18 87:24 115:11
116:4, 12, 15
**witnesses** 11:12
**word** 19:8, 10
**work** 8:9, 10, 14, 15 9:1,
8 23:24 38:16 61:1
68:3, 20 89:10 96:9
**worked** 57:17 61:2
**working** 59:5 79:11
**works** 31:2
**worn** 29:6
**Wow** 68:3
**written** 60:21
**wrong** 35:15

< X >
**XCI** 94:23 95:8, 25
98:7 99:11, 17
**XCI-276** 94:20 96:4, 12,
16 97:17
**XCI-312** 97:24 110:25
**XCIs** 95:6

< Y >
**yeah** 9:11 16:7 19:10
27:3 28:1 29:11 32:11
40:1 42:2 44:7 45:14,
22 46:13 53:1, 15 54:1,
3, 15 60:12 64:19 67:12
68:7, 9, 18, 20 70:5, 7, 14,
25 71:3 78:16, 21 81:13,
23 84:12 85:6, 8 87:17
92:7 93:4 94:10 95:14
96:1, 7 97:19 99:14
100:8, 19 101:11, 13, 14
104:7 105:17, 23 106:9,
23 107:21 108:6 110:5,
24 112:2, 20, 24 113:15
**year** 113:13
**years** 8:20, 23 9:4, 15
56:25 61:4 70:21
**Yep** 22:22
**York** 3:17

< Z >
**zip** 8:13