## UNITED STATES COURT OF INTERNATIONAL TRADE
### BEFORE: HON. MARK A. BARNETT, *CHIEF JUDGE*

| | |
|---|---|
| HONEYWELL INTERNATIONAL, INC., | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Court No. 17-00256 ) |
| UNITED STATES, | ) ) |
| Defendant. | ) ) |

## NOTICE OF APPEAL

Notice is hereby given that Honeywell International, Inc. ("Plaintiff") appeals to the United States Court of Appeals for the Federal Circuit from the final judgment entered in the above-captioned case on November 25, 2025. *See* Opinion and Order [ECF No. 77] (Slip Op. 25-146) and Judgment [ECF No. 78].

                                                          Respectfully submitted,

                                                          **FAEGRE DRINKER BIDDLE & REATH LLP**
                                                          Attorneys for Plaintiff
                                                          Honeywell International Inc.
                                                          320 S. Canal Street
                                                          Suite 3300
                                                          Chicago, IL 60606
                                                          Telephone: (312) 569-1000

Dated: January 23, 2026                  By: /s/ Wm. Randolph Rucker

## **CERTIFICATE OF SERVICE**

Wm. Randolph Rucker certifies that he is an attorney with the law firm of Faegre Drinker Biddle & Reath LLP, with offices located at 320 S. Canal Street, Suite 3300, Chicago, IL 60606, and that on January 23, 2026 on behalf of the Plaintiff herein, he served the attached Notice of Appeal on:

> Edward F. Kenny
> U.S. Department of Justice
> Commercial Litigation Branch – Civil
> Division 26 Federal Plaza
> Room 346
> New York, NY 10278

the attorney for the Defendant herein, by electronic service in the CM/ECF System of the Court of International Trade.

/s/ Wm. Randolph Rucker
